**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiff,<br>　　v.<br>APPLE COMPUTER, INC., a California Corporation, and AT&T, INC. a Texas Corporation,<br>　　　　　Defendants. | No.  07 CV 04946<br>Judge Kennelly<br>Mag. Judge Ashman |

**NOTICE OF DISMISSAL**

Plaintiff, Jose Trujillo, and on behalf of himself and all others similarly situated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint as to defendant AT&T, INC., without prejudice.

AT&T, Inc. has filed neither an answer to the complaint nor a motion for summary judgment as to these claims.  Dismissal under Rule 41(a)(1) is therefore appropriate.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　JOSE TRUJILLO, individually and
　　　　　　　　　　　　　　　　　　on behalf of all others similarly
　　　　　　　　　　　　　　　　　　situated,


Dated: September 6, 2007　　　　　By:_____/s/ James Rowe_____


LARRY D. DRURY
JAMES ROWE
LARRY D. DRURY, LTD.
205 WEST RANDOLPH, #1430
CHICAGO, IL 60603
312/346-7950