**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br>            Plaintiff,<br>v.<br>APPLE COMPUTER, INC., a California Corporation, and AT&T MOBILITY LLC, a Georgia Corporation,<br>            Defendants. | No.  07 CV 04946<br>Judge Kennelly<br>Mag. Judge Ashman |

**NOTICE OF FILING**

To: Andrew Muhlbach      CT Corporation      Victoria Collado
    Morrison Foerster     208 S. LaSalle St.   Mayer, Brown, Rowe & Maw, LLP
    425 Market St.         Chicago, IL 60601   71 South Wacker Drive
    San Francisco, CA 94105                    Chicago, IL 60606

PLEASE TAKE NOTICE that on this 6th day of September, 2007 we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached *First Amended Complaint* and *Notice of Dismissal*, copies of which are hereby served upon you.

                                                                               /s/ James Rowe

LARRY D. DRURY
JAMES R. ROWE
LARRY D. DRURY, LTD.
205 West Randolph, Suite 1430
Chicago, IL 60606
(312) 346-7950
Atty. No. 0681024

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies, under oath, that the above notice and documents were served upon all parties of record herein on this 6th day of September, 2007, by U.S. regular first class mail

                                                                               /s/ James Rowe

                                                                                JAMES ROWE
                                                                                (Print Name)