# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **JOSE TRUJILLO**, on behalf of Himself and all others similarly Situated,<br><br>　　　　　　　　　　**Plaintiff,**<br>v.<br><br>**APPLE COMPUTER, INC.**, a California corporation, and **AT&T MOBILITY, LLC**, a Georgia corporation,<br>　　　　　　　　　　**Defendants.** | **No. 07 C 4946**<br>**Judge Kennelly**<br>**Magistrate Judge Ashman** |

## NOTICE OF MOTION

To:　Andrew Muhlbach　　　CT Corporation　　　Victoria Collado
　　　Morrison Foerster　　　208 S. LaSalle St.　　Mayer, Brown, Rowe & Maw, LLP
　　　425 Market St.　　　　 Chicago, IL 60601　　71 South Wacker Drive
　　　San Francisco, CA 94105　　　　　　　　　　Chicago, IL 60606

PLEASE TAKE NOTICE that on the 9th day of October, 2007 at 9:30a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Judge Matthew Kennelly, in Courtroom 2103 of the Everett McKinley Dirksen Building located at 219 South Dearborn Street in Chicago, Illinois, and then and there present the attached Motions, namely (1) Motion for Preservation of Documents and (2) Motion for Class Certification, copies of which are hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James R. Rowe

LARRY D. DRURY
JAMES R. ROWE
LARRY D. DRURY, LTD.
205 West Randolph, Suite 1430
Chicago, IL 60606
(312) 346-7950
Atty. No. 22556

## CERTIFICATE OF SERVICE

　　　The undersigned hereby certifies, under oath, that the above notice and documents were served upon all parties of record herein on this 11th day of September, 2007, by U.S. regular first class mail

　　　　　　　　　　　　　　　　　　By:　　　　/s/ James R. Rowe