IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., a California Corporation, and AT&T MOBILITY LLC, a Georgia Corporation,<br><br>Defendants. | No. 07 CV 04946<br><br>Judge Kennelly<br>Mag. Judge Ashman |

### AT&T MOBILITY'S UNOPPOSED MOTION TO EXTEND TIME

Defendant AT&T Mobility LLC ("AT&T Mobility"), by and through its attorneys, Mayer Brown LLP, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), to extend the time in which AT&T Mobility has to answer or otherwise plead in response to plaintiff's First Amended Class Action Complaint ("Complaint") until October 16, 2007. In support of its unopposed motion, AT&T Mobility states as follows:

1. AT&T Mobility was served with plaintiff's Complaint, as filed in the United States District Court, Northern District of Illinois, Eastern District on September 10, 2007. AT&T Mobility's response to plaintiff's Complaint is due on October 1, 2007.

2. Mayer Brown LLP was recently retained as counsel. Having recently been retained, however, AT&T Mobility's counsel needs additional time to review the file, investigate the facts and circumstances of the case and prepare an appropriate response to the Complaint. AT&T Mobility therefore requests until October 16, 2007, to answer or otherwise plead.

3. Granting this motion will not unduly delay these proceedings and will not cause prejudice to any of the parties.

4. Plaintiff's counsel does not oppose this extension.

WHEREFORE, AT&T Mobility respectfully requests that this Court grant it until October 16, 2007, to answer or otherwise plead in response to the allegations in plaintiff's Complaint.

| | Respectfully submitted,<br><br>/s/ Sarah E. Reynolds |
|---|---|
| Dated: September 20, 2007 | Victoria R. Collado (#6204015)<br>Sarah E. Reynolds (#6287186)<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL  60606<br>(312) 701-0700<br><br>*Attorneys for Defendant AT&T Mobility LLC* |

## CERTIFICATE OF SERVICE

    I, Sarah E. Reynolds, an attorney, hereby certify that a true and correct copy of **AT&T MOBILITY'S UNOPPOSED MOTION TO EXTEND TIME** was served on the following counsel of record via electronic delivery on September 20, 2007:

| | |
|---|---|
| Larry D. Drury<br>James Rowe<br>LARRY D. DRURY, LTD.<br>205 West Randolph, #1403<br>Chicago, IL 60603<br>(312) 346-7950<br><br>Patrick T. Stanton<br>Edward S. Weil<br>SCHWARTZ COOPER CHARTERED<br>180 North LaSalle Street, Suite 2700<br>Chicago, Illinois 60601<br><br>Penelope A. Preovolos<br>Andrew D. Muhlbach<br>Johanna W. Roberts<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105 | |

Respectfully submitted,

/s/Sarah E. Reynolds
_____

Dated: September 20, 2007

*Attorney for Defendant AT&T Mobility LLC*