IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., a California Corporation, and AT&T MOBILITY LLC, a Georgia Corporation,<br><br>Defendants. | No. 07 CV 04946<br><br>Judge Kennelly<br>Mag. Judge Ashman |

### NOTICE OF AT&T MOBILITY'S UNOPPOSED MOTION TO EXTEND TIME

To:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Thursday, September 27, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Matthew F. Kennelly, or any Judge sitting in his stead, in the courtroom usually occupied by him, Room 2188 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present **AT&T MOBILITY'S UNOPPOSED MOTION TO EXTEND TIME**, a copy of which is attached hereto and hereby served upon you.

| | |
|---|---|
| Dated: September 20, 2007 | Respectfully submitted,<br><br>/s/ Sarah E. Reynolds<br><br>Victoria R. Collado<br>Sarah E. Reynolds<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL  60606<br>(312) 701-0700<br><br>*Attorneys for Defendant AT&T Mobility LLC* |

## CERTIFICATE OF SERVICE

I, Sarah E. Reynolds, an attorney, hereby certify that a true and correct copy of **NOTICE OF AT&T MOBILITY'S UNOPPOSED MOTION TO EXTEND TIME** was served on the following counsel of record via electronic delivery on September 20, 2007:

| | |
|---|---|
| Larry D. Drury<br>James Rowe<br>LARRY D. DRURY, LTD.<br>205 West Randolph, #1403<br>Chicago, IL  60603<br>(312) 346-7950<br><br>Patrick T. Stanton<br>Edward S. Weil<br>SCHWARTZ COOPER CHARTERED<br>180 North LaSalle Street, Suite 2700<br>Chicago, Illinois 60601<br><br>Penelope A. Preovolos<br>Andrew D. Muhlbach<br>Johanna W. Roberts<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105 | |

Respectfully submitted,

/s/Sarah E. Reynolds
_____

Dated: September 20, 2007

*Attorney for Defendant AT&T Mobility LLC*

CHDB01 1412530.3 20-Sep-07 15:55