IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., a California corporation and AT&T, Inc., a Texas corporation,<br><br>Defendants. | CASE NO.: 07-CV-04946<br><br>Judge Kennelly<br><br>Magistrate Judge Ashman |

## CERTIFICATE OF SERVICE

I, Patrick T. Stanton, one of the attorneys for Apple Computer, Inc., hereby certify that Apple Inc.'s Answer and Affirmative Defenses to First Amended Class Action Complaint was served via the CM/ECF system and U.S. Mail on September 24, 2007 on the following:

Larry Daniel Drury
Larry D. Drury, Ltd.
205 West Randolph, Suite 1430
Chicago, IL 60606

Sarah Eileen Reynolds
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Victoria R. Collado
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Attorney for Defendant

/s/ Patrick T. Stanton_____

Patrick T. Stanton (#616899)
Edward S. Weil (#194191)
**Schwartz Cooper Chartered**
180 North LaSalle Street, Suite 2700
Chicago, IL 60601
and
Penelope A. Preovolos
Andrew D. Muhlbach
**Morris & Foerster LLP**
425 Market Street
San Francisco, CA 94105

447951.1 054411-40509