IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., a California corporation and AT&T MOBILITY LLC, a Georgia corporation,<br><br>Defendants. | CASE NO.: 07-CV-04946<br><br>Judge Kennelly<br>Magistrate Judge Ashman |

### APPLE INC.'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Defendant Apple Inc. ("Apple") states that according to its Proxy Statement filed with the United States Securities and Exchange Commission in April 2007, the following beneficial owner holds more than 5% of Apple's outstanding common stock:

1.  Fidelity Investments.

Dated:  September 24, 2007

Respectfully submitted,

APPLE INC.

By: /s/ Patrick T. Stanton
    One of Its Attorneys

Patrick T. Stanton (#6216899)
Edward S. Weil (#6194191)
Schwartz Cooper Chartered
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)346-1300
*and*
Penelope A. Preovolos
Andrew D. Muhlbach
Johanna W. Roberts
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
(415) 268-7000

sf- 2381330