## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JOSE TRUJILLO, individually and on behalf
of all others similarly situated,

Plaintiff,

v.

APPLE COMPUTER, INC., a California
Corporation, and AT&T MOBILITY LLC, a
Georgia Corporation,

Defendants.

No. 07 CV 04946

Judge Kennelly
Mag. Judge Ashman

### AT&T MOBILITY'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant AT&T

Mobility LLC ("AT&T Mobility") is a Limited Liability Company whose members are:

1.     BLS Cingular Holdings, LLC

2.     BellSouth Mobile Data, Inc.

3.     SBC Alloy Holdings, Inc.

4.     SBC Long Distance, LLC

|  | Respectfully submitted,<br><br>/s/ Sarah E. Reynolds |
|---|---|
| Dated: September 25, 2007 | Victoria R. Collado (#6204015)<br>Sarah E. Reynolds (#6287186)<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL  60606<br>(312) 701-0700<br><br>*Attorneys for Defendant AT&T Mobility LLC* |

CHDB01 1413363.1 25-Sep-07 12:05

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I, Sarah E. Reynolds, an attorney, hereby certify that a true and correct copy of **AT&T MOBILITY'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT** was served on the following counsel of record via electronic delivery on September 25, 2007:

| | |
|---|---|
| Larry D. Drury<br>James Rowe<br>LARRY D. DRURY, LTD.<br>205 West Randolph, #1403<br>Chicago, IL  60603<br>(312) 346-7950<br><br>Patrick T. Stanton<br>Edward S. Weil<br>SCHWARTZ COOPER CHARTERED<br>180 North LaSalle Street, Suite 2700<br>Chicago, Illinois 60601<br><br>Penelope A. Preovolos<br>Andrew D. Muhlbach<br>Johanna W. Roberts<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105 | |

Respectfully submitted,

/s/Sarah E. Reynolds

Dated: September 25, 2007

*Attorney for Defendant AT&T Mobility LLC*