# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 4946 | **DATE** | 9/27/2007 |
| **CASE TITLE** | Jose Trujillo vs. Apple Computer, Inc. | | |

**DOCKET ENTRY TEXT**

Defendant AT&T Mobility's motion to extend time is granted. Response to complaint is to be filed by 10/16/07.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|

Dockets.Justia.com