IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | No. 07 CV 04946 |
| vs. ) ) | Judge Kennelly |
| APPLE COMPUTER, INC., a California corporation and AT&T, Inc., a Texas corporation, ) ) ) ) | Mag. Judge Ashman |
| Defendants. ) | |

NOTICE OF FILING

TO:  Victoria R. Collado          Andrew Muhlback
     Mayer Brown, LLP             Morrison Foerster
     71 South Wacker Drive        425 Market Street
     Chicago, IL 60606            San Francisco, CA 94105
     312/706-8613                 415/268-7522

    PLEASE TAKE NOTICE that on this 2nd day of October, 2007, the undersigned electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, the attached Plaintiff's Response to Defendant Apple Inc.'s Affirmative Defenses, a copy of which is hereby served upon you.

                                        _____

Larry D. Drury
LARRY D. DRURY LTD.
205 W. Randolph Street, Suite 1430
Chicago, IL 60610
(312) 346-7950
Atty. No. 0681024

Dockets.Justia.com