IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| ) | No. 07 CV 04946 |
| vs. ) ) | Judge Kennelly |
| APPLE COMPUTER, INC., a California corporation and AT&T, Inc., a Texas corporation, ) ) ) ) | Mag. Judge Ashman |
| Defendants. ) | |

NOTICE OF FILING

TO:   Victoria R. Collado            Andrew Muhlback
      Mayer Brown, LLP               Morrison Foerster
      71 South Wacker Drive          425 Market Street
      Chicago, IL 60606              San Francisco, CA 94105
      312/706-8613                   415/268-7522

PLEASE TAKE NOTICE that on this 2nd day of October, 2007, the undersigned electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, the attached Plaintiff's Response to Defendant Apple Inc.'s Affirmative Defenses, a copy of which is hereby served upon you.

/s/ Larry D. Drury

Larry D. Drury
LARRY D. DRURY LTD.
205 W. Randolph Street, Suite 1430
Chicago, IL 60610
(312) 346-7950
Atty. No. 0681024