IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., a California Corporation, and AT&T MOBILITY LLC, a Georgia Corporation,<br><br>Defendants. | No. 07 CV 04946<br><br>Judge Kennelly<br>Mag. Judge Ashman |

**NOTICE OF DEFENDANT AT&T MOBILITY LLC'S MOTION TO STAY ITS OBLIGATIONS UNDER THE COURT'S INITIAL STANDING ORDER PENDING RESOLUTION OF AT&T MOBILITY LLC'S SOON-TO-BE-FILED MOTION TO COMPEL ARBITRATION**

To:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Tuesday, October 9, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Matthew F. Kennelly, or any Judge sitting in his stead, in the courtroom usually occupied by him, Room 2188 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Defendant AT&T Mobility LLC's Motion to Stay Its Obligations under the Court's Initial Standing Order Pending Resolution of AT&T Mobility LLC's Soon-to-be Filed Motion to Compel Arbitration**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

Dated: October 4, 2007

/s/ Sarah E. Reynolds
Victoria R. Collado
Sarah E. Reynolds
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606
(312) 701-0700

*Attorneys for Defendant AT&T Mobility LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I, Sarah E. Reynolds, an attorney, hereby certify that a true and correct copy of **Notice of Defendant AT&T Mobility LLC's Motion to Stay Its Obligations under the Court's Initial Standing Order Pending Resolution of AT&T Mobility LLC's Soon-to-be Filed Motion to Compel Arbitration** was served on the following counsel of record via electronic delivery on October 4, 2007:

Larry D. Drury
James Rowe
LARRY D. DRURY, LTD.
205 West Randolph, #1403
Chicago, IL 60603
(312) 346-7950

Patrick T. Stanton
Edward S. Weil
SCHWARTZ COOPER CHARTERED
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601

Penelope A. Preovolos
Andrew D. Muhlbach
Johanna W. Roberts
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105

                                                Respectfully submitted,

                                                /s/Sarah E. Reynolds

Dated: October 4, 2007                        *Attorney for Defendant AT&T Mobility LLC*