**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., a California Corporation, and AT&T MOBILITY LLC, a Georgia Corporation,<br><br>Defendants. | No. 07 CV 04946<br><br>Judge Kennelly<br>Mag. Judge Ashman |

## LOCAL RULE 37.2 AFFIDAVIT

The undersigned, Sarah E. Reynolds, as one of the attorneys for Defendant AT&T Mobility LLC, hereby certifies that counsel have in good faith conferred to resolve the discovery disputes raised in this motion.

In particular, counsel conducted telephone conferences with Plaintiff's attorney James Rowe on October 3, 2007 and on October 4, 2007. Despite such good faith efforts, the issues raised herein remain outstanding.

/s/ S.E. Reynolds
Sarah E. Reynolds
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 701-0700

*Attorney for Defendant AT&T Mobility LLC*

SUBSCRIBED AND SWORN TO
Before me this 4th day of October, 2007
NOTARY PUBLIC

/s/ Patricia M. Perretti

"OFFICIAL SEAL"
Patricia M. Perretti
Notary Public, State of Illinois
My Commission Exp. 12/10/2008