# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., a California Corporation, and AT&T MOBILITY LLC, a Georgia Corporation,<br><br>Defendants. | No. 07 CV 04946<br><br>Judge Kennelly<br>Mag. Judge Ashman |

To:   ALL COUNSEL OF RECORD

**Notice of Filing of Exhibit 2 to Defendant AT&T Mobility LLC's Amended Motion to Stay Its Obligations under the Court's Initial Standing Order Pending Resolution of AT&T Mobility LLC's Soon-to-be Filed Motion to Compel Arbitration**

|  |  |
|---|---|
| Dated: October 4, 2007 | Respectfully submitted,<br><br>/s/ Sarah E. Reynolds<br>Victoria R. Collado<br>Sarah E. Reynolds<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL  60606<br>(312) 701-0700<br><br>*Attorneys for Defendant AT&T Mobility LLC* |

CHDB01 1414877.1 04-Oct-07 23:24

**CERTIFICATE OF SERVICE**

I, Sarah E. Reynolds, an attorney, hereby certify that a true and correct copy of **Notice of Filing of Exhibit 2 to Defendant AT&T Mobility LLC's Amended Motion to Stay Its Obligations under the Court's Initial Standing Order Pending Resolution of AT&T Mobility LLC's Soon-to-be Filed Motion to Compel Arbitration** was served on the following counsel of record via electronic delivery on October 4, 2007.

Larry D. Drury
James Rowe
LARRY D. DRURY, LTD.
205 West Randolph, #1403
Chicago, IL 60603
(312) 346-7950

Patrick T. Stanton
Edward S. Weil
SCHWARTZ COOPER CHARTERED
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601

Penelope A. Preovolos
Andrew D. Muhlbach
Johanna W. Roberts
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105

Respectfully submitted,

/s/Sarah E. Reynolds

Dated: October 4, 2007

*Attorney for Defendant AT&T Mobility LLC*