# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Jose Trujillo

                Plaintiff,

v.                                     Case No.: 1:07−cv−04946
                                          Honorable Matthew F. Kennelly

Apple Computer, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 9, 2007:

      MINUTE entry before Judge Matthew F. Kennelly :Motion to stay is entered and continued pending submission of arbitration agreement. Plaintiff's motion to preserve is entered and continued to 10/30/2007 at 09:00 AM. Response to motion to compel arbitration is due by 11/16/2007. Reply brief by 11/30/2007. Ruling by mail. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Dockets.Justia.com