# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 4946 | **DATE** | 10/10/2007 |
| **CASE TITLE** | Trujillo vs. Apple Computer, Inc., et al. | | |

**DOCKET ENTRY TEXT**

The Court, having reviewed defendant AT&T Mobility LLC's "terms of service," grants AT&T Mobility LLC's motion to stay its obligations under the court's initial standing order pending resolution of its anticipated motion to compel arbitration [docket nos. 27, 29]. This ruling is conditioned upon AT&T Mobility LLC's timely filing of its motion and supporting briefs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|

Dockets.Justia.com