**LARRY D. DRURY, LTD.**
ATTORNEYS AT LAW
SUITE 1430
205 WEST RANDOLPH STREET
CHICAGO, ILLINOIS 60606

TEL (312) 346-7950
FAX (312) 346-5777
E-MAIL: ldrurylaw@aol.com

September 28, 2007

Victoria R. Collado
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

          Re:    Trujillo v. Apple Computer, Inc. and AT&T Mobility, LLC - No. 07 CV 4946

Dear Ms. Collado:

    Pursuant to your letter of September 27, 2007, your demand for arbitration is not well-founded and is rejected.

                        Very truly yours,

                        Larry D. Drury

LDD/mcm