IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., a California Corporation, and AT&T MOBILITY LLC, a Georgia Corporation,<br><br>Defendants. | No. 07 CV 04946<br><br>Judge Kennelly<br>Mag. Judge Ashman |

### NOTICE OF FILING OF DECLARATION OF RICHARD A. NAGEREDA IN SUPPORT OF DEFENDANT AT&T MOBILITY LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS ACTION

To:   ALL COUNSEL OF RECORD

The attached is the Declaration of Richard A. Nadereda in Support of Defendant AT&T Mobility's Motion to Compel Arbitration and Dismiss Action.

Dated: October 16, 2007

Respectfully submitted,

/s/ Sarah E. Reynolds
Victoria R. Collado
Sarah E. Reynolds
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606
(312) 701-0700

Evan M. Tager
    (*pro hac vice* application pending)
Archis A. Parasharami
    (*pro hac vice* application pending)
Kevin Ranlett (*pro hac vice*)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, DC  20006
Tel:  (202) 263-3000
Fax:  (202) 263-5000
*Attorneys for Defendant AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

I, Sarah E. Reynolds, an attorney, hereby certify that a true and correct copy of the **Declaration of Richard A. Nagareda in Support of Defendant AT&T Mobility LLC's Motion to Compel Arbitration and Dismiss Action** was served on the following counsel of record via electronic delivery on October 16, 2007.

Larry D. Drury
James Rowe
LARRY D. DRURY, LTD.
205 West Randolph, #1403
Chicago, IL 60603
(312) 346-7950

Patrick T. Stanton
Edward S. Weil
SCHWARTZ COOPER CHARTERED
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601

Penelope A. Preovolos
Andrew D. Muhlbach
Johanna W. Roberts
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105

                        Respectfully submitted,

                        /s/Sarah E. Reynolds

Dated: October 16, 2007        *Attorney for Defendant AT&T Mobility LLC*