Case 1:07-cv-04946    Document 40-2    Filed 10/16/2007    Page 1 of 2

# iPhone

iPhone combines three amazing products—a mobile phone, a widescreen iPod and a breakthrough Internet device—into one small, lightweight, handheld device with desktop-class email, web browsing, searching and Google Maps.

## Revolutionary Mobile Phone
To make a call with iPhone, you can tap on a phone number almost anywhere—your address book, favorites list, email or SMS text message. It also automatically syncs all contacts from your PC or Mac. And with Visual Voicemail, you can listen to voice messages in any order you want—just like email.

## Widescreen iPod
Only iPhone has a beautiful 3.5-inch widescreen display with touch controls. And it syncs with your iTunes library so you can easily enjoy your content—your movies, TV shows, videos and music.

## Internet in Your Pocket
iPhone offers a rich HTML email client and Safari—the most advanced web browser ever on a portable device. It automatically syncs bookmarks from a PC or Mac and has built-in Google and Yahoo! search. It also multitasks, so you can read a web page while downloading your email in the background over Wi-Fi or EDGE.

## Revolutionary Multi-Touch Interface
iPhone features a remarkable multi-touch interface. You can dial a number or access an application with a simple tap of your fingers, flick to scroll, or pinch to zoom in on a web page.

## Advanced Software
With the power and sophistication of OS X—the world's most advanced operating system—iPhone is years ahead of its time. And its desktop-class applications, including Safari, widgets, calendar, rich HTML email and a full-featured address book, mean iPhone redefines what you can do with a mobile phone.

## AT&T Advantages

**THE LARGEST DIGITAL VOICE AND DATA NETWORK**
in America

**THE FEWEST DROPPED CALLS**
of any wireless carrier

**LARGEST MOBILE TO MOBILE COMMUNITY**
with unlimited calling and texting to AT&T's wireless customers – over 62 million

**ROLLOVER MINUTES**
Only AT&T lets you keep your unused minutes

### More Bars In More Places®

att.com/wireless
1-800-331-0500
for AT&T wireless customers

For deaf/hard of hearing customers:
(TTY) 1-866-241-6567

Questions on accessibility by persons with disabilities:
1-866-241-6568

The first nationwide carrier to be awarded WIRELESS Consumer Information Code QUALITY. For details visit www.ctia.org.

