# A few things you should know about purchasing and activating an  iPhone.

## iPhone. Only on AT&T.

AT&T and Apple have an exclusive relationship that combines a revolutionary phone with the largest digital voice and data network.

## Activation

You activate your iPhone in a whole new way—using iTunes right on your computer. All you need is a PC or Mac, a credit card, access to the Internet and an email address.

The credit approval for your AT&T service also happens on your computer. It's part of activating through iTunes, but if you'd rather have your credit pre-approved before you leave the store, an AT&T store representative can help you with that.

## Rate Plans

To use iPhone, you'll need to sign up for a 2-year service agreement or a renewed 2-year service agreement if you're an existing AT&T (formerly Cingular) wireless customer. The plans start at $59.99 and include Visual Voicemail and Unlimited Data with both email and web plus texting. You can browse the Internet and send emails as often as you like without being charged extra.

If you're an existing AT&T (formerly Cingular) wireless customer and you want to keep your current voice plan, you just need to add an iPhone Data Plan. (This may replace your current data plan.) The iPhone Data Plan gives you Visual Voicemail, as well as Unlimited Data—includes both email and web plus texting, all for as little as $20.

## Service and Support

iPhone is covered by the Apple Warranty. There is no eligibility for the wireless phone insurance program.

Available only to consumer accounts.  iPhone and associated wireless service are not eligible for corporate discounts.

**You can return your iPhone within 14 days for a full refund, but there is a 10% restocking fee if the box has been opened.**



© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T and the AT&T logo are trademarks of AT&T Knowledge Ventures. Subsidiaries and affiliates of AT&T Inc. Apple and the Apple logo are registered trademarks of Apple Inc.  iPhone is a trademark of Apple Inc.

at&t
Your world. Delivered.

PRO TP P 0607 7767 Da/b

# Algunos detalles que debes saber sobre la compra y activación de  iPhone.

## iPhone. Sólo con AT&T.

AT&T y Apple han establecido una relación exclusiva, que combina un teléfono revolucionario con la red digital de servicios de voz y de datos más grande.

## Activación

La manera de activar iPhone es totalmente nueva: se activa con iTunes desde tu computadora. Lo único que necesitas es una PC o Mac, una tarjeta de crédito, acceso a Internet y una dirección de correo electrónico.

La aprobación de crédito para el servicio de AT&T también se obtiene por computadora y forma parte de la activación a través de iTunes. Pero si prefieres tener la preaprobación directamente en la tienda de AT&T, lo podrás hacer con uno de los representantes.

## Planes de tarifas

Para usar iPhone, debes suscribirte a un contrato de servicio por 2 años o, si eres cliente actual del servicio móvil de AT&T (anteriormente Cingular), debes renovar el contrato de servicio por 2 años. Hay planes desde $59.99 e incluyen correo de voz visual y uso ilimitado de datos con mensajes de texto, correo electrónico y acceso a Internet. Puedes navegar en Internet y enviar mensajes de correo electrónico tantas veces como quieras, sin cargos adicionales.

Si eres cliente actual del servicio móvil de AT&T (anteriormente Cingular) y deseas conservar tu plan actual de voz, simplemente debes agregar un plan de datos iPhone. (Es posible que reemplace tu plan actual de datos.) El plan de datos iPhone te ofrece correo de voz visual y uso ilimitado de datos, que incluye mensajes de texto, correo electrónico y acceso a Internet, por tan sólo $20.

## Servicio y asistencia

iPhone cuenta con la cobertura de la garantía Apple. No se ofrece la cobertura del programa del Seguro de teléfono móvil.

Sólo se ofrece a clientes particulares. iPhone y el servicio móvil asociado al equipo no reúnen los requisitos para recibir descuentos empresariales.

**Si el equipo iPhone se devuelve dentro de los 14 días de la compra, se recibirá un reembolso completo. Sin embargo, se cobra un cargo por restitución del 10% si se abrió el paquete.**

©2007 AT&T Knowledge Ventures. Todos los derechos reservados. AT&T y su logotipo son marcas comerciales de AT&T Knowledge Ventures. Las empresas subsidiarias y afiliadas de AT&T Inc. proporcionan productos y servicios utilizando la marca de AT&T. Apple y su logotipo son marcas registradas de Apple Inc. iPhone es marca comercial de Apple Inc.

