# Consumer iTunes Activation Process





Welcome to Your New iPhone

Let's get started:

1. Activate your iPhone with AT&T

2. Register and get an iTunes Store Account

3. Put your contacts, music, and more on your iPhone



Copyright © 2007 Apple Inc. All rights reserved. | Privacy Policies | Terms & Conditions



Page 1

# Consumer iTunes Activation Process




Are You a New or Existing AT&T (Cingular) Wireless Customer?

I am an existing AT&T (Cingular) wireless customer:
- ● Replace a phone on my account with this iPhone.
- ○ Add a new line to my existing account.

I am a new AT&T wireless customer:
- ○ Activate one iPhone now.
- ○ Activate two or more iPhones on an Individual or FamilyTalk Plan.

Cancel     Go Back     Continue

Copyright © 2007 Apple Inc. All rights reserved. | Privacy Policies | Terms & Conditions



Page 2

# Consumer iTunes Activation Process




## AT&T (Cingular) Account Information

Please enter your AT&T (Cingular) wireless account information:

Your Current Mobile Number: 513  4100449

Billing Zip Code*: 30004

Last 4 Digits of Social Security Number*: 1046   Why do we need this?

* Enter this information for primary account holder.

Cancel   Go Back   Continue

Copyright © 2007 Apple Inc. All rights reserved. | Privacy Policies | Terms & Conditions



Page 3

# Consumer iTunes Activation Process



Page 4

# Consumer iTunes Activation Process





# Consumer iTunes Activation Process






# Consumer iTunes Activation Process






Page 7

# Consumer iTunes Activation Process









Page 8

# Consumer iTunes Activation Process






## Consumer iTunes Activation Process



