IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., a California Corporation, and AT&T MOBILITY LLC, a Georgia Corporation,<br><br>Defendants. | No. 07 CV 04946<br><br>Judge Kennelly<br>Mag. Judge Ashman |

### NOTICE OF FILING OF DECLARATION OF NEAL S. BERINHOUT IN SUPPORT OF DEFENDANT AT&T MOBILITY LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS ACTION

To:   ALL COUNSEL OF RECORD

The attached is the Declaration of Neal S. Berinhout in Support of AT&T Mobility LLC's Motion to Compel Arbitration and Dismiss Action.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: October 16, 2007 | /s/ Sarah E. Reynolds<br>Victoria R. Collado<br>Sarah E. Reynolds<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL  60606<br>(312) 701-0700<br><br>Evan M. Tager<br>     (*pro hac vice* application pending)<br>Archis A. Parasharami<br>     (*pro hac vice* application pending)<br>Kevin Ranlett (*pro hac vice*)<br>MAYER BROWN LLP<br>1909 K Street, N.W.<br>Washington, DC  20006<br>Tel:  (202) 263-3000<br>Fax:  (202) 263-5000<br>*Attorneys for Defendant AT&T Mobility LLC* |

## **CERTIFICATE OF SERVICE**

  I, Sarah E. Reynolds, an attorney, hereby certify that a true and correct copy of the **Declaration of Neal S. Berinhout in Support of Defendant AT&T Mobility LLC's Motion to Compel Arbitration and Dismiss Action** was served on the following counsel of record via electronic delivery on October 16, 2007.

Larry D. Drury
James Rowe
LARRY D. DRURY, LTD.
205 West Randolph, #1403
Chicago, IL 60603
(312) 346-7950

Patrick T. Stanton
Edward S. Weil
SCHWARTZ COOPER CHARTERED
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601

Penelope A. Preovolos
Andrew D. Muhlbach
Johanna W. Roberts
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105

                Respectfully submitted,

                /s/Sarah E. Reynolds
                _____
Dated: October 16, 2007       *Attorney for Defendant AT&T Mobility LLC*