IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE COMPUTER, INC., a California Corporation, and AT&T MOBILITY LLC, a Georgia Corporation,<br><br>Defendants. | Case No. 1:07-cv-04946<br><br>DECLARATION OF KEVIN RANLETT IN SUPPORT OF AT&T MOBILITY LLC's MOTION TO COMPEL ARBITRATION AND DISMISS ACTION |

I, Kevin Ranlett, hereby declare as follows:

1. I am employed as an attorney by the law firm of Mayer Brown LLP. I have personal knowledge of the following facts and am otherwise competent to testify.

2. On October 4, 2007, I visited the Wireless web page of the website of PowerNet Mobile (http://ecare.pngcom.com/site/wireless/) and clicked on the "Legal Terms & Conditions" link at the bottom of the web page. Those Terms and Conditions do not include an arbitration provision. A true and correct copy of those Terms and Conditions is attached as Exhibit 1.

3. On October 4, 2007, I used the "Check Your Area For Coverage" tool on the web site of PowerNet Mobile (http://ecare.pngcom.com/site/wireless/index.php) by inputting the zip code for the billing address of plaintiff Jose Trujillo. The web site indicated that "[t]here is coverage in your area. Your zip code indicates that a local number and coverage is available in your area." The web site also provided a link to PowerNet Mobile's coverage map (http://ecare.pngcom.com/site/wireless/pngcoveragemap.pdf). A true and correct copy of that coverage map is attached as Exhibit 2.

4. On October 13, 2007, I visited the "Terms of Service" web page on the web site of Virgin Mobile (http://web.virginmobileusa.com/about/terms-and-conditions). Those Terms of



Dockets.Justia.com

Service do not include an arbitration provision. A true and correct copy of those Terms of Service is attached as Exhibit 3.

5. On October 13, 2007, I visited the "Check Coverage" tool on the web site of Virgin Mobile (at http://www.virginmobileusa.com/coverage/prepareCoverage.do) by inputting the city and state of Mr. Trujillo's billing address. The web site confirmed that there is coverage in Mr. Trujillo's area. A true and correct copy of the coverage map for that area is attached as Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of October, 2007 at Washington, DC.

Kevin Ranlett

**CERTIFICATE OF SERVICE**

I, Sarah E. Reynolds, an attorney, hereby certify that a true and correct copy of the **Declaration of Kevin Ranlett in Support of Defendant AT&T Mobility LLC's Motion to Compel Arbitration and Dismiss Action** was served on the following counsel of record via electronic delivery on October 16, 2007.

Larry D. Drury
James Rowe
LARRY D. DRURY, LTD.
205 West Randolph, #1403
Chicago, IL 60603
(312) 346-7950

Patrick T. Stanton
Edward S. Weil
SCHWARTZ COOPER CHARTERED
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601

Penelope A. Preovolos
Andrew D. Muhlbach
Johanna W. Roberts
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105

Respectfully submitted,

/s/Sarah E. Reynolds

Dated: October 16, 2007

*Attorney for Defendant AT&T Mobility LLC*