# PowerNet Mobile Coverage by ZIP Codes

