## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Jose Trujillo

                     Plaintiff,

v.                                        Case No.: 1:07−cv−04946
                                           Honorable Matthew F. Kennelly

Apple Computer, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 24, 2007:

       MINUTE entry before Judge Matthew F. Kennelly : Status hearing of 10/30/2007 is vacated and reset to 11/2/2007 at 09:00 AM. Hearing on motion to stay is continued to 11/2/2007 at 09:00 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.