IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br>                Plaintiff,<br>V<br>APPLE COMPUTER, INC., a California Corporation, and AT&T MOBILITY LLC, a Georgia Corporation,<br>                Defendants. | No.    07 CV 04946<br>Judge Kennelly<br>Mag. Judge Ashman |

**PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO FILE HIS RESPONSE TO DEFENDANT AT&T MOBILITY LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS**

NOW COMES the Plaintiff, JOSE TRUJILLO, on behalf of himself and all others similarly situated, by and through his attorneys, LARRY D. DRURY, LTD., and respectfully moves this Court for an extension of time to file his Response to *Defendant AT&T Mobility LLC's Motion to Compel Arbitration and Dismiss,* and in support of this motion, the Plaintiff states as follows:

1. Defendant, AT&T Mobility LLC, filed its Motion to Compel Arbitration and Dismiss on October 16, 2007.

2. This Court set a briefing schedule on said Motion, requiring Plaintiff to file his Response by November 16, 2007 and Defendant to file its Reply by November 30, 2007.

3. That, because of the current workload of Plaintiff's counsel, including without limitation work requiring said counsel to be out of town between today and the present brief due date, and possible trial in another action, Plaintiff's counsel

respectfully requests additional time to file same.

4. The parties have agreed, with the permission of this Court, to extend the briefing schedule as follows:

    A. Plaintiff shall file his Response to Defendant's Motion by December 21, 2007.

    B. Defendant, AT&T Mobility LLC, shall file its Reply by January 11, 2007.

WHEREFORE, Plaintiff, JOSE TRUJILLO, individually and on behalf of all others similarly situated, hereby respectfully requests that this Court enter an order extending the briefing schedule on *Defendant's Motion to Compel Arbitration and Dismiss* as agreed by and between the parties, and for such further relief as this Court deems appropriate.

    Respectfully submitted,

    JOSE TRUJILLO, on behalf of himself and all others similarly situated,


    By: \_\_\_\_/s/   James R. Rowe_____

LARRY D. DRURY
JAMES R. ROWE
LARRY D. DRURY, LTD.
205 West Randolph, Suite 1430
Chicago, IL 60606
(312) 346-7950
ARDC# 0681024