# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, on behalf of Himself and all others similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE COMPUTER, INC., a California corporation, and AT&T MOBILITY, LLC, a Georgia corporation, <br><br> Defendants. | No. 07 C 4946 <br><br> **Judge Kennelly** <br><br> **Magistrate Judge Ashman** |

## NOTICE OF MOTION

To:   Andrew Muhlbach         CT Corporation          Victoria Collado
      Morrison Foerster       208 S. LaSalle St.      Mayer, Brown, Rowe & Maw, LLP
      425 Market St.          Chicago, IL 60601       71 South Wacker Drive
      San Francisco, CA 94105                         Chicago, IL 60606

PLEASE TAKE NOTICE that on the 14th day of November, 2007 at 9:30a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Judge Matthew Kennelly, in Courtroom 2103 of the Everett McKinley Dirksen Building located at 219 South Dearborn Street in Chicago, Illinois, and then and there present the attached AGREED MOTION FOR EXTENSION OF TIME, copies of which are hereby served upon you.

                                                    /s/ James R. Rowe

LARRY D. DRURY
JAMES R. ROWE
LARRY D. DRURY, LTD.
205 West Randolph, Suite 1430
Chicago, IL 60606
(312) 346-7950
Atty. No. 22556

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, under oath, that the above notice and documents were served upon all parties of record herein on this 8th day of November, 2007, by electronic mail.

                                    By:        /s/ James R. Rowe