IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., a California corporation and AT&T MOBILITY LLC, a Georgia corporation,<br><br>Defendants. | CASE NO.: 07-CV-04946<br><br>Judge Kennelly |

**DECLARATION OF DOUGLAS VINCENT IN SUPPORT OF APPLE'S MOTION FOR SUMMARY JUDGMENT**

I, Douglas Vincent, declare as follows:

1. I am employed by Apple Inc. ("Apple") as Senior Manager for Interactive Infrastructure. In that capacity, my responsibilities include managing product-related webpages for the iPhone. I make this declaration in support of Apple's Motion for Summary Judgment in the above-captioned matter. I have personal knowledge of the facts stated in this declaration and I could and would testify competently to them if called upon to do so.

2. The iPhone combines three products into one handheld device — a mobile phone, an iPod music player, and an Internet communications device with email, web browsing, searching and maps.

3. Apple began selling the iPhone at 6:00 p.m. on June 29, 2007. Beginning on June 29, 2007, the iPhone was sold in Apple retail stores and AT&T retail stores. Apple also began taking orders for the iPhone through its online store on June 29, 2007.

sf-2431530

4.   On its website at www.apple.com/batteries, Apple provides information regarding rechargeable lithium-ion batteries for various Apple products, including the iPhone. This webpage was updated with iPhone-specific information on June 29, 2007, and has been accessible to the public on Apple's website from that date to the present.

5.   The webpage, www.apple.com/batteries, includes the following statements regarding rechargeable lithium-ion batteries:

> Like other rechargeable batteries, these batteries may eventually require replacement.
>
> You can charge all lithium-ion batteries a large but finite number of times, as defined by charge cycle.
>
> A charge cycle means using all of the battery's power, but that doesn't necessarily mean a single charge. For instance, you could listen to your iPod for a few hours one day, using half its power, and then recharge it fully. If you did the same thing the next day, it would count as one charge cycle, not two, so you may take several days to complete a cycle. Each time you complete a charge cycle, it diminishes battery capacity slightly, but you can put notebook, iPod and iPhone batteries through many charge cycles before they will hold only 80% of original battery capacity. As with other rechargeable batteries, you may eventually need to replace your battery.
>
> **Battery Lifespan** means the total amount of time your battery will last before it must be replaced.

6.   A true and correct copy of this webpage as it existed on the date of this declaration is attached hereto as Exhibit A. The above-quoted text in paragraph 5 has been included at all times.

7.   The webpage, www.apple.com/batteries/replacements.html, provides information regarding Apple's battery replacement programs for its various products. This webpage was updated with iPhone-specific information on June 29, 2007, and has been accessible to the public on Apple's website from that date to the present.

8.  The webpage, www.apple.com/batteries/replacements.html, provides detailed information regarding Apple's battery replacement program. For the iPhone, it contains the following information:

> **iPhone Owners.** Your one-year warranty includes replacement coverage for a defective battery. You can extend your coverage to two years from the date of your iPhone purchase with the AppleCare Protection Plan for iPhone. During the plan's coverage period, Apple will replace the battery if it drops below 50% of its original capacity. If it is out of warranty, Apple offers a battery replacement for $79, plus $6.95 shipping, subject to local tax.

9.  A true and correct copy of this webpage as it existed on the date of this declaration is attached hereto as Exhibit B. The above-quoted text in paragraph 8 has been included at all times.

10. The webpage, www.apple.com/batteries/iphone.html, was uploaded and accessible to the public on Apple's website from June 29, 2007 to the present.

11. The webpage, www.apple.com/batteries/iphone.html, provides pointers for maximizing the battery life and lifespan of the iPhone battery. It also states:

> "Battery lifespan" means the total amount of time your battery will last before it must be replaced.
>
> **Charge Cycles**: A properly maintained iPhone battery is designed to retain up to 80% of its original capacity at 400 full charge and discharge cycles. You may choose to replace your battery when it no longer holds sufficient charge to meet your needs.

12. A true and correct copy of this webpage as it existed on the date of this declaration is attached hereto as Exhibit C. The above-quoted text in paragraph 11 has been included at all times.

13. Apple first posted the technical specifications for the iPhone on its website on January 9, 2007, at www.apple.com/iphone/technology/specs.html. A true and correct copy of this webpage is attached hereto as Exhibit D. This webpage stated:

> Rechargeable batteries have a limited number of charge cycles and may eventually need to be replaced. Battery life and number of charge cycles vary by use and settings. See www.apple.com/batteries for more information.

