Trujillo v. Apple Computer, Inc. et al.                                   Doc. 58 Att. 1

Case 1:07-cv-04946     Document 58-2     Filed 12/07/2007     Page 1 of 50

**Listen to a new voicemail message**

■ If you receive visual voicemail, tap Voicemail, then tap the new message. The message downloads to iPhone and plays. Tap ❚❚ to pause the message. Tap ▶ to resume playback.

You can skip to any point in a message by dragging the playhead on the scrubber bar. This is useful if you want to review part of a message—to hear a phone number again, for example.

Once you listen to a message, it is saved for 30 days from the time you listened to it.

| To | Do this |
|---|---|
| Listen to a message again | Tap the message and tap ▶. |
| Listen to a deleted message | Tap Deleted Messages (at the end of your voicemail messages), then tap the message you want to hear. |
| Listen over the speakerphone | Tap Speaker. |
| Select audio when a Bluetooth headset or car kit is connected | Tap Audio and choose the Bluetooth device, iPhone, or Speaker Phone. |

■ If visual voicemail is not available, tap the Voicemail button and follow the voice prompts to retrieve your voicemail messages.

**Check voicemail from another phone**

■ Dial the remote access voicemail number provided by your carrier.

To set up a password for voicemail, see "Change the voicemail password" on page 40.

## Returning a Call

It's simple to return a call from visual voicemail.

■ Tap a message, then tap Call Back.

## Deleting Messages

Deleted visual voicemail messages are saved on iPhone for a time, then they are automatically and permanently erased. Before messages are erased permanently, you can still view and listen to them, and even undelete them.

**Delete a message**

■ If you receive visual voicemail, tap a message, then tap Delete.

If visual voicemail isn't available, tap the Voicemail button and follow the voice prompts to retrieve and delete your voicemail messages.

**Undelete a message**

■ Tap Deleted Messages (at the end of your visual voicemail messages), then tap a message and tap Undelete. The message returns to your messages list.

Dockets.Justia.com

## Getting Contact Information

Visual voicemail saves more than just recorded messages. The date and time of the call, the length of the message, and any available contact information are all included.

If the caller is already in your contacts, that information is a tap away. If the message is from someone not in your contacts, you can easily add the number if it's not blocked. You can also add a caller to your favorites list from visual voicemail.

| To | Do this |
|---|---|
| See a caller's contact information | Tap ◉ next to a message. Tap a number or email address to contact the caller. Tap Text Message to text the caller. |
| Add a caller's number to your contacts list | Tap ◉ next to a message. Then tap Create New Contact, or tap "Add to Existing Contact" and choose a contact. |
| Add a caller to your favorites list | Tap ◉ next to a message, then tap "Add to Favorites." |

## Setting an Alert Sound for Voicemail

You can set an alert to sound whenever you receive a new voicemail. The alert sounds only once for each new voicemail.

**Set an alert sound for new voicemail**

▪ From the Home screen choose Settings > Sounds, then turn New Voicemail on or off.

If the Ring/Silent switch is off, iPhone won't make alert sounds even if they're turned on in Settings.

## Recording Your Voicemail Greeting

The voicemail greeting, or outgoing message, is what a caller hears when you decline or don't answer a call, and the call is sent to voicemail. A default greeting may be provided by your carrier. You can record a custom greeting to use instead.

**Record a voicemail greeting**

1 In Voicemail, tap Greeting in the upper-left corner of the screen.

2 Tap Custom.

3 Tap Record when you're ready to record your greeting.

4 Tap Stop when you finish.

To review the greeting, Tap Play. If you're not satisfied, repeat steps 2 through 4 to re-record the greeting.

5 Tap Save.

## Adding Contact Information to iPhone

With iPhone Contacts, it's easy to have all your contact information with you. You can sync the contact information from your computer to iPhone, and you can enter new contacts and make changes directly on iPhone.

### Syncing Contact Information from Your Computer

If you've set up iTunes to sync contacts automatically, iTunes keeps your contacts up-to-date—whether you make changes on your computer or on iPhone. iTunes supports syncing with the following applications on your computer.

- *On a Mac:* Mac OS X Address Book, Microsoft Entourage, and Yahoo! Address Book
- *On a PC:* Yahoo! Address Book, Windows Address Book (Outlook Express), or Microsoft Outlook 2003 or 2007

For information about syncing iPhone with your address books and other information on your computer, see "Syncing iPhone with Your Computer" on page 7.

### Adding and Editing Contacts Directly on iPhone

Your contacts are always quickly available on iPhone, whenever you need them. iPhone lets you view and add contact information directly from Phone, Mail, and Text applications. If someone calls, emails, or sends you a text message, you can add them to your contacts, right where you are. If you're entering a new contact from scratch, however, you do that in Phone.

**Add a contact to iPhone**
- Choose Contacts and tap **+**, then enter the contact information.

**Delete a contact**
1 Tap Contacts and choose a contact.
2 Tap Edit.

  Scroll to the bottom of the contact information and tap Delete Contact.

**Add a contact from a number entered using the keypad**
1 Tap Keypad and enter a number, then tap **+👤** .
2 Tap Create New Contact and enter the caller's information, or tap "Add to Existing Contact" and choose a contact.

**Edit a contact's phone number, address, and other information**
- Tap Contacts and choose a contact, then tap Edit.
  - *To add an item—such as a web address or mobile phone number,* tap ⊕ next to the item.
  - *To delete an item,* tap ⊖ next to it.

**Enter a pause in a number**

▪ Tap ▦, then tap Pause.

Pauses are sometimes required by phone systems—before an extension or password, for example. Each pause lasts 2 seconds. You may need to enter more than one.

**Add a recent caller's information to your contacts**

▪ Tap Recents and tap ⓢ next to the number. Then tap Create New Contact and enter the caller's information, or tap "Add to Existing Contact" and choose a contact.

**Assign a photo to a contact or change a contact's photo**

1 Tap Contacts and choose a contact.

2 Tap Edit and tap Add Photo, or tap the existing photo.

3 Tap Take Photo to use the camera to take a picture. Or tap Choose Existing Photo and choose a photo.

4 Move and scale the photo the way you want it. Pinch or double-tap to zoom in or out. Drag the photo up, down, or sideways.

5 Click Set Photo.

## Using Contact Information

You can do a lot more than make a call from the Info screen. For example, with a single tap, create a new email message addressed to your contact, visit their website, or locate their home or business in Maps.

▪ Tap contacts and choose a contact. Then tap an item.



Contact info

Send an email —

See a map and get directions —

Send a text message —

Call

Visit the website

Add a phone number to your favorites list

## Adding Entries to Your Favorites List for Quick Access

**Add a contact's number to your favorites list**
- Tap Contacts and choose a contact. Then tap "Add to Favorites" and choose the number you want to add.

**Add a recent caller's number to your favorites list**
- Tap Recents and tap ⓑ next to a caller, then tap "Add to Favorites."

| To | Do this |
|---|---|
| Call a contact from your favorites list | Tap Favorites and choose a contact. |
| Delete a contact from your favorites list | Tap Favorites and tap Edit. Then tap ⊖ next to a contact or number and tap Remove. |
| Reorder your favorites list | Tap Favorites and tap Edit. Then drag ☰ next to a contact to a new place in the list. |

## Seeing Your Own Phone Number

In some regions, iPhone displays your phone number at the top of the Contacts screen.
- Tap Contacts and scroll to the top of the list.

## Phone Settings

Phone settings let you determine how your contacts are sorted, forward incoming calls, turn call waiting on or off, change your password, and other things.

### Setting How Contacts Are Displayed

**Set how contacts are sorted and displayed**
- From the Home screen choose Settings > Phone, then do one of the following:
  - *To sort alphabetically by first or last name,* tap Sort Order.
  - *To display first name first or last name first,* tap Display Order.

### Call Forwarding

You can set iPhone to forward incoming calls to another number. You may, for example, be on vacation and want all calls to go somewhere else. If you're going to an area with no cell coverage, you may want to forward calls to a place where you can be reached.