**Terms Applicable to AT&T Nation/FamilyTalk® GSM Plans:** **Credit approval required.** Subscriber must live and have a mailing address within AT&T's owned network coverage area. An early termination fee of $175 applies if service is terminated before the end of the contract term. If phone is returned within 3 days, activation fee will be refunded. If phone is returned within 14 days in like-new condition with all components, early termination fee will be waived. All other charges apply. Some dealers impose additional fees.
**Minute Increment Billing and Usage:** Airtime and other measured usage are billed in full-minute increments, and actual airtime and usage are rounded up to the next full increment at the end of each call for billing purposes. AT&T charges a full-minute increment of usage for every fraction of the last minute used on each wireless call. Minutes will be depleted according to usage in the following order: Night and Weekend Minutes, Mobile to Mobile Minutes, Anytime Minutes and Rollover Minutes. Calls placed on networks served by other carriers may take longer to be processed, and billing for these calls may be delayed. Those minutes will be applied against your Anytime monthly minutes in the month in which the calls appear on your bill. Unanswered outgoing calls of 30 seconds or longer incur airtime. You may obtain usage information by calling customer service or using one of our automated systems.
**Pricing/Taxes/No Proration:** Final month's charges are not prorated. Prices are subject to change. Prices do not include taxes.
**Activation Fees:** $36 Activation Fee for each new line. $26 Activation Fee applies on each additional FamilyTalk line. **Nights and Weekends:** Nights are 9:00 p.m. to 6:00 a.m. Weekends are 9:00 p.m. Friday to 6:00 a.m. Monday (based on time of day at switch providing your service). Included long distance calls can be made from the 50 United States, Puerto Rico and U.S. Virgin Islands to the 50 United States, Puerto Rico, U.S. Virgin Islands, Guam and Northern Mariana Islands. Roaming charges do not apply when roaming within the service area of land-based networks of the 50 United States, Puerto Rico and U.S. Virgin Islands. International long distance rates vary. Additional charges apply to services used outside the land borders of the U.S., Puerto Rico and U.S. Virgin Islands.
**Unlimited Voice Services:** Unlimited voice services are provided solely for live dialog between two individuals. Unlimited voice services may not be used for conference calling, call forwarding, monitoring services, data transmissions, transmission of broadcasts, transmission of recorded material, or other connections which do not consist of uninterrupted live dialog between two individuals. If AT&T finds that you are using an unlimited voice service offering for other than live dialog between two individuals, AT&T may, at its option, terminate your service or change your plan to one with no unlimited usage components. AT&T will provide notice that it intends to take any of the above actions, and you may terminate the agreement.
**International Roaming:** Substantial charges may be incurred if phone is taken out of the U.S. even if no services are intentionally used. **Off-net Usage:** If your minutes of use (including unlimited services) on other carrier networks ("off-net usage") during any two consecutive months exceed your off-net usage allowance, AT&T may, at its option, terminate your service, deny your continued use of other carriers' coverage, or change your plan to one imposing usage charges for off-net usage. Your off-net usage allowance is equal to the lesser of 750 minutes or 40% of the Anytime Minutes included with your plan. AT&T will provide notice it intends to take any of the above actions, and you may terminate the agreement.
**Caller ID Blocking:** Your billing name may be displayed along with your wireless number on outbound calls to other wireless and landline phones with Caller ID capability. Contact customer service for information on blocking the display of your name and number. You may be charged for both an incoming and an outgoing call when incoming calls are routed to voicemail, even if no message is left. See Wireless Service Agreement for additional conditions and restrictions. **FamilyTalk:** FamilyTalk requires a two-year service agreement for each line. FamilyTalk plans include only package minutes included with the primary number, and minutes are shared by the additional lines. The rate shown for additional minutes applies to all minutes in excess of the Anytime Minutes. FamilyTalk requires two lines. If the rate plan for the primary number is changed to an ineligible plan or the primary number is disconnected, one of the existing additional lines shall become the primary number on the rate plan previously subscribed to by the former primary number; if only one line remains it shall be converted to the closest single line rate. **Rollover Minutes:** Rollover Minutes accumulate and expire through 12 rolling bill periods. Bill Period 1 (activation) unused Anytime Minutes will not carry over. Bill Period 2 unused Anytime Minutes will begin to carry over. Rollover Minutes accumulated starting with Bill Period 2 will expire each bill period as they reach a 12 bill period age. Rollover Minutes will also expire immediately upon default or if customer changes to a non-Rollover plan. If you change plans (including the formation of a FamilyTalk plan), or if an existing subscriber joins your existing FamilyTalk plan, any accumulated Rollover Minutes in excess of your new plan or the primary FamilyTalk line's included Anytime Minutes will expire. Rollover Minutes are not redeemable for cash or credit and are not transferable. **Mobile to Mobile Minutes:** Mobile to Mobile Minutes may be used, subject to the above provisions governing unlimited usage, when directly dialing or receiving calls from any other AT&T wireless phone number from within your calling area. Mobile to Mobile Minutes may not be used for interconnection to other networks. Calls to AT&T voicemail and return calls from voicemail not included. **Terms Applicable to Features:** For full details on messaging and data usage see www.cingular.com/media/terms. Certain features will not be available in all areas at all times. See Roadside Assistance welcome letter and/or brochures for full terms and conditions. **VoiceDial:** See VoiceDial brochure for full details.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T and the AT&T logo are trademarks of AT&T Knowledge Ventures. Subsidiaries and affiliates of AT&T Inc. provide products and services under the AT&T brand. ©2007 Apple Inc. All rights reserved. Apple, the Apple logo, iPod, iTunes, and Mac are trademarks of Apple Inc., registered in the U.S. and other countries. iPhone and Safari are trademarks of Apple Inc.