14. More detailed technical specifications for the iPhone were uploaded and accessible to the public on Apple's website from June 19, 2007 to the present, at www.apple.com/iphone/specs.html. This webpage states:

> Rechargeable batteries have a limited number of charge cycles and may eventually need to be replaced. See www.apple.com/batteries for more information.

15. These technical specifications replaced the ones discussed above in paragraph 13. A true and correct copy of these iPhone technical specifications as they existed on the date of this declaration is attached hereto as Exhibit E. The quoted content from these iPhone technical specifications has been included at all times.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed at Cupertino, California on December 5, 2007.

/s/ Douglas Vincent  
Douglas Vincent

Declaration of Doug Vincent

Exhibit A

# Lithium-ion Batteries

Rechargeable lithium-based technology currently provides the best performance for your Apple notebook computer, iPod, or iPhone. You can also find this standard battery technology in many other devices. Apple batteries share the characteristics common to lithium-based technology found in other devices. Like other rechargeable batteries, these batteries may eventually require replacement.

## Standard Technology
Lithium-ion batteries pack in a higher power density than nickel-based batteries. This gives you a longer battery life in a lighter package, as lithium is the lightest metal. You can also recharge a lithium-ion battery whenever convenient, without the full charge or discharge cycle necessary to keep nickel-based batteries at peak performance. (Over time, crystals build up in nickel-based batteries and prevent you from charging them completely, necessitating an inconvenient full discharge.)



## Standard Charging
Most lithium-ion batteries use a fast charge to charge your device to 80% battery capacity, then switch to trickle charging. That's about two hours of charge time to power an iPod to 80% capacity, then another two hours to fully charge it, if you are not using the iPod while charging. You can charge all lithium-ion batteries a large but finite number of times, as defined by charge cycle.



Charge Cycle. Using and recharging 100% of battery capacity equals one full charge cycle.

A charge cycle means using all of the battery's power, but that doesn't necessarily mean a single charge. For instance, you could listen to your iPod for a few hours one day, using half its power, and then recharge it fully. If you did the same thing the next day, it would count as one charge cycle, not two, so you may take several days to complete a cycle. Each time you complete a charge cycle, it diminishes battery capacity slightly, but you can put notebook, iPod, and iPhone batteries through many charge cycles before they will only hold 80% of original battery capacity. As with other rechargeable batteries, you may eventually need to replace your battery.

## How to Maximize Power Use
The length of time your battery will power your device depends on how you use it. For instance, watching a DVD will use up your notebook battery's power more quickly than simple word processing. You can follow some easy steps to maximize your notebook, iPod, or iPhone battery life.

---

### Lithium-ion Batteries

 

**About Notebook Batteries**
Learn how to maximize the lifespan and battery life of your Apple notebook.



**About iPod Batteries**
Learn how to maximize the lifespan and battery life of your iPod touch, iPod nano, iPod classic, or iPod shuffle.



**About iPhone Batteries**
Learn how to maximize the lifespan and battery life of your iPhone.

### Battery Terms
**Battery life** means the time your Apple notebook, iPod, or iPhone will run before it must be recharged (also called "playtime" or "runtime").

**Battery lifespan** means the total amount of time your battery will last before it must be replaced.

### Hot Tip
If you use your iPod, iPhone, or notebook in temperatures higher than 95° F (or 35° C), you may permanently damage your battery's capacity. That is, your battery won't power your device as long on any given charge. You may damage it even more if you charge the device in these temperatures. Even storing a battery in a hot environment can damage it irreversibly.

### On Playing It Cool
You may find that playing an iPod or using an iPhone in a very cold environment decreases battery life. Unlike the effects of a hot environment, this is a temporary condition. Once molecules in the battery warm up, the battery will return to its previous capacity.

### Exercise Your Machine
Lithium-ion batteries need to be used for maximum performance. If you don't use your device often, be sure to complete a charge cycle at least once a month. Click the links below to add regular reminders to your iCal calendar.

- Remind me to charge and discharge my iPod battery
- Remind me to charge and discharge my notebook battery

### Dispose Your Disposables
Apple rechargeable batteries provide a better solution for both your pocketbook and the planet. For instance, if your iPod were powered by four AA alkaline batteries and you used one pack per week (which is conservative), after two years you would have spent over $200 (buying in bulk) and piled up 400 dead batteries for your local recycling center.