**Set iPhone to forward your calls**
1 From the Home screen choose Settings > Phone > Call Forwarding and turn Call Forwarding on.
2 Tap Forwarding To and enter the phone number you want calls forwarded to.

   You must be in range of the cell network when you set iPhone to forward calls, or calls won't be forwarded.

## Call Waiting

**Activate or deactivate call waiting**

- From the Home screen choose Settings > Phone > Call Waiting, then turn Call Waiting on or off. If you turn call waiting off and someone calls you when you're already on the phone, the call goes to voicemail.

## Show My Caller ID

**Show or hide your caller ID**

- From the Home screen choose Settings > Phone > Show My Caller ID, then turn Show My Caller ID on or off.

  If Show My Caller ID is off, people you call can't see your name or phone number on their phone.

## Using iPhone with a Teletype (TTY) Machine

In some regions, Teletype (TTY) machines are used by deaf or hearing-impaired people to communicate by typing and reading text. If you have the iPhone TTY Adapter cable, available at www.apple.com/store, you can use iPhone with a TTY machine.

**Connect iPhone to a TTY machine**

- From the Home screen choose Settings > Phone, then turn TTY on. Then connect iPhone to your TTY machine using the adapter cable.

  For information about using a TTY machine, see the documentation that came with the machine.

  For more information about other accessibility features of iPhone, go to: www.apple.com/accessibility

## Changing Your Voicemail Password

A voicemail password helps prevent others from access your voicemail. You only need to enter the password when you're calling in to get your messages from another phone. You won't need to enter the password when using Voicemail on iPhone.

**Change the voicemail password**

- From the Home screen choose Settings > Phone > Change Voicemail Password.

## Locking Your SIM Card

You can lock your SIM card, so it can't be used without a PIN number. You must enter the number each time you turn iPhone off and turn it back on again. Some carriers require a SIM PIN to use iPhone.

*Note:* If you enter the PIN incorrectly three times, you may need to contact your carrier for a Personal Unlocking Key (PUK) to enable your SIM card again.

**Turn SIM PIN on or off**

1  From the Home screen, choose Settings > Phone > SIM PIN, then turn SIM PIN on or off.

2  Enter your SIM PIN number to confirm. Unless you've been assigned a PIN, the default PIN is 1111.

**Change the PIN number for your SIM card**

1  From the Home screen choose Settings > Phone > SIM PIN.

2  Turn SIM PIN on, then tap Change PIN.

3  Enter your current password, then enter your new password.

4  Enter your new password again to confirm, then tap Done.

## Accessing Your Carrier's Services

Depending on your carrier, you may be able to access some of your carrier's services directly from iPhone. For example, you may be able to check your bill balance, call directory assistance, and view how many minutes you have left.

**Access Your Carrier's Services**

▪ From the Home screen choose Settings > Phone. Then scroll down and tap the button for your carrier's services.

When you request information such as your bill balance, your carrier may provide the information in a text message. Contact your carrier to find out if there are any charges for these services.

## Ringtones

iPhone comes with a number of ringtones that you can use for incoming calls, Clock alarms, and the Clock timer. You can also create ringtones in iTunes using songs purchased from the iTunes Store and sync them to use on iPhone.[1]

For more information about creating ringtones, open iTunes on your computer, choose Help > iTunes Help, and search for "ringtones."

A dedicated switch on the side of iPhone lets you quickly turn ringing on or off. You can also set iPhone to vibrate or not.

## Setting Ringtones

In addition to the default ringtone, you can assign individual ringtones to people in your contacts so that you can tell when a particular person calls.

**Set the default ringtone**

▪ From the Home screen choose Settings > Sounds > Ringtone, then choose a ringtone.

---

[1] Charges may apply. Not all songs in the iTunes Store can be used to create ringtones.

**Assign a ringtone to a contact**

▪ From Phone, tap Contacts and choose a contact. Tap Ringtone and choose a ringtone. When that person calls, you hear that ringtone.

## Setting the Ring Mode

You can switch between ring ▲ and silent ▲ mode. You can set iPhone to vibrate in either mode or both.

*Note:* Alarms that you've set using the Clock application still sound even when you set the Ring/Silent switch to silent.

**Switch between ring mode and silent mode**

▪ Flip the Ring/Silent switch on the side of iPhone.



You can tell by feel if iPhone is set to ring or be silent. The Ring/Silent switch is aligned with the volume buttons when it is set to ring. In silent mode, the button is offset.

## Setting iPhone to Vibrate

You can have iPhone vibrate when you receive a call. Separate controls let you set iPhone to vibrate in ring mode, silent mode, or both.

**Set whether iPhone vibrates**

▪ From the Home screen choose Settings > Sounds. To set whether iPhone vibrates in silent mode, turn Vibrate under Silent ▲ on or off. To set whether iPhone vibrates in ring mode, turn Vibrate under Ring ▲ on or off.

For more information about changing sound and vibrate settings, see page 99.

## Using iPhone with a Bluetooth Headset or Car Kit

You can talk on iPhone hands-free using the optional iPhone Bluetooth Headset.

You can also use iPhone with other Bluetooth headsets. If your car has a Bluetooth car kit, you can talk in your car hands-free without using a headset.

> *WARNING:* For important information about avoiding hearing loss and about driving safety, see page 113 and page 114.

### Using the iPhone Bluetooth Headset

The iPhone Bluetooth Headset, available separately, is unlike any other Bluetooth headset you've used before. It features autopairing and simple operation. You can pair iPhone with the headset simply by placing iPhone and the headset in the iPhone Dual Dock, which comes with the headset. Pairing sets iPhone to work with only one headset, preventing connections with other headsets.

**Pair iPhone with the iPhone Bluetooth Headset**

■ Connect the iPhone Dual Dock to your computer, then place iPhone and the headset in the dock.



The first time you connect the headset, let it charge for about an hour until the status light on the headset turns from amber to green. When iPhone and the headset are both in the dock, iPhone displays the battery level for the headset.

**Connect the iPhone Bluetooth Headset with iPhone**

Before you can answer or make calls with the headset, the headset must be wirelessly connected to iPhone.

■ Press the button on the headset.

When the headset is connected, the blue (✳) or white (✱) Bluetooth icon appears in the iPhone status bar at the top of the screen (the color of the icon depends on the color of the current status bar). An icon showing the headset battery status (▭) also appears in the status bar.

**Make or answer a call**

1   Place the headset in either ear with the microphone pointed towards your mouth.



Microphone

2   Make a call on iPhone, or press the button on top of the headset to answer an
    incoming call.



Button

Status light

3   When you finish, press the button to end the call.

**Adjust the volume**

▪  Use the volume buttons on the side of iPhone.

## Using a Third-Party Headset or Car Kit

Other Bluetooth headsets and car kits may be used with iPhone as well. You must first
pair a Bluetooth device with iPhone before you can use it for your phone calls.

**Pairing a Bluetooth Headset or Car Kit**

Pairing sets iPhone to work with only one headset. This prevents iPhone from sending
your calls to some other headset.

**Pair iPhone with a Bluetooth headset or car kit**

1   Follow the instructions that came with the headset or car kit to make it discoverable or
    to set it to search for other Bluetooth devices. This may involve entering a passkey or
    PIN number.

2   From the Home screen, choose Settings > General > Bluetooth and turn Bluetooth on.
    iPhone searches for nearby Bluetooth devices.

3   Choose the headset or device on iPhone and enter a passkey or PIN number.
    The instructions that came with the headset or car kit should tell you how to get
    the passkey.

### Routing Calls Through a Bluetooth Headset, Car Kit, or iPhone

After you've paired a Bluetooth device to work with iPhone, you must make a connection to have iPhone use the device for your calls.

When iPhone is connected to a Bluetooth device, all outgoing calls are routed through the device by default. Incoming calls are routed through the device if you answer using the device, and through iPhone if you answer using iPhone. In some cases, your contacts list transfers to the car kit and you can start a call by looking up a contact on the car kit's display.

iPhone can be connected with only one Bluetooth device at a time.