PRO BR P 0607 7766 E

Dockets.Justia.com

# AT&T Plans for iPhone



Only on the new 

# AT&T Plans for iPhone

## AT&T Nation

| | $59.99* | $79.99* | $99.99* | $119.99* | $169.99* | $219.99* |
|---|---|---|---|---|---|---|
| **Minutes** | 450 | 900 | 1350 | 2000 | 4000 | 6000 |
| **Unlimited Data** (Email/Web) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Visual Voicemail** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **SMS Text Messaging** | 200 | 200 | 200 | 200 | 200 | 200 |
| **Night & Weekend Minutes** | 5000 | Unlimited | Unlimited | Unlimited | Unlimited | Unlimited |
| **Rollover Minutes®** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Unlimited Mobile to Mobile** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Additional Minutes** | 45¢/min | 40¢/min | 35¢/min | 25¢/min | 25¢/min | 20¢/min |

**INCLUDED FEATURES:** Nationwide Long Distance and Roaming, Call Forwarding, Call Waiting, 3-Way Calling and Caller ID.

## AT&T FamilyTalk
*Includes 2 Lines*

| | $109.99* | $129.99* | $149.99* | $189.99* | $239.99* | $339.99* |
|---|---|---|---|---|---|---|
| **Minutes** | 700 | 1400 | 2100 | 3000 | 4000 | 6000 |
| **Unlimited Data** (Email/Web) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Visual Voicemail** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **SMS Text Messaging** (Per line) | 200 | 200 | 200 | 200 | 200 | 200 |
| **Night & Weekend Minutes** | Unlimited | Unlimited | Unlimited | Unlimited | Unlimited | Unlimited |
| **Rollover Minutes®** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Unlimited Mobile to Mobile** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Additional Minutes** | 45¢/min | 40¢/min | 35¢/min | 25¢/min | 20¢/min | 20¢/min |

**ADDITIONAL iPHONE LINES** – $29.99 per line (up to 3 additional lines).
**INCLUDED FEATURES:** Nationwide Long Distance and Roaming, Call Forwarding, Call Waiting, 3-Way Calling and Caller ID.

## Add more Texting

Upgrade to even more Text Messages per month:

| | |
|---|---|
| 1500 SMS Text Messages | $10.00 more/month |
| Unlimited SMS Text Messages | $20.00 more/month |

Available only to consumer accounts. There are no equipment or monthly service discounts available with the purchase of an iPhone. Visual Voicemail can be password protected to secure your voicemail messages, contacts and related content. *All plans require a 2-year AT&T service agreement, an activation fee, and are subject to AT&T credit approval. AT&T also imposes monthly a Regulatory Cost Recovery Charge of up to $1.25 to help defray costs incurred in complying with State and Federal telecom regulations; State and Federal Universal Service Charges; and surcharges for customer-based and revenue-based state and local assessments on AT&T. These are not taxes or government-required charges. 1. International messages not included. Charges for international messages sent from the U.S. are 20¢ for Text Messages and 50¢ for Picture/Video Messages. 2. Additional charges for premium messages and content apply. Messages over 300 KBs billed and additional 50¢/message.

# Existing Customers Purchasing an iPhone

## iPhone Data Plans

If you're an existing AT&T (formerly Cingular) wireless customer and you want to keep your current voice plan, you just need to add an iPhone Data Plan. (This may replace your current data plan.)

| | +200 Text | +1500 Text | +Unlimited Text |
|---|---|---|---|
| **SMS Text Messaging** | 200 5¢/add'l | 1500 3¢/add'l | Unlimited |
| **Unlimited Data** (Email/Web) | ✓ | ✓ | ✓ |
| **Visual Voicemail** | ✓ | ✓ | ✓ |
| **Monthly Access** | $20 | $30 | $40 |

## Coverage Area Map



**AT&T GSM handset required.**

Your phone's display does not indicate the rate you will be charged. Please review your coverage map for areas included in and out of plan. Map depicts an approximation of outdoor coverage. Map may include areas served by unaffiliated carriers and may depict their licensed area rather than an approximation of the coverage there. Actual coverage area may differ substantially from map graphics, and coverage may be affected by such things as terrain, weather, foliage, buildings and other construction, signal strength, customer equipment and other factors. AT&T does not guarantee coverage. Charges will be based on the location of the site receiving and transmitting the call, not the location of the subscriber. Future coverage, if depicted above, is based on current planning assumptions but is subject to change and may not be relied upon. 0607