Batteries

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.    Site Map | Hot News | RSS Feeds | Contact Us

Copyright © 2007 Apple Inc. All rights reserved.   Terms of Use | Privacy Policy
Google, the Google logo, and Google Maps are trademarks of Google Inc. © 2007 NAVTEQ. All rights reserved.

Declaration of Doug Vincent

Exhibit B

 Store | Mac | iPod + iTunes | iPhone | Downloads | Support |  Search

# Battery Replacement

After a period of time that will vary depending on use and settings, you may find that your battery will power your device for only a couple of hours, requiring you to charge more frequently. Rechargeable batteries have a limited number of charge cycles and may eventually need to be replaced.

You may choose to replace your battery while it still has a little juice left, or wait until the battery does not hold enough energy to power your device at all to replace it. As with all batteries, proper disposal is essential. Check with your local waste or recycling company to determine the disposal method for your area. Putting any battery directly in the trash harms the environment. 

## iPod Owners
Your one-year warranty includes replacement coverage for a defective battery. You can extend your coverage to two years from the date of your iPod purchase with the AppleCare Protection Plan for iPod. During the plan's coverage period, Apple will replace the battery if it drops below 50% of its original capacity. If it is out of warranty, Apple offers a battery replacement for $59, plus $6.95 shipping, subject to local tax. Apple disposes of your battery in an environmentally friendly manner.

## iPhone Owners
Your one-year warranty includes replacement coverage for a defective battery. You can extend your coverage to two years from the date of your iPhone purchase with the AppleCare Protection Plan for iPhone. During the plan's coverage period, Apple will replace the battery if it drops below 50% of its original capacity. If it is out of warranty, Apple offers a battery replacement for $79, plus $6.95 shipping, subject to local tax. Apple disposes of your battery in an environmentally friendly manner.

## Notebook Owners
Your one-year warranty includes replacement coverage for a defective battery. You can extend your replacement coverage for a defective battery to three years from the date of your notebook purchase with the AppleCare Protection Plan. However, the AppleCare Protection Plan for notebook computers does not cover batteries that have failed or are exhibiting diminished capacity except when the failure or diminished capacity is the result of a manufacturing defect. You can purchase replacement batteries for late models of Apple notebooks directly from the Apple Store.

12-inch PowerBook G4
15-inch Aluminum PowerBook G4
17-inch PowerBook G4

12-inch iBook
14-inch iBook
15-inch MacBook Pro

If you own an older model PowerBook or iBook, several third parties offer compatible batteries, and Apple authorized service centers can order batteries for models up to seven years old.

---

### Lithium-ion Batteries

 

**About Notebook Batteries**
Learn how to maximize the lifespan and battery life of your Apple notebook.



**About iPod Batteries**
Learn how to maximize the lifespan and battery life of your iPod touch, iPod nano, iPod classic, or iPod shuffle.



**About iPhone Batteries**
Learn how to maximize the lifespan and battery life of your iPhone.

---

 Batteries   Battery Replacement

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.   Site Map | Hot News | RSS Feeds | Contact Us

Copyright © 2007 Apple Inc. All rights reserved.   Terms of Use | Privacy Policy
Google, the Google logo, and Google Maps are trademarks of Google Inc. © 2007 NAVTEQ. All rights reserved.

Declaration of Doug Vincent

Exhibit C

# iPhone

Paying attention to just a few common sense pointers will pay off with a longer battery lifespan and battery life for your iPhone. The most important thing is to keep your iPhone out of the sun or a hot car (even the glove box). Heat will degrade your battery's performance the most.

### Some Terms You Need to Understand
"Battery life" means the time your iPhone will run before it must be recharged. "Battery lifespan" means the total amount of time your battery will last before it must be replaced.

### Viewing Usage Statistics
Awareness of how you use your iPhone and knowing how long your battery typically lasts can help you improve your iPhone's battery life. You can view your iPhone usage statistics by tapping the Settings application on the Home screen and choosing Usage. Under the "Time since last full charge" heading you'll see two items:
- **Usage:** Amount of time iPhone has been awake and in use since the last full charge. The phone is awake when you're on a call, using email, listening to music, browsing the Web, sending and receiving text messages, or when certain background tasks occur such as auto-checking email.
- **Standby:** Amount of time iPhone has been powered on since its last full charge, including the time the phone has been asleep.

iPhone Temperate Zone. Your iPhone works best from 32° to 95° F. You should store it in environments of –4° to 113° F. That's 0° to 35° C and –20° to 45° C for the metrically inclined. Keeping your iPhone as near room temperature as possible (72° F or 22° C) is ideal.