**Route calls through a Bluetooth headset or car kit**
▪ Make a connection between iPhone and the headset or car kit.

To connect with a third-party Bluetooth headset, see the documentation that came with the headset.

Once you have paired iPhone with a Bluetooth car kit, iPhone connects to the car kit automatically when you start the car (if you have iPhone with you and Bluetooth is turned on).

### Bluetooth Status

You can see whether Bluetooth is on or off, and whether a Bluetooth device is connected to iPhone, by looking at the Bluetooth icon ✳ in the iPhone status bar at the top of the screen:

- ✳ *or* ✳ *(white):*  Bluetooth is on and a device is connected to iPhone.
- ✳ *(gray):*  Bluetooth is on but no device is connected. If you've paired a device with iPhone, it may be out of range or turned off.
- *No Bluetooth icon in status bar:*  Bluetooth is turned off.

### Routing Calls Back through iPhone

There are a few ways to stop using a headset or car kit and go back to hearing calls through iPhone.

**Route calls through iPhone**
▪ Answer a call by tapping the iPhone touchscreen.

▪ During a call, tap Audio on iPhone. Choose iPhone to hear calls through iPhone, choose Speaker Phone to hear calls through the speakerphone, or choose a connected Bluetooth device.

▪ Turn off Bluetooth. From the Home screen choose Settings > General > Bluetooth and drag the switch to Off.

▪ Turn off the headset or car kit, or move out of range. You must be within about 30 feet of a Bluetooth device for it to be connected to iPhone.

To turn off the iPhone Bluetooth Headset, press and hold the button until you hear the falling tones.

## Unpairing a Device from iPhone

If you've paired iPhone with a device and want to use another device instead, you must unpair the first device.

**Unpair a device from iPhone**

1  From the Home screen choose Settings > General > Bluetooth. If Bluetooth isn't on, turn it on.

2  Choose a device and tap Unpair.

Until you pair the device with iPhone again, iPhone doesn't route calls through it.

## Turning Bluetooth on iPhone On or Off

■  From the Home screen choose Settings > General > Bluetooth, then turn Bluetooth on or off.

# Calling to and from Other Countries

iPhone is a quad-band GSM phone. It supports the most common frequencies in the U.S., Europe, and Asia (850, 900, 1800, and 1900 MHz), ensuring broad international coverage.

## International Calls

Your carrier's calling plans allow you to make international calls from your home country. International long-distance rates may apply when you make a call to another country.

For information about making international calls, including rates and other charges that may apply, contact your carrier or go to your carrier's website.

## International Roaming

You can use iPhone to make calls in many countries around the world. You must first enable your carrier's service plan for international roaming.

So that you can still make calls by tapping entries in contacts or favorites, you can set iPhone to add your country prefix automatically to phone numbers when you're calling from another country.

When you're traveling outside your carrier's network, you may be able to choose among different carriers in the area where you're traveling.

*Note:* Roaming charges may apply. To avoid roaming charges, make sure Data Roaming is turned off.

For information about making international calls, including rates and other charges that may apply, contact your carrier or go to your carrier's website.

**Make a call from outside your home country**
- Contact your carrier to enable your iPhone account for international roaming.

**Set iPhone to add the correct prefix when dialing from another country**
- From the Home screen choose Settings > Phone, then turn International Assist on or off. By default, International Assist is on.

**Set the carrier network to use**
- In Settings, tap Carrier, then select the carrier network you prefer. You can only make calls on carriers that have roaming agreements with your iPhone service provider. Any roaming charges may be billed from the selected network. See "Carrier" on page 98 for more information.

**Turn Data Roaming on or off**
You can avoid roaming charges when you're traveling outside your carrier's network by leaving Data Roaming turned off (Data Roaming is turned off by default).

To enable email, web browsing, and other data services whenever possible, turn Data Roaming on.
- In Settings, choose General > Network and turn Data Roaming on.

Roaming charges may be incurred.

# Mail

# 4

Tap Mail to send and check email.



Mail is a rich HTML email client that retrieves your email in the background while you do other things on iPhone. iPhone works with the most popular email systems— including Yahoo! Mail, Google email, AOL, and .Mac Mail—as well as most industry-standard POP3 and IMAP email systems. Mail lets you send and receive photos and graphics, which are displayed in your message along with the text. You can also get PDFs and other attachments and view them on iPhone.

## Setting Up Email Accounts

You must have an email address—which looks like "yourname@example.com"—to use iPhone for email. If you have Internet access, you most likely got an email address from your Internet service provider.

If you chose automatic syncing during setup, your existing email accounts should be already set up and ready to go. Otherwise, you can set iTunes to sync your email accounts, or configure email accounts directly on iPhone.

## Syncing Email Accounts to iPhone

You use iTunes to sync your email accounts to iPhone. iTunes supports Mail and Microsoft Entourage on a Mac, and Microsoft Outlook 2003 or 2007 and Outlook Express on a PC. See "Setting Up Syncing" on page 8.

*Note:*  Syncing an email account to iPhone copies the email *account setup,* not the messages themselves. Whether the messages in your inbox appear on both iPhone and your computer depends on the type of email account you have and how it's configured.

## If You Don't Have an Email Account

Email accounts are available from most Internet service providers. If you use a Mac, you can get an email address, along with other services, at www.mac.com. Fees may apply.

Free accounts are also available online:

- www.mail.yahoo.com

   Yahoo! provides free "push" email accounts. With a push email account, email is transferred to iPhone as soon as it is received by the mail server.

   *Note:* To receive push emails, you must first set up a Yahoo! account on iPhone.

- www.google.com/mail
- www.aol.com

## Setting Up an Email Account on iPhone

You can set up and make changes to an email account directly on iPhone. Your email service provider can provide the account settings you need to enter.

Changes you make on iPhone to an email account synced from your computer are *not* copied to your computer.

**Enter account settings directly on iPhone**

1  If this is the first account you're setting up on iPhone, tap Mail. Otherwise, from the Home screen choose Settings > Mail > Accounts > Add Account.

2  Choose your email account type: Y! Mail (for Yahoo!), Google email, .Mac, AOL, or Other.

3  Enter your account information:

   If you're setting up a Yahoo!, Google email, .Mac, or AOL account, enter your name, email address, and password. After that, you're done.

   Otherwise, click Other, select a server type—IMAP, POP, or Exchange—and enter your account information:

   - Your email address
   - The email server type (IMAP, POP, or Exchange)

- The Internet host name for your incoming mail server (which may look like "mail.example.com")
- The Internet host name for your outgoing mail server (which may look like "smtp.example.com")
- Your user name and password for incoming and outgoing servers (you may not need to enter a user name and password for an outgoing server)

*Note:* Exchange email accounts must be configured for IMAP in order to work with iPhone. Contact your IT organization for more information.

## Sending Email

You can send an email message to anyone who has an email address. You can send it to one person or a group of people.

**Compose and send a message**

1 Tap ✐.

2 Type one or more names or email addresses in the To or Cc (carbon copy) fields, or tap ⊕ and choose a contact to add the contact's email address.

As you type an email address, comparable email addresses from your contacts list appear below. Tap one to add it.

3 Type a subject if you like, then type a message.

4 Tap Send.

**Send a photo in a message**

▪ From the Home screen choose Photos, then choose a photo. Then tap ▨ and tap Email Photo.

If you have more than one email account on iPhone, the photo is sent using the default account (see page 55).

**Save a message as a draft so you can work on it later**

▪ Start composing the message and tap Cancel. Then tap Save. You can find the message in the Drafts mailbox, add to it or change it, and then send it.

**Reply to a message**

▪ Open a message and tap ◄. Tap Reply to reply to just the person who sent the message. Tap Reply All to reply to the sender and the other recipients. Then add a message of your own if you like, and tap Send.

When you reply to a message, files or images attached to the initial message are not sent back.