### Update to the Latest Software
Always make sure your iPhone has the latest software from Apple, as engineers may find new ways to optimize battery performance. Using iTunes 7.4 or later, you can update your iPhone with the latest software. Connect your iPhone to your computer, then select iPhone in the Source pane. In the Summary tab, you can click "Check for Update" to see if there's a new version of the iPhone software available. Click Update to install the latest version. 

### Optimize Your Settings
Depending on how they are configured, a few features may decrease your iPhone's battery life. For example, the frequency with which you retrieve email and the number of email accounts you auto-check can both affect battery life. The tips below may help extend your phone's battery life.
- **Change Mail Auto-Check:** Turn off Mail auto-check or increase the auto-check interval. To turn off auto-check, from the Home screen choose Settings > Mail > Auto-Check and tap Manual. To increase the auto-check interval, go to Settings > Mail > Auto-Check and tap Every hour. Note that this is a global setting that applies to all active mail accounts on your iPhone except push mail accounts with push mail enabled.
- **Turn off Push Mail:** If you have a push mail account, turn off push mail when you don't need it. Go to Settings > Mail, choose the push mail account, tap Advanced, and set Use Push Mail to Off. Messages sent to this account will now be received on your phone based on the global Auto-Check setting rather than as they arrive.
- **Auto-check fewer Mail Accounts:** You can save power by checking fewer mail accounts. This can be accomplished by turning off a mail account or by deleting it. To turn off a mail account, go to Settings > Mail, choose a mail account and set Account to Off. To remove an account, go to Settings > Mail, choose a mail account and tap Delete Account.
- **Turn off Wi-Fi:** If you rarely use Wi-Fi, you can turn it off to save power. Go to Settings > Wi-Fi and set Wi-Fi to Off. Note that if you frequently use your iPhone to browse the Web, battery life may be improved using Wi-Fi instead of EDGE.
- **Turn off Bluetooth:** If you rarely use a Bluetooth headset or car kit, you can turn off Bluetooth to save power. Go to Settings > General > Bluetooth and set Bluetooth to Off.
- **Adjust Brightness:** Dimming your phone's screen is another way to extend battery life. Go to Settings > Brightness and drag the slider to the left to lower the default screen brightness. Additionally, turning on Auto-Brightness allows your phone's screen to adjust its brightness based on current lighting conditions. Go to Settings > Brightness and set Auto-Brightness to On.
- **Turn off EQ:** Applying an equalizer setting to song playback on your iPhone can decrease battery life. To turn EQ off, go to Settings > iPod > EQ and tap Off. Note that if you've added EQ to songs directly in iTunes, you'll need to set EQ on iPhone to "Flat" in order to have the same effect as "Off" because iPhone keeps your iTunes settings intact. Go to Settings > iPod > EQ and tap Flat.

### Lock Your iPhone
It may seem obvious, but you should lock your iPhone when you aren't using it. You will still be able to receive calls and text messages while it is locked, but nothing happens if you touch the screen. To lock iPhone, press the Sleep/Wake button.

### Use iPhone Regularly
For proper maintenance of a lithium-based battery, it's important to keep the electrons in it moving occasionally. Be sure to go through at least one charge cycle per month.

1. Talk Time: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. All talk time testing was done connected to a 1900MHz network. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks was turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
2. Internet over Wi-Fi: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. Internet over Wi-Fi testing conducted using a closed network and dedicated web and mail server, simulating browsing to 20 popular URLs and checking mail once an hour. All settings were default except: Call Forwarding was turned on, the Wi-Fi feature Ask to Join Networks and Auto-Brightness were turned off; WPA2 encryption was enabled. Battery life depends on the cellular network, location, signal strength, Wi-Fi connectivity, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary. Internet over EDGE: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. Internet over EDGE testing conducted over a 1900MHz EDGE, using a dedicated web and mail server, simulating browsing to 20 popular URLs and checking mail once an hour. All settings were default except: Call Forwarding was turned on, the Wi-Fi feature Ask to Join Networks and Auto-Brightness were turned off. Battery life depends on the cellular network, location, signal strength, EDGE connectivity, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
3. Video Playback: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. Video content was a repeated 2 hour 23 minute movie purchased from the iTunes Store. All settings were default except: Call Forwarding was turned on, the Wi-Fi feature Ask to Join Networks and Auto-Brightness were turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
4. Audio Playback: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. The playlist consisted of 358 unique audio tracks, a combination of content imported from CDs using iTunes (128-Kbps AAC encoding) and content purchased from the iTunes Store (128-Kbps AAC encoding). All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks was turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
5. Standby Time: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. All settings were default except: Call Forwarding was turned on, the Wi-Fi feature Ask to Join Networks was turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.