**Forward a message**
- Open a message and tap ⬑, then tap Forward. Add one or more email addresses and a message of your own if you like, then tap Send.

  When you forward a message, you can include the files or images attached to the original message.

**Send a message to a recipient of a message you received**
- Open the message and tap the recipient's name or email address, then tap Email.

## Checking and Reading Email

The Mail button shows the total number of unread messages in your all of your inboxes. You may have other unread messages in other mailboxes.

Number of
unread emails



On each account screen, you can see the number of unread messages next to each mailbox.

Tap to see all
your email accounts



Number of
unread messages

Tap a mailbox to see its messages. Unread messages have a blue dot 🔵 next to them.

Unread messages



**Read a message**

■ Tap a mailbox, then tap a message. Within a message, tap ▲ or ▼ to see the next or previous message.

**Delete a message**

■ Open the message and tap 🗑.

You can also delete a message directly from the mailbox message list by swiping left or right over the message title and then tapping Delete.



To show the Delete button, swipe left or right over the message.

Or you can tap Edit and tap ⊖ next to a message.

**Check for new messages**

■ Choose a mailbox, or tap ↻ at any time.

**Open an attached file**

You can view or read some types of files and images attached to messages you receive. For example, if someone sends you a PDF, Microsoft Word, or Microsoft Excel document, you'll be able to read it on iPhone.

■ Tap the attachment. It downloads to iPhone and then opens.



Tap attachment to download

You can view attachments in both portrait and landscape orientation. If an attached file isn't supported by iPhone, you can see the name of the file but you can't open it. iPhone supports the following email attachment file formats:

• .c, .cpp, .diff, .doc, .docx, .h, .hpp, .htm, .html, .m, .mm, .patch, .pdf, .txt, .xls, .xlsx

**See all the recipients of a message**
■ Open the message and tap Details.

Tap a name or email address to see the recipient's contact information. Then tap a phone number, email address, or Text Message to contact the person. Tap Hide to hide the recipients.

**Add an email recipient to your contacts list**
■ Tap the message and, if necessary, tap Details to see the recipients. Then tap a name or email address and tap Create New Contact or "Add to Existing Contact."

**Mark a message as unread**
■ Open the message and tap "Mark as Unread."

A blue dot ● appears next to the message in the mailbox list until you open it again.

**Move a message to another mailbox**
■ Open the message and tap ⮕, then choose a mailbox.

**Zoom in to a part of a message**
■ Double-tap the part you want to zoom in on. Double-tap again to zoom out.

**Resize any column of text to fit the screen**
■ Double-tap the text.

**Resize a message manually**
■ Pinch to zoom in or out.

**Follow a link**
■ Tap the link.

Text links are typically underlined in blue. Many images also have links. A link can take you to a webpage, open a map, dial a phone number, or open a new preaddressed email message.

Web, phone, and map links open Safari, Phone, or Maps on iPhone. To return to your email, press the Home button and tap Mail.

## Mail Settings

Mail settings let you customize your email account for iPhone. Changes you make to accounts settings are *not* synced to your computer, allowing you to configure email to work with iPhone without affecting email on your computer.

## Account Settings

The specific accounts settings that appear on iPhone depend on the type of account you have—POP or IMAP.

*Note:* Exchange email accounts must be configured for IMAP to work with iPhone.

**Stop using an account**
■ From the Home screen choose Settings > Mail, choose an account, then turn
Account off.

If an account is off, iPhone doesn't display the account, or send or check email from
that account, until you turn it back on.

**Adjust advanced settings**
■ From the Home screen choose Settings > Mail > Accounts, choose an account, then do
one of the following:

  • *To set whether drafts, sent messages, and deleted messages are stored on iPhone or
    remotely on your email server (IMAP accounts only),* tap Advanced and choose Drafts
    Mailbox, Sent Mailbox, or Deleted Mailbox.

    If you store messages on iPhone, you can see them even when iPhone isn't
    connected to the Internet.

  • *To set when deleted messages are removed permanently from iPhone,* tap Advanced and
    tap Remove, then choose a time: Never, or after one day, one week, or one month.

  • *To adjust email server settings,* tap Host Name, User Name, or Password under
    Incoming Mail Server or Outgoing Mail Server. Ask your network administrator or
    Internet service provider for the correct settings.

  • *To adjust SSL and password settings,* tap Advanced. Ask your network administrator or
    Internet service provider for the correct settings.

**Delete an email account from iPhone**
■ From the Home screen choose Settings > Mail, tap an account, then scroll down and
tap Delete Account.

Deleting an email account from iPhone doesn't delete it from your computer.

## Settings for Checking and Viewing Email

iPhone checks for and retrieves new email in your accounts whenever your open Mail.
You can also set Mail to regularly check for email and download your messages even
when you don't have Mail open.

**Set whether iPhone checks for new messages automatically**
■ From the Home screen choose Settings > Mail > Auto-Check, then tap Manual, "Every
15 minutes," "Every 30 minutes," or "Every hour."

If you have a Yahoo! email account, email is instantly transferred to iPhone as it arrives
at the Yahoo! server.

**Set whether iPhone plays an alert sound when you have new email**
■ From the Home screen choose Settings > Sound, then turn New Mail on or off.

**Set the number of messages shown on iPhone**
- From the Home screen choose Settings > Mail > Show, then choose a setting. You can choose to see the most recent 25, 50, 75,100, or 200 messages. To download additional messages when you're in Mail, scroll to the bottom of your inbox and tap "Download . . . more."

**Set how many lines of each message are previewed in the message list**
- From the Home screen choose Settings > Mail > Preview, then choose a setting. You can choose to see anywhere from zero to five lines of each message. That way, you can scan a list of messages in a mailbox and get an idea of what each message is about.

**Set a minimum font size for messages**
- From the Home screen choose Settings > Mail > Minimum Font Size, then choose Small, Medium, Large, Extra Large, or Giant.

**Setting whether iPhone shows To and Cc labels in message lists**
- From the Home screen choose Settings > Mail, then turn Show To/Cc Label on or off.

  If Show To/Cc Label is on, ■ or ☒ next to each message in a list indicates whether the message was sent directly to you or you were Cc'ed.

**Setting iPhone to confirm that you want to delete a message**
- From the Home screen, choose Settings > Mail and turn Ask Before Deleting on or off.

  If Ask Before Deleting is on, to delete a message you must tap 🗑, then confirm by tapping Delete.

## Settings for Sending Email

**Set an alert to sound when you successfully send a message**
- From the Home screen choose Settings > Sound, then turn Sent Mail on or off.

**Set whether iPhone sends you a copy of every message you send**
- From the Home screen choose Settings > Mail, then turn Always Cc Myself on or off.

**Add a signature to your messages**
You can set iPhone to add a signature—your favorite quote, or your name, title, and phone number, for example—that appears in every message you send.
- From the Home screen choose Settings > Mail > Signature, then type a signature.

**Set the default email account**
When you initiate sending a message from another iPhone application, such as sending a photo from Photos or tapping a business' email address in Maps, the message is sent from your default email account.
- From the Home screen choose Settings > Mail > Default Account, then choose an account.

# Safari

# 5

Tap Safari to explore the World Wide Web.



## Surfing the Web

Safari lets you see webpages just as they were designed to be seen in computer-based browsers. A simple double tap lets you zoom in; rotate iPhone sideways for a wider view. Search using Google or Yahoo!—both are built-in.

### Opening and Navigating Webpages

**Open a webpage**
- Tap the address field at the top of the screen, type the web address—*apple.com* or *www.google.com*, for example—and tap Go. If you don't see the address field, tap the status bar at the top of the screen.

  As you type, any web address in your bookmarks or history list that contains those letters appears below. Tap a web address to visit its webpage.

**Erase all the text in the address field**
- Tap the address field, then tap ⊗.

**Follow a link on a webpage**
▪ Tap the link.

Text links are typically underlined in blue. Many images also have links. A link can take you to another place on the web, open a map, call a phone number, or open a new preaddressed email.