---



### Lithium-ion Batteries

**About Notebook Batteries**
Learn how to maximize the lifespan and battery life of your Apple notebook.

**About iPod Batteries**
Learn how to maximize the lifespan and battery life of your iPod touch, iPod nano, iPod classic, or iPod shuffle.

**About iPhone Batteries**
Learn how to maximize the lifespan and battery life of your iPhone.

### Maximum Battery Life
iPhone offers up to 8 hours of talk time,[1] 6 hours of Internet use,[2] 7 hours of video playback,[3] or 24 hours of audio playback[4] on a full charge at original capacity. In addition, iPhone features up to 250 hours of standby time.[5]

### Charge Cycles
A properly maintained iPhone battery is designed to retain up to 80% of its original capacity at 400 full charge and discharge cycles. You may choose to replace your battery when it no longer holds sufficient charge to meet your needs.

### Let It Breathe
Charging your iPhone while in certain carrying cases may generate excess heat, which can affect battery capacity. If you notice that your iPhone gets hot when you charge it, take it out of its case first.



 Batteries  iPhone

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.    Site Map  |  Hot News  |  RSS Feeds  |  Contact Us

Copyright © 2007 Apple Inc. All rights reserved.    Terms of Use  |  Privacy Policy

Google, the Google logo, and Google Maps are trademarks of Google Inc. © 2007 NAVTEQ. All rights reserved.

Declaration of Doug Vincent

Exhibit D







# High Technology

**Technical Specifications**

| | |
|---|---|
| Screen size | 3.5 inches |
| Screen resolution | 320 by 480 at 160 ppi |
| Input method | Multi-touch |
| Operating system | OS X |
| Storage | 4GB or 8GB |
| GSM | Quad-band (MHz: 850, 900, 1800, 1900) |
| Wireless data | Wi-Fi (802.11b/g) + EDGE + Bluetooth 2.0 |
| Camera | 2.0 megapixels |
| Battery | Up to 5 hours — Talk / Video / Browsing<br>Up to 16 hours — Audio playback |
| Dimensions | 4.5 x 2.4 x 0.46 inches / 115 x 61 x 11.6mm |
| Weight | 4.8 ounces / 135 grams |

Return to High Technology ▸

This device has not been authorized as required by the rules of the Federal Communications Commission. This device is not, and may not be, offered for sale or lease, or sold or leased, until authorization is obtained.

Technical specifications are subject to change. 1GB = 1 billion bytes; actual formatted capacity less. Up to 5 hours of talk time depends on network configuration. Up to 16 hours of battery life refers to music playback. Up to 5 hours of battery life is based on H.264 1.5-Mbps video at 640-by-480 resolution combined with 128-Kbps audio. Rechargeable batteries have a limited number of charge cycles and may eventually need to be replaced. Battery life and number of charge cycles vary by use and settings. See www.apple.com/batteries for more information.

Home > Hardware > iPhone > High Technology > Tech Specs

Search Apple.com

Visit the Apple Store online (1-800-MY-APPLE) or at retail locations.

Site Map | Contact Us | Terms of Use | Privacy Policy

Copyright © 2007 Apple Inc. All rights reserved.

# Declaration of Doug Vincent

# Exhibit E

## Technical Specifications

**Size and weight**
- Height: 4.5 inches (115 mm)
- Width: 2.4 inches (61 mm)
- Depth: 0.46 inch (11.6 mm)
- Weight: 4.8 ounces (135 grams)



**In the box**
- iPhone
- Stereo Headset
- Dock
- Dock Connector to USB Cable
- USB Power Adapter
- Documentation
- Cleaning/polishing cloth



**Capacity**
- 8GB flash drive [1]

**Display**
- 3.5-inch (diagonal) widescreen multi-touch display
- 480-by-320-pixel resolution at 163 ppi
- Support for display of multiple languages and characters simultaneously

**Operating system**
- OS X

**GSM**
- Quad-band (850, 900, 1800, 1900 MHz)

**Wireless data**
- Wi-Fi (802.11b/g)
- EDGE
- Bluetooth 2.0+EDR

**Camera**
- 2.0 megapixels

**Audio**
- Frequency response: 20Hz to 20,000Hz
- Audio formats supported: AAC, Protected AAC, MP3, MP3 VBR, Audible (formats 1, 2, and 3), Apple Lossless, AIFF, and WAV