Email, phone number, and address links open Mail, Phone, or Maps on iPhone. To return to Safari, press the Home button and tap Safari.

If a link leads to a sound or movie file supported by iPhone, Safari plays the sound or movie. For supported file types, see page 123.

| To | Do this |
|---|---|
| See a link's destination address | Touch and hold the link. The address pops up next to your finger. You can touch and hold an image to check if it has a link. |
| Stop a webpage from loading if you change your mind | Tap ✖. |
| Reload a webpage | Tap ↻. |
| Return to the previous or next webpage | Tap ◀ or ▶ at the bottom of the screen. |
| Return to any of the last several webpages you've visited | Tap ⊞ and tap History. To clear the history list, tap Clear. |
| Send a webpage address over email | Tap the address field and tap Share. You must have an email account set up on iPhone (see page 48). |

## Zooming In to See a Webpage More Easily

**View a webpage in widescreen orientation**
▪ Rotate iPhone sideways. Safari automatically reorients and expands the page.



**Resize any column to fit the screen**
▪ Double-tap the column. The column expands, so you can read it more easily.



Double-tap again to zoom back out.

**Zoom in on part of a webpage**
▪ Double-tap the part of the page you want to zoom in on. Double-tap again to zoom out.

**Zoom in or out manually**
▪ Pinch to zoom in or out.

**Scroll around the page**
▪ Drag up, down, or sideways. When scrolling, you can touch and drag anywhere on the page without activating any links. If you tap a link, you follow the link, but if you drag a link, the page scrolls.

## Searching the Web
By default, Safari searches using Google. You can set it to search using Yahoo!, instead.

**Search for anything on the web**
1  Tap the address field, then tap the Google search field.
2  Type a word or phrase that describes what you're looking for, then tap Google.
3  Tap a link in the list of search results to open a webpage.

**Set Safari to search using Yahoo!**
▪ From the Home screen choose Settings > Safari > Search Engine, then choose Yahoo!.

## Opening Multiple Webpages at Once
You can have more than one webpage open at a time. Some links automatically open a new page instead of replacing the current one.

The number inside the pages icon ⧉ at the bottom of the screen shows how many pages are open. If there's no number inside, just one page is open.

For example:

◫ = one page is open

◫ = three pages are open

**Open a new webpage**
▪ Tap ◫ and tap New Page.

**See all open pages and go to another page that's open**
▪ Tap ◫ and flick left or right. When you get to the page you want, tap it.



**Close a webpage**
▪ Tap ◫ and tap ⊗. You can't close a page if it's the only one that's open.

## Typing in Text Fields
Some webpages have forms or text fields you can enter information in.

**Bring up the keyboard**
▪ Tap inside a text field.

**Move to other text fields on the webpage**
▪ Tap another text field. Or tap the Next or Previous button.

**Submit the form**
▪ Once you finish filling out the text fields on the page, tap Go or Search. Most pages also have a link you can tap to submit the form.

**Dismiss the keyboard without submitting the form**
▪ Tap Done.

## Using Bookmarks

You can bookmark webpages, so that you can quickly return to them at any time without having to type the address.

### Bookmark a webpage

▪ Open the page and tap ✚. Then tap Save.

Before you save a bookmark you can edit its title or choose where to save it. By default, the bookmark is saved in the top-level Bookmarks folder. Tap Bookmarks to choose another folder.

### Open a bookmarked webpage

▪ Tap 🕮, then choose a bookmark or tap a folder to see the bookmarks inside.

### Edit a bookmark or bookmark folder

▪ Tap 🕮, choose the folder that has the bookmark or folder you want to edit, then tap Edit. Then do one of the following:

  • *To make a new folder,* tap New Folder.
  • *To delete a bookmark or folder,* tap 🔴 next to the bookmark or folder, then tap Delete.
  • *To reposition a bookmark or folder,* drag ☰ next to the item you want to move.
  • *To edit the name or address of a bookmark or folder, or to put it in a different folder,* tap the bookmark or folder.

When you finish, tap Done.

## Syncing Bookmarks

If you use Safari on a Mac, or Safari or Microsoft Internet Explorer on a PC, you can sync bookmarks on iPhone with bookmarks on your computer.

### Sync bookmarks between iPhone and your computer

▪ Connect iPhone to your computer. If bookmarks are set to be synced automatically (see page 8), the sync begins.

## Safari Settings

### Blocking Pop-Ups

Many websites have pop-ups—new pages that appear when you didn't intend them to. Many pop-ups are advertisements.

### Block or allow pop-ups

▪ From the Home screen choose Settings > Safari, then turn Block Pop-ups on or off.

Blocking pop-ups stops only pop-ups that appear when you close a page or open a page by typing its address. It doesn't block pop-ups that open when you click a link.

## Security Settings

By default, Safari is set to show some of the features of the web, like some movies, animation, and web applications. You may wish to turn off some of these features to help protect your privacy and iPhone from possible security risks on the Internet.

**Change security settings**

■ From the Home screen choose Settings > Safari, then do one of the following:

- *To enable or disable JavaScript,* turn JavaScript on or off.

  JavaScript lets web programmers control elements of the page—for example, a page that uses JavaScript might display the current date and time or cause a linked page to appear in a new pop-up page.

- *To enable or disable plug-ins,* turn Plug-ins on or off. Plug-ins allow Safari to display some kinds of video.

- *To set whether Safari accepts cookies,* tap Accept Cookies and choose Never, "From visited," or Always.

  A cookie is a piece of data that a website puts on iPhone so the website can remember you when you visit again. That way, webpages can be customized for you based on information you may have provided.

  Some pages won't work correctly unless iPhone is set to accept cookies.

- *To clear all cookies from Safari,* tap Clear Cookies.

- *To clear the browser cache,* tap Clear Cache.

  The browser cache stores the content of pages so the pages open faster the next time you visit them. If a page you open isn't showing new content, clearing the cache may help.

# iPod

# 6

Tap iPod to listen to songs, audiobooks, and podcasts, and watch videos.



iPod on iPhone works . . . just like an iPod! iPhone syncs with iTunes on your computer to get the songs, videos, and other content you've collected in your iTunes library.

## Syncing iPod Content from Your iTunes Library

If you've turned on syncing, iTunes automatically syncs content from your iTunes library to iPhone each time you connect it to your computer. iTunes lets you sync all of your media, or specific songs, videos, and podcasts. For example, you could set iTunes to sync selected music playlists and the three most recent episodes of your favorite video podcast.

If there are more songs in your iTunes library than can fit on your iPhone, iTunes asks if you want to create a special playlist and set it to sync with iPhone. Then iTunes randomly fills the playlist. You can add or delete songs from the playlist and sync again. If you set iTunes to sync more songs, videos, and other content than can fit on iPhone, you can have iTunes automatically delete random content from iPhone to make room, or you can stop the sync and reconfigure your sync settings.

When you sync podcasts or audiobooks on iPhone with those on your computer, both iTunes and iPhone remember where you last left off and start playing from that position.

For information about syncing iPhone with your iTunes library, see "Syncing iPhone with Your Computer" on page 7.

For information about using iTunes to get music and other media onto your computer, open iTunes and choose Help > iTunes Help.

## Transferring Purchased Content from iPhone to Another Authorized Computer

Music, video, and podcasts sync from your iTunes library to iPhone, but not from iPhone to your iTunes library. However, content you purchased using the iTunes Wi-Fi Music Store on iPhone is automatically copied to your iTunes library.

You can also transfer content on iPhone that was purchased using iTunes on one computer to an iTunes library on another authorized computer.

**Transfer content from iPhone to another computer**

▪ Connect iPhone to the other computer. iTunes asks if you want to transfer purchased content. You can also connect iPhone and, in iTunes, choose File > Transfer Purchases.

To play the content, the computer must be authorized to play content from your iTunes account.

## Supported Music and Video Formats

Only songs and videos encoded in formats that iPhone supports are transferred to iPhone. For information about which formats iPhone supports, see page 123.