**Video**
- Video formats supported: H.264 video, up to 1.5 Mbps, 640 by 480 pixels, 30 frames per second, Low-Complexity version of the H.264 Baseline Profile with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; H.264 video, up to 768 Kbps, 320 by 240 pixels, 30 frames per second, Baseline Profile up to Level 1.3 with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; MPEG-4 video, up to 2.5 Mbps, 640 by 480 pixels, 30 frames per second, Simple Profile with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats

**Headphones**
- Stereo earphones with built-in microphone
- Frequency response: 20Hz to 20,000Hz
- Impedance: 32 ohms



**Mac system requirements**
- Mac computer with USB 2.0 port
- Mac OS X v10.4.10 or later
- iTunes 7.5 or later

**Windows system requirements**
- PC with USB 2.0 port
- Windows Vista Home Premium, Business, Enterprise, or Ultimate Edition; or Windows XP Home or Professional with Service Pack 2 or later
- iTunes 7.5 or later

**Environmental requirements**
- Operating temperature: 32° to 95° F (0° to 35° C)
- Nonoperating temperature: -4° to 113° F (-20° to 45° C)
- Relative humidity: 5% to 95% noncondensing
- Maximum operating altitude: 10,000 feet (3000 m)

**Input and output**
- iPhone
  - 30-pin dock connector
  - 3.5-mm stereo headphone minijack
- iPhone Dock
  - Dock connector

**Power and battery**
- Built-in rechargeable lithium ion battery
- Talk time: Up to 8 hours [2]
- Standby time: Up to 250 hours [3]
- Internet use: Up to 6 hours [4]
- Video playback: Up to 7 hours [5]
- Audio playback: Up to 24 hours [6]

---

1. 1GB = 1 billion bytes; actual formatted capacity less.
2. Talk Time: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. All talk time testing was done connected to a 1900MHz network. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks was turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
3. Standby Time: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks was turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
4. Internet over Wi-Fi: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. Internet over Wi-Fi testing conducted using a closed network and dedicated web and mail server, simulating browsing to 20 popular URLs and checking mail once an hour. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks and Auto-Brightness were turned off; WPA2 encryption was enabled. Battery life depends on the cellular network, location, signal strength, Wi-Fi connectivity, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary. Internet over EDGE: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. Internet over EDGE testing conducted over a 1900MHz EDGE, using a dedicated web and mail server, simulating browsing to 20 popular URLs and checking mail once an hour. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks and Auto-Brightness were turned off. Battery life depends on the cellular network, location, signal strength, EDGE connectivity, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
5. Video Playback: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. Video content was a repeated 2 hour 23 minute movie purchased from the iTunes Store. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks and Auto-Brightness were turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
6. Audio Playback: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. The playlist consisted of 358 unique audio tracks, a combination of content imported from CDs using iTunes (128-Kbps AAC encoding) and content purchased from the iTunes Store (128-Kbps AAC encoding). All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks was turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.

Rechargeable batteries have a limited number of charge cycles and may eventually need to be replaced. See www.apple.com/batteries for more information.

---

**iPhone software update.** Learn what's new ▸ 

**iPhone. A guided tour.** Watch video ▸ 

**Web apps for iPhone.** It just keeps getting better. ▸ 

**Where to buy.** Find a store ▸ Buy online ▸ or call 1-800-MY-APPLE 

---

 iPhone   Tech Specs

| Features | Considering an iPhone | Getting Started | More iPhone | Support |
|---|---|---|---|---|
| Revolutionary Phone | Rate Plans for iPhone | Download iTunes | Finger Tips | Where Can I Buy an iPhone? |
| Widescreen iPod | Accessories | How to Activate iPhone | Web apps | Check Retail Store Availability |
| Breakthrough Internet Device | Gallery | iPhone. A Guided Tour. | iPhone Update: September '07 | Online Support |
| High Technology | Questions and Answers | iPhone Keyboard | iPhone Discussions | Workshops |
| | Get Ready | Explore the iTunes Store | | One to One |
| | Tech Specs | | | User's Guide (PDF) |

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.    Site Map  |  Hot News  |  RSS Feeds  |  Contact Us

Copyright © 2007 Apple Inc. All rights reserved.    Terms of Use  |  Privacy Policy    Google, the Google logo, and Google Maps are trademarks of Google Inc. © 2007 NAVTEQ. All rights reserved.