## Converting Videos for iPhone

You can add videos other than those purchased from iTunes to iPhone, such as videos you create in iMovie on a Macintosh or videos you download from the Internet.

If you try to add a video from iTunes to iPhone and a message says the video can't play on iPhone, you can convert the video.

**Convert a video to work with iPhone**
▪ Select the video in your iTunes library and choose Advanced > "Convert Selection for iPod." Then add the converted video to iPhone.

## Playing Music

The high-resolution multi-touch display makes listening to songs on iPhone as much a visual experience as a musical one. You can scroll through your playlists, or use Cover Flow to browse through your album art.

> *WARNING:* For important information about avoiding hearing loss, see page 113.

### Playing Songs, Audiobooks, and Podcasts

**Browse your collection**
▪ Tap Playlists, Artists, or Songs. Tap More to browse Albums, Audiobooks, Compilations, Composers, Genres, or Podcasts.

**Play a song**
▪ Tap the song.

**Controlling Song Playback**
When you play a song, the Now Playing screen appears:



| To | Do this |
|---|---|
| Pause a song | Tap ‖ or click the mic button on the iPhone headset. |
| Resume playback | Tap ▶ or click the mic button on the iPhone headset. |

| To | Do this |
|---|---|
| Raise or lower the volume | Drag the volume slider or use the buttons on the side of iPhone. |
| Restart a song or a chapter in an audiobook or podcast | Tap ◀◀. |
| Skip to the next or previous song or chapter in an audiobook or podcast | Tap ◀◀ twice to skip to the previous song. Tap ▶▶ to skip to the next song, or click the mic button on the iPhone headset twice quickly. |
| Rewind or fast-forward | Touch and hold ◀◀ or ▶▶. |
| Return to the iPod browse lists | Tap ◁. Or swipe to the right over the album cover. |
| Return to the Now Playing screen | Tap Now Playing. |
| See the tracks in your collection from the current album | Tap ▤. Tap any track to play it. |

### Displaying playback controls at any time

You can display playback controls at any time when you're listening to music and using another application—or even when iPhone is locked—by double-clicking the Home ☐ button (see "Home Button" on page 101). If iPhone is active, the playback controls appear over the application you're using. After using the controls, you can close them or tap Music to go to the Now Playing screen. If iPhone is locked, the controls appear onscreen, then disappear automatically after you finish using them.

### Additional Controls

■ From the Now Playing screen tap the album cover.

The repeat and shuffle controls and the scrubber bar appear. You can see time elapsed, time remaining, and the song number.



Playhead

Repeat ———  ——— Shuffle

——— Scrubber bar

| To | Do this |
|---|---|
| Set iPhone to repeat songs | Tap ⟲. Tap ⟲ again to set iPhone to repeat only the current song. ⟲ = iPhone is set to repeat all songs in the current album or list. ⟲ = iPhone is set to repeat the current song over and over. ⟲ = iPhone is not set to repeat songs. |
| Skip to any point in a song | Drag the playhead along the scrubber bar. |

| To | Do this |
|---|---|
| **Set iPhone to shuffle songs** | Tap ⤨. Tap ⤨ again to set iPhone to play songs in order.<br>⤨ = iPhone is set to shuffle songs.<br>⤨ = iPhone is set to play songs in order. |
| **Shuffle the tracks in any playlist, album, or other list of songs** | Tap Shuffle at the top of the list. For example, to shuffle all the songs on iPhone, choose Songs > Shuffle.<br>Whether or not iPhone is set to shuffle, if you tap Shuffle at the top of a list of songs, iPhone plays the songs from that list in random order. |

## Browsing Album Covers in Cover Flow

When you're browsing music, you can rotate iPhone sideways to see your iTunes content in Cover Flow and browse your music by album artwork.



| To | Do this |
|---|---|
| **See Cover Flow** | Rotate iPhone sideways. |
| **Browse album covers** | Drag or flick left or right. |
| **See the tracks on an album** | Tap a cover or ❶. |



| To | Do this |
|---|---|
| Play any track | Tap the track. Drag up or down to scroll through the tracks. |
| Return to the cover | Tap the title bar. Or tap ❷ again. |
| Play or pause the current song | Tap ▶ or ❚❚. Or, if you're using the included stereo headset, click the mic button. |

## Viewing All Tracks on an Album

**See all the tracks on the album that contains the current song**

■ From the Now Playing screen tap ▤. Tap a track to play it. Tap the album cover thumbnail to return to the Now Playing screen.



Track List view — [screen]
Rating bar —
— Back to Now Playing screen
— Album tracks

In track list view, you can assign ratings to songs. You can use ratings to create smart playlists in iTunes that dynamically update to show, for example, your highest rated songs.

**Rate a song**

■ Drag your thumb across the ratings bar to give the song zero to five stars.

## Making Playlists Directly on iPhone

**Make an on-the-go playlist**

1  Tap Playlists and tap On-The-Go.

2  Browse for songs using the buttons at the bottom of the screen. Tap any song or video to add it to the playlist. Tap Add All Songs at the top of any list of songs to add all the songs in the list.

3  When you finish, tap Done.

When you make an on-the-go playlist and then sync iPhone to your computer, the playlist is saved on iPhone and in your iTunes library, then deleted from iPhone. The first is saved as "On-The-Go 1," the second as "On-The-Go 2," and so on. To get a playlist back on iPhone, select iPhone in the iTunes source list, click the Music tab, and set the playlist to sync.

**Edit an on-the-go playlist**
■ Tap Playlists, tap On-The-Go, tap Edit, then do one of the following:

- *To move a song higher or lower in the list,* drag ≡ next to the song.
- *To delete a song from the playlist,* tap ⊖ next to a song, then tap Delete. Deleting a song from the on-the-go playlist doesn't delete it from iPhone.
- *To clear the entire playlist,* tap Clear Playlist.
- *To add more songs,* tap ✚.


## Watching Videos

With iPhone, you can view video content such as movies, music videos, and video podcasts. Videos play in widescreen to take full advantage of the display.

### Playing Videos on iPhone
**Play a video**
■ Tap Videos and tap the video.

**Chapter 6**   iPod

**Display playback controls**

- Tap the screen to show the controls. Tap again to hide them.



*Note:* *Say It Right* by Nelly Furtado is available on iTunes in select countries.

| To | Do this |
|---|---|
| **Play or pause a video** | Tap ▶ or ❚❚. |
| **Raise or lower the volume** | Drag the volume slider. |
| **Start a video over** | Tap ◀◀. |
| **Rewind or fast-forward** | Touch and hold ◀◀ or ▶▶. |
| **Skip to any point in a video** | Drag the playhead along the scrubber bar. |
| **Stop watching a video before it finishes playing** | Tap Done. Or press the Home ◯ button. |
| **Scale a video to fill the screen or fit to the screen** | Tap ▦ to make the video fill the screen. Tap ▦ to make it fit the screen. You can also double-tap the video to toggle between fitting and filling the screen.<br><br>When you scale a video to fill the screen, the sides or top may be cropped from view. When you scale it to fit the screen, you may see black bars on the sides or above and below the video. |
| **Play the sound from a music video or video podcast without showing the video** | Browse for the music video or podcast through lists other than the Videos list. To play the video for a music video or podcast, you must browse for it through the Videos list. |

## Watching Videos on a TV Connected to iPhone

You can connect iPhone to your TV and watch your videos on the larger screen.
Use the Apple Component AV Cable, Apple Composite AV Cable, or other iPhone
compatible cable. You can also use these cables with the Apple Universal Dock to
connect iPhone to your TV. (The Apple Universal Dock includes a remote, which allows
you to control playback from a distance.) Apple cables and docks are available for
purchase separately at www.apple.com/ipodstore.

## Deleting Videos from iPhone

You can delete videos directly from iPhone to save space.

**Delete a video**

■ In the videos list, swipe left or right over the video, then tap Delete.

When you delete a video from iPhone, it isn't deleted from your iTunes library. You can
sync the video back to iPhone later. If you don't want to sync the video back to iPhone,
set iTunes not to sync the video (see page 8).

## iPod Settings

Choose Home > Settings > iPod to adjust settings for music and video playback on
your iPod.

### Music

The Music settings apply to songs, podcasts, and audiobooks.

**Set iTunes to play songs at the same sound level**

iTunes can automatically adjust the volume of songs, so they play at the same relative
volume level.

■ In iTunes, choose iTunes > Preferences if you're using a Mac, or Edit > Preferences if
you're using a PC, then click Playback and select Sound Check.

You can set iPhone to use the iTunes volume settings.

**Set iPhone to use the iTunes volume settings (Sound Check)**

■ Choose Music and turn Sound Check on.

**Set audiobook play speed**

You can set audiobooks to play faster than normal so you can hear them more quickly,
or slower so you can hear them more clearly.

■ Choose Music > Audiobook Speed, then choose Slower, Normal, or Faster.

**Use the equalizer to change the sound on iPhone to suit a particular sound
or style**

■ Choose Music > EQ and choose a setting.

**Set a volume limit for music and videos**
- Choose Music > Volume Limit and drag the slider to adjust the maximum volume. Tap Lock Volume Limit to assign a code to prevent the setting from being changed.

Setting a volume limit only limits the volume of music (including podcasts and audiobooks) and videos, and only when headphones, earphones, or speakers are connected to the headphones port on iPhone.

> *WARNING:* For important information about avoiding hearing loss, see page 113.

## Video

Video settings apply to video content. You can set where to resume playing videos that you previously started, turn closed captioning on or off, and set up iPhone to play videos on your TV.

**Set where to resume playing**
- Choose Video > Start Playing, then select whether you want videos that you previously started watching to resume playing from the beginning or where you left off.

**Turn closed captioning on or off**
- Choose Video and turn Closed Captioning on or off.

### TV Out Settings

Use these settings to set up how iPhone plays videos on your TV. For more information about using iPhone to play videos on your TV, see page 70.

**Turn widescreen on or off**
- Choose Video and turn Widescreen on or off.

**Set TV signal to NTSC or PAL**
- Choose Video > TV Signal and select NTSC or PAL.

NTSC and PAL are TV broadcast standards. NTSC displays 480i and PAL displays 576i. Your TV might use either of these, depending on where it was sold. If you're not sure which to use, check the documentation that came with your TV.

## Setting a Sleep Timer

You can set iPhone to stop playing music or videos after a period of time.
- From the Home screen choose Clock > Timer, then flick to set the number of hours and minutes. Tap When Timer Ends and choose Sleep iPod, tap Set, then tap Start to start the timer.

When the timer ends, iPhone stops playing music or video, closes any other open application, and then locks itself.

## Changing the Browse Buttons at the Bottom of the Screen

You can replace the Playlists, Artist, Songs, or Videos browse buttons at the bottom of the screen with ones you use more frequently. For example, if you listen to podcasts a lot and don't watch many videos, you can replace the Videos button with Podcasts.

■ Tap More and tap Edit, then drag a button to the bottom of the screen, over the button you want to replace.



You can drag the buttons at the bottom of the screen left or right to rearrange them. When you finish, tap Done.

Tap More at any time to access the buttons you replaced.

# Applications

# 7

## Text



### Sending and Receiving Text Messages

You can send and receive text messages anytime you're in range of the cell network. If you can make a call, you can send a text message. Depending on your phone plan, you may be charged for text messages you send or receive.

You can send text messages to anyone with an SMS-capable phone. The recipient is notified of the message and can read it and reply at any time.

> *WARNING:* For important information about driving safety, see page 114.

**Send a new text message**

▪ Tap ✉, then enter a phone number or name, or tap 🌐 and choose a contact from your contacts list. Type a message and tap Send.

The Text button on the Home screen shows the total number of unread text messages you have.

Number of
unread messages —— 

As you text back and forth with a person over time, your conversation is saved in the Text Messages list. Conversations that contain unread messages have a blue dot 🔵 next to them. Tap a name in the list to see or add to that conversation.

Text messages from ——  —— Text messages
the other person                                                    you sent

**Reply to a text message or send one to someone you've texted before**
- Tap a name or phone number in the Text Messages list, then type a message and tap Send.

**Delete a conversation from the Text Messages list**
- Tap Edit, then tap 🔴 next to a conversation and tap Delete.

You can also delete a conversation by swiping left or right over a conversation and tapping Delete.

 —— To show the Delete button, swipe
left or right over the message.

**Send a text message to someone in your favorites list or to a recent caller**
- From the Home screen tap Phone, then tap Favorites or Recents. Tap 🔴 next to a name or number and tap Text Message.

**Call or email someone you've texted**
- Tap a message in the Text Messages list. Scroll to the top of the conversation and tap Call to call the person. Tap Contact Info, then tap an email address to send an email. The person's email address must already be in your contacts list.

**Follow a link in a message**
- Tap the link.

Tap a web address to open a webpage in Safari, a phone number to make a call, an email address to open a preaddressed email in Mail, or a street address to see a map in Maps. To return to your text messages, press the Home button and tap Text.

**Add information in a link to a contact, or see the contact information of the person associated with the link**
- Tap  next to the message.

**Add someone you've texted to your contacts list**
- Tap a phone number in the Text Messages list, then tap "Add to Contacts."

**Set whether iPhone makes an alert sound when you get a text message**
- From the Home screen choose Settings > Sounds, then turn New Text Message on or off.

If the Ring/Silent switch is off, iPhone won't make alert sounds even if they're turned on in Settings.

## Calendar



### Adding Calendar Events to iPhone
If you've set iTunes to sync calendars, you can enter appointments and events on your computer and sync them with iPhone, and you can enter appointments and events directly on iPhone.

### Entering Calendar Events on Your Computer
You can enter appointments and events in iCal and Microsoft Entourage on a Mac, or in Microsoft Outlook 2003 or 2007 on a PC.

**Syncing Calendars**

**Sync calendars between iPhone and your computer**

▪ Connect iPhone to your computer. If iPhone is set to sync calendars automatically (see page 8), the update begins.

**Adding and Editing Calendar Events Directly on iPhone**

**Add an event**

▪ Tap **+** and enter event information. Then tap Done.

You can enter any of the following:

- Title
- Location
- Starting and ending times (or turn on All-day if it's an all-day event)
- Repeat times—none, or every day, week, two weeks, month, or year
- Alert time—from five minutes to two days before the event

   If you set an alert time, iPhone gives you the option to set a second alert time, in case you miss the first one. When the alert goes off, iPhone plays a sound (if the Ring/Silent switch is set to ring) and displays a reminder message.

   *Note:* Some carriers do not support network time in all locations. If you're traveling, iPhone may not sound your alert at the correct local time. To manually set iPhone to the correct time, see page 101.

- Notes

**Set iPhone to make a sound when you get a calendar alert**

▪ From the Home screen choose Settings > Sounds, then turn Calendar Alerts on.

If Calendar Alerts is off, iPhone displays a message but makes no sound when you get a calendar alert.

**Edit an event**

▪ Tap the event and tap Edit.

**Delete an event**

▪ Tap the event, tap Edit, then scroll down and tap Delete Event.

## Viewing Your Calendar

**Switch views**

▪ Tap List, Day, or Month.

- *List view:* All your appointments and events appear in an easy-to-scan list. Scroll up or down to see previous or upcoming days.
- *Day* view: Scroll up or down to see hours earlier or later in the day. Tap ◄ or ► to see the previous or next day.

• *Month view:* Days with events show a dot below the date. Tap a day to see its events in a list below the calendar. Tap ◀ or ▶ to see the previous or next month.



See today's events
  ▪ Tap Today.

See the details of an event
  ▪ Tap the event.

Set iPhone to adjust event times for a selected time zone
  ▪ From the Home screen tap Settings > General > Date & Time, then turn Time Zone Support on. Then tap Time Zone and search for a major city in the time zone you want.

When Time Zone Support is on, Calendar displays event dates and times in the time zone set for your calendars. When Time Zone Support is off, Calendar displays events in the time zone of your current location.

## Photos and Camera



iPhone lets you carry your photos with you, so you can share them with your family, friends, and associates on the high-resolution display. You can sync photos from your computer to iPhone and take photos with the built-in 2-megapixel camera.

### Syncing Photos from Your Computer

If you've set iTunes to sync photos automatically, iTunes copies or updates your photo library (or selected albums) from your computer to iPhone whenever you connect iPhone to your computer. iTunes can sync your photos from the following applications:

- *On a Mac:* iPhoto 4.0.3 or later
- *On a PC:* Adobe Photoshop Album 2.0 or later or Adobe Photoshop Elements 3.0 or later

For information about syncing iPhone with photos and other information on your computer, see "Syncing iPhone with Your Computer" on page 7

### Taking Pictures

To take a picture, just point and tap. The camera is on the back of iPhone so you can see the image you want on the display.

You can email pictures that you've taken, use them as wallpaper, assign them to contacts, and upload them to your computer.

**Take a picture**
- Tap Camera, then aim iPhone and tap (⬚).

If you take a picture with iPhone rotated sideways, it is automatically saved in landscape orientation.

**Import photos from iPhone to your computer**
■ Connect iPhone to your computer. Then:

   • *On a Mac:* In iPhoto, click Import. iPhoto should open automatically.
   • *On a PC:* Follow the instructions that came with your camera or photo application.

## Viewing Photos

You can view the roll of pictures you've taken with the built-in camera in either Camera or Photos. Photos synced from your computer can be viewed in Photos.

**See the pictures you've taken**
■ Tap Camera, then tap ⬜. Or from the Home screen choose Photos > Camera Roll.

**Delete a picture**
■ Tap a picture in the Camera Roll album, then tap 🗑.

**View photos from your computer**
■ From the Home screen choose Photos.

   • Tap Photo Library to see all your photos.
   • Tap any photo album, or Camera Roll to see pictures you've taken with iPhone.

**See a photo at full screen**
■ Tap a thumbnail photo to see it at full screen. Tap the full screen photo to hide the controls.



Tap the screen again to show the controls.

**See the next or previous photo**

▪ Flick left or right. Or tap the screen to show the controls, then tap ➡ or ⬅.



**Changing the Size or Orientation**

**See a photo in landscape orientation**

▪ Rotate iPhone sideways. The photo automatically reorients and, if it's in landscape format, expands to fit the screen.



**Zoom in on part of a photo**

▪ Double-tap the part you want to zoom in on. Double-tap again to zoom out.

**Zoom in or out**
▪ Pinch to zoom in or out.

 

**Pan around a photo**
▪ Drag the photo.

**Viewing Slideshows**
**View photos in a slideshow**
▪ Choose an album and tap a photo, then tap ▶. If you don't see ▶, tap the photo to show the controls.

**Stop a slideshow**
▪ Tap the screen.

**Set slideshow settings**
1 From the Home screen choose Settings > Photos.
2 To set:
  • *The length of time each slide is shown,* tap Play Each Slide For and choose a time.
  • *Transition effects when moving from photo to photo,* tap Transition and choose a transition type.
  • *Whether slideshows repeat,* turn Repeat on or off.
  • *Whether photos are shown in random order,* turn Shuffle on or off.

**Play music during a slideshow**
▪ From the Home screen choose iPod, and play a song. Then choose Photos from the Home screen and start a slideshow.

## Using a Photo as Wallpaper
You see a wallpaper background picture as you unlock iPhone or when you're on a call with someone you don't have a high-resolution photo for.

**Set a photo as wallpaper**
1 Choose any photo and tap ▧, then tap Use As Wallpaper.

2  Drag the photo to pan, or pinch the photo to zoom in or out, until it looks the way you want.

3  Tap Set Wallpaper.

You can also choose from several wallpaper pictures included with iPhone by choosing Settings > Wallpaper > Wallpaper from the Home screen.

## Emailing a Photo
**Email a photo**
- Choose any photo and tap 📷, then tap Email Photo.

iPhone must be set up for email (see "Setting Up Email Accounts" on page 48).

## Sending a Photo to a Web Gallery
If you have a .Mac account, you can send photos directly from iPhone to a Web Gallery created with iPhoto '08. You can also send photos to someone else's .Mac Web Gallery if that person has enabled email contributions.

To send photos to a Web Gallery, you need to do the following:
- Set up your .Mac mail account on iPhone
- Publish an iPhoto '08 album to a .Mac Web Gallery
- Select "Allow photo uploading by email" in the Publish Settings pane of iPhoto '08

For more information about creating a Web Gallery in iPhoto '08, open iPhoto '08, choose Help, and search for Web Gallery.

**Send a photo to your web gallery**
Choose any photo and tap 📷, then tap Send to Web Gallery.

## Assigning a Photo to a Contact
You can assign a photo to a contact. When that person calls you, iPhone displays the photo you assigned.

**Assign a photo to a contact**
1  Choose Camera from the Home screen and take someone's picture. Or choose any photo already on iPhone and tap 📷.

2  Tap Assign to Contact and choose a contact.

3  Drag the photo to pan, or pinch the photo to zoom in or out, until it looks the way you want.

4  Tap Set Photo.

You can also assign a photo to a contact in Contacts by tapping edit and then tapping the picture icon.

## YouTube



### Finding and Viewing Videos

YouTube features short videos submitted by people from around the world (not available in all languages, may not be available in all locations).

**Browse videos**

▪ Tap Featured, Most Viewed, or Bookmarks. Or tap More to browse by Most Recent, Top Rated, or History.

- *Featured:* Videos reviewed and featured by YouTube staff.
- *Most Viewed:* Videos most seen by YouTube viewers. Tap All for all-time most viewed videos, or Today or This Week for most-viewed videos of the day or week.
- *Bookmarks:* Videos you've bookmarked.
- *Most Recent:* Videos most recently submitted to YouTube.
- *Top Rated:* Videos most highly rated by YouTube viewers. To rate videos, go to www.youtube.com.
- *History:* Videos you've viewed most recently.

**Search for a video**

1  Tap Search, then tap the YouTube search field.

2  Type a word or phrase that describes what you're looking for, then tap Search. YouTube shows results based on video titles, descriptions, tags, and user names.

**Play a video**

▪ Tap the video. The video begins to download to iPhone and a progress bar shows progress. When enough of the video has downloaded, it begins to play. You can also tap ▶ to start the video.

## Controlling Video Playback

When a video starts playing, the controls disappear so they don't obscure the video.

- Tap the screen to show or hide the controls.



To | Do this
---|---
**Play or pause a video** | Tap ▶ or ❚❚.
**Raise or lower the volume** | Drag the volume slider. Or use the volume buttons on the side of iPhone.
**Start a video over** | Tap ❙◀◀.
**Skip to the next or previous video** | Tap ❙◀◀ twice to skip to the previous video. Tap ▶▶❙ to skip to the next video.
**Rewind or fast-forward** | Touch and hold ❙◀◀ or ▶▶❙.
**Skip to any point in a video** | Drag the playhead along the scrubber bar.
**Stop watching a video before it finishes playing** | Tap Done. Or press the Home ◯ button.
**Toggle between scaling a video to fill the screen or fit to the screen.** | Double-tap the video. You can also tap ▣ to make the video fill the screen, or tap ▪ to make it fit the screen.
**Bookmark a video** | Tap ⊚ next to a video and tap Bookmark. Or start playing a video and tap ⊞. Tap Bookmarks to see your bookmarked videos.
**Email a link to the video** | Tap ⊚ next to a video and tap Share. Or start playing a video and tap ✉.
**See details about a video and browse related videos** | Play the whole video, tap Done while a video is playing, or tap ⊚ next to any video in a list. iPhone shows the video's rating, description, date added, and other information. You also see a list of related videos that you can tap to view.