## Changing the Browse Buttons at the Bottom of the Screen

You can replace the Featured, Most Viewed, Bookmarks, and Search buttons at the bottom of the screen with ones you use more frequently. For example, if you watch top rated videos often but don't watch many featured videos, you could replace the Featured button with Top Rated.

▪ Tap More and tap Edit, then drag a button to the bottom of the screen, over the button you want to replace.



You can drag the buttons at the bottom of the screen left or right to rearrange them. When you finish, tap Done.

When you're browsing for videos, tap More to access the browse buttons that aren't visible.

## Add Your Own Videos to YouTube

For information about adding your own videos to YouTube, go to www.youtube.com and tap Help.

Dockets.Justia.com

## Stocks



### Viewing Stock Quotes

When you tap Stocks from the Home screen, the stock reader shows updated quotes for all your stocks. Quotes are updated every time you open Stocks, while connected to the Internet. Quotes may be delayed by up to 20 minutes.

**Add a stock, index, or fund to the stock reader**

1  Tap ⓘ, then tap ✚.

2  Enter a symbol, company name, index, or fund name, then tap Search.

3  Choose an item in the search list.

**Delete a stock**

▪  Tap ⓘ and tap ⊜ next to a stock, then tap Delete.

**Reorder stocks**

▪  Tap ⓘ. Then drag ☰ next to a stock to a new place in the list.

**Switch between showing percentage change and change in monetary value**

▪  Tap the number showing the change. Tap it again to switch back.

You can also tap ⓘ and tap % or Numbers.

**Show a stock's progress over a longer or shorter time period**

▪  Tap a stock symbol, then tap 1d, 1w, 1m, 3m, 6m, 1y, or 2y. The chart adjusts to show progress over one day, one week, one, three, or six months, or one or two years.

**See information about a stock at Yahoo.com**

▪  Tap ⊙!.

You can see news, information, websites related to the stock, and more.

## Maps



## Finding and Viewing Locations

**Find a location and see a map**

- Tap the search field to bring up the keyboard, then type an address, intersection, general area, name of a landmark, bookmark name, name of someone in your contacts list, or zip code. Then tap Search.

A pushpin drops down to show the location. Tap the pushpin to see the name or description of the location.



Tap ⓘ to get information about the location, get directions, or add the location to your bookmarks or contacts list

## Zoom in to a part of a map

- Pinch the map with two fingers. Or double-tap the part you want to zoom in on. Double-tap again to zoom in even closer.

## Zoom out

- Pinch the map. Or tap the map with two fingers. Tap with two fingers again to zoom out further.

**Pan or scroll to another part of the map**
▪ Drag up, down, left, or right.

**See a satellite view**
▪ Tap Satellite.



Tap Map to return to map view.

**See the location of someone in your contacts list**
▪ Tap 🔘 in the search field, then tap Contacts and choose a contact.

To see a contact's location, you must already have their address stored on iPhone. You can also find their location by tapping an address in Contacts.

**Bookmark a location**
▪ Find a location, tap the pushpin that points to it, tap 🔘 next to the name or description, then tap "Add to Bookmarks."

**See a bookmarked location or recently viewed location**
▪ Tap 🔘 in the search field, then tap Bookmarks or Recents.

**Add a location to your contacts list**
▪ Find a location, tap the pushpin that points to it, tap 🔘 next to the name or description, then tap Create New Contact or "Add to Existing Contact."

You can see the contact by choosing Phone from the Home screen and tapping Contacts.

## Getting Directions
**Get directions**
1 Tap 🔲.
2 Enter starting and ending locations in the Start and End fields. Or tap 🔘 in either field and choose a location in Bookmarks, Recents, or Contacts.

For example, if a friend's address is in your contacts list, you can tap Contacts and tap your friend's name instead of having to type the address.

3   Tap Route, then do one of the following:

- *To view directions one step at a time,* tap Start, then tap ➡ to see the next leg of the trip. Tap ⬅ to go back.
- *To view all directions in a list,* tap List. Tap any item in the list to see a map of that leg of the trip.

The approximate driving time appears at the top of the screen. If traffic data is available, the driving time is adjusted accordingly.

You can also get directions by finding a location on the map, tapping the pushpin that points to it, tapping ⊚ next to the name, then tapping Directions To Here or Directions From Here.

**See traffic conditions**

Where available, you can check highway traffic conditions.

- Tap ▣. (If traffic conditions aren't available, the icon is dimmed.)

Highways are color-coded according to the flow of traffic:



Traffic

*Green* = more than 50 miles per hour

*Yellow* = 25–50 miles per hour

*Red* = less than 25 miles per hour

*Gray* = No data currently available

If you tap ▣ and don't see color-coded highways, you may need to zoom out to a level where you can see major roads, or traffic conditions may not be available for that area.

**Switch start and end points, for reverse directions**

- Tap ⇅.

If you don't see ⇅, tap List, then tap Edit.

**See recently viewed directions**

- Tap 🔖 in the search field, then tap Recents.

WARNING: For important information about driving safety, see page 114.

## Finding and Contacting Businesses

**Find businesses in an area**

1. Find a location—for example, a city and state or country, or a street address—or scroll to a location on a map.

2. Type the kind of business in the text field and tap Search.

   Pushpins drop down and point to matching locations. For example, if you locate your city and then type "movies" and tap Search, pushpins point to movie theatres in your city.

   Tap the pushpin that points to a business to see its name or description.

**Find businesses without finding the location first**

■ Type things like:

   • restaurants san francisco ca

   • apple inc new york

**Contact a business or get directions**

■ Tap the pushpin that points to a business, then tap ⊙ next to the name.

Tap ⊙ to show
contact info



Call

Visit website

Get directions

From there, you can do the following:

• Depending on what information is stored for that business, you can tap a phone number to call, email address to email, or web address to visit a website.

• For directions, tap Directions To Here or Directions From Here.

• To add the business to your contacts list, scroll down and tap Create New Contact or "Add to Existing Contact."

**See a list of the businesses found in the search**

From the Map screen, tap List. Tap a business to see its location on the map. Or tap ⊙ next to a business to see its information.

## Weather



### Viewing Weather Summaries

Tap Weather from the Home screen to see the current temperature and a six-day forecast for a city of your choice. You can store multiple cities, for quick access.



If the weather board is light blue, it's daytime in that city—between 6:00 a.m. and 6:00 p.m. If the board is dark purple, it's nighttime—between 6:00 p.m. and 6:00 a.m.

**Switch to another city**
- Flick left or right. The number of dots below the weather board shows how many cities are stored.

**Reorder cities**
- Tap ⓘ. Then drag ☰ next to a city to a new place in the list.

**Add a city**

1  Tap ❷, then tap ✚.

2  Enter a city name or zip code, then tap Search.

3  Choose a city in the search list.

**Delete a city**

■  Tap ❷ and tap ⊖ next to a city, then tap Delete.

**Set whether iPhone shows the temperature in Fahrenheit or Celsius**

■  Tap ❷, then tap ºF or ºC.

**See information about a city at Yahoo.com**

■  Tap ❷!.

You can see a more detailed weather report, news and websites related to the city, and more.

## Clock



**Adding and Viewing Clocks for Locations Around the World**

You can add multiple clocks to show the time in major cities and time zones around the world.

**View clocks**

■  Tap World Clock.

If the clock face is white, it's daytime in that city. If it's black, it's nighttime. If you have more than four clocks, scroll to see them all.

**Add a clock**

■ Tap World Clock, then tap ✚ and type the name of a city. Cities matching what you've typed appear below. Tap a city to add a clock for that city.

   If you don't see the city you're looking for, try a major city in the same time zone.

**Delete a clock**

■ Tap World Clock and tap Edit. Then tap ⊖ next to a clock and tap Delete.

**Rearrange clocks**

■ Tap World Clock and tap Edit. Then drag ≡ next to a clock to a new place in the list.

## Setting Alarm Clocks

You can set multiple alarms. Set each alarm to repeat on days you specify, or to sound only once.

**Set an alarm**

■ Tap Alarm and tap ✚, then adjust any of the following settings:

   • *To set the alarm to repeat on certain days,* tap Repeat and choose the days.

   • *To choose the ringtone that sounds when the alarm goes off,* tap Sound.

   • *To set whether the alarm gives you the option to hit snooze,* turn Snooze on or off. If Snooze is on and you tap Snooze when the alarm sounds, the alarm stops and then sounds again in ten minutes.

   • *To give the alarm a description,* tap Label. iPhone displays the label when the alarm sounds.

   If at least one alarm is set and turned on, ● appears in the iPhone status bar at the top of the screen.

   **Note:** Some carriers do not support network time in all locations. If you're traveling, iPhone may not sound your alert at the correct local time. See "Set the time manually" on page 101.

**Turn an alarm on or off**

■ Tap Alarm and turn any alarm on or off. If an alarm is turned off, it won't sound again unless you turn it back on.

   If an alarm is set to sound only once, it turns off automatically after it sounds. You can turn that alarm on again to reenable it.

**Change settings for an alarm**

■ Tap Alarm and tap Edit, then tap ⊚ next to the alarm you want to change.

**Delete an alarm**

■ Tap Alarm and tap Edit, then tap ⊖ next to an alarm and tap Delete.

## Using the Stopwatch

**Use the stopwatch to measure time**

▪ Tap Stopwatch. Tap Start to start the stopwatch. To record lap times, tap Lap after each lap. Tap Stop to pause the stopwatch. Then tap Start to resume, or tap Reset to reset the stopwatch to zero.

If you start the stopwatch and go to another iPhone application, the stopwatch continues running in the background.

## Setting the Timer

**Set the timer**

▪ Tap Timer, then flick to set the number of hours and minutes. Tap When Timer Ends to choose the sound iPhone makes when the timer ends. Tap Start to start the timer.

**Set a sleep timer**

▪ Set the timer, then tap When Timer Ends and choose Sleep iPod.

When you set a sleep timer, iPhone stops playing music or video when the time runs out.

If you start the timer and go to another iPhone application, the timer continues running in the background.

## Calculator



## Using the calculator

▪ Add, subtract, multiply, and divide, as with a standard calculator.

When you tap the add, subtract, multiply, or divide button, a white ring appears around the button to let you know the operation to be carried out.

## Using the memory functions

- *C:* Tap to clear the displayed number.
- *M+:* Tap to add the displayed number to the number in memory. If no number is in memory, tap to store the displayed number in memory.
- *M–:* Tap to subtract the displayed number from the number in memory.
- *MR/MC:* Tap once to replace the displayed number with the number in memory. Tap twice to clear the memory. If the MR/MC button has a white ring around it, there is a number stored in memory.

## Notes



## Writing, Reading, and Emailing Notes

Notes are listed by date added, with the most recent note at the top. You can see the first few words of each note in the list.

**Add a note**

▪ Tap ✚, then type your note and tap Done.

**Read or edit a note**

▪ Tap the note. Tap anywhere on the note to bring up the keyboard and edit the note. Tap ➡ or ⬅ to see the next or previous note.

**Delete a note**

▪ Tap the note, then tap 🗑.

**Email a note**

▪ Tap the note, then tap ✉.

To email a note, iPhone must be set up for email (see "Setting Up Email Accounts" on page 48).

# Settings

# 8

Tap Settings to adjust iPhone settings.



Settings allows you to customize iPhone applications, set the date and time, configure your network connection, and enter other preferences for iPhone.

## Phone, Mail, Safari, iPod, and Photos Settings

Settings for some of the iPhone applications are covered elsewhere in this guide. For information about:

- Phone settings, see page 39.
- Mail settings, see page 53.
- Safari settings, see page 60.
- iPod settings, see page 70.
- Photos settings, see "Set slideshow settings" on page 81.

## Airplane Mode

Airplane mode disables the wireless features of iPhone to avoid interfering with aircraft operation and other electrical equipment.

**Turn on airplane mode**

- Tap Settings and turn airplane mode on.

When airplane mode is on, ✈ appears in the status bar at the top of the screen, and no cell phone, radio, Wi-Fi, or Bluetooth signals are emitted from iPhone. You can't make calls, send or receive text messages, stream YouTube videos, or get stock quotes, map locations, or weather reports.

If allowed by the aircraft operator and applicable laws and regulations, you can continue to use iPhone to:

- Listen to music and watch video
- Listen to visual voicemail
- Check your calendar
- Take or view pictures
- Hear alarms
- Use the stopwatch and timer
- Use the calculator
- Take notes
- Read text messages and email messages stored on iPhone

## Wi-Fi

Wi-Fi settings determine when iPhone uses local Wi-Fi networks to connect to the Internet. If no Wi-Fi networks are available, or you've turned Wi-Fi off, then iPhone connects to the Internet via your cellular network, when available. You can use Mail, Safari, YouTube, Stocks, Maps, and Weather over a cellular network connection, but not the iTunes Wi-Fi Music Store.

**Turn Wi-Fi on or off**

- Choose Wi-Fi and turn Wi-Fi on or off.

**Join a Wi-Fi network**

- Choose Wi-Fi, wait a moment as iPhone detects networks in range, then select a network. If necessary, enter a password and tap Join. (Networks that require a password appear with a lock icon.)

Once you've joined a Wi-Fi network manually, iPhone automatically joins it whenever the network is in range. If more than one previously used network is in range, iPhone joins the one last used.

When iPhone is joined to a Wi-Fi network, the Wi-Fi icon 📶 in the status bar at the top of the screen shows signal strength. The more bars you see, the stronger the signal.

**Set iPhone to ask if you want to join a new network**
When you are trying to access the Internet, by using Safari or Mail for example, and you are not in range of a Wi-Fi network you have previously used, this option tells iPhone to look for another network. iPhone displays a list of all available Wi-Fi networks that you can choose from. (Networks that require a password appear with a lock icon.) If "Ask to Join New Networks" is turned off, you must manually join a network to connect to the Internet when neither a previously used network nor cellular network is available.

▪ Choose Wi-Fi and turn "Ask to Join Networks" on or off. If you turn "Ask to Join Networks" off, you must join new networks manually.

**Forget a network, so iPhone doesn't join it automatically**
▪ Choose Wi-Fi and tap ⊚ next to a network you've joined before. Then tap "Forget this Network."

**Join a closed Wi-Fi network (an available Wi-Fi network that isn't shown in the list of scanned networks)**
▪ Choose Wi-Fi > Other and enter the network name. If the network requires a password, tap Security, tap the type of security the network uses, and enter the password.

You must already know the network name, password, and security type to connect to a closed network.

Some Wi-Fi networks may require you to enter or adjust additional settings, such as a client ID or static IP address. Ask the network administrator which settings to use.

**Adjust settings to connect to a Wi-Fi network**
▪ Choose Wi-Fi, then tap ⊚ next to a network.

## Carrier

This setting appears when you're outside of your carrier's network and other local carrier networks are available to use for your phone calls, visual voicemail, and cellular network Internet connections. You can make calls only on carriers that have roaming agreements with your carrier. Additional fees may apply. Roaming charges may be billed to you by the carrier of the selected network, through your carrier.

For information about out-of-network coverage and how to enable roaming, contact your carrier or go to your carrier's website.

**Select a carrier for phone calls**
▪ Choose Carrier and select the network you want to use.

Once you select a network, iPhone will only use that network. If the network is unavailable, "No service" will appear on the iPhone screen and you won't be able to make or receive calls or visual voicemail, or connect to the Internet via cellular network. Set Network Settings to Automatic to have iPhone select a network for you.

## Usage

**See your usage statistics**
- Choose Usage. There, you can see:
  - Amount of time iPhone has been unlocked and in use since the last full charge
  - Amount of time iPhone has been in standby mode—locked but turned on—since the last full charge
  - Current period and lifetime call time
  - Amount of data sent and received over the cellular network

**Reset your usage statistics**
- Tap Usage and tap Reset Statistics to clear the data and cumulative time statistics. The statistics for the amount of time iPhone has been unlocked and in standby mode are not reset.

## Sounds and the Ring/Silent Switch

**Set the ringtone**
- Choose Sounds > Ringtone.

**Set alert and effects sounds**
- Choose Sounds and turn items on or off under Ring ♣. When the Ring/Silent switch is set to ring, iPhone plays sounds for alerts and effects that are turned on.

You can set iPhone to play a sound whenever you:
- Get a call
- Get a voicemail message
- Get a text message
- Get an email message
- Send an email message
- Have an appointment that you've set up to alert you
- Lock iPhone
- Type using the keyboard

**Switch between ring and silent mode**
- Flip the Ring/Silent switch on the side of iPhone.

When set to silent, iPhone doesn't play any ring, alert, or effects sounds. It does, however, play alarms set using Clock.

**Set whether iPhone vibrates when you get a call**
■ Choose Sounds. To set whether iPhone vibrates in silent mode, turn Vibrate under Silent ✖ on or off. To set whether iPhone vibrates in ring mode, turn Vibrate under Ring ♠ on or off.

**Adjust the ringer and alerts volume**
■ Choose Sounds and drag the slider. Or, if no song or video is playing and you aren't on a call, use the volume buttons on the side of iPhone.

## Brightness

Screen brightness affects battery life. Dim the screen to extend the time before you need to recharge iPhone. Or use Auto-Brightness, which is designed to conserve battery life.

**Adjust the screen brightness**
■ Choose Brightness and drag the slider.

**Set whether iPhone adjusts screen brightness automatically**
■ Choose Brightness and turn Auto-Brightness on or off. If Auto-Brightness is on, iPhone adjusts the screen brightness for current light conditions using the built-in ambient light sensor.

## Wallpaper

You see a wallpaper background picture when you unlock iPhone. You can select one of the images that came with iPhone, or use a photo you've synced to iPhone from your computer.

**Set Wallpaper**
■ Choose Wallpaper and choose a picture.

## General

The General settings include date and time, security, network, and other settings that affect more than one application. This is also where you can find information about your iPhone, and reset iPhone to its original state.

### About

Choose General > About to get information about iPhone, including:
- Name of your phone network
- Number of songs, videos, and photos

- Total storage capacity
- Space available
- Software version
- Serial and model numbers
- Wi-Fi and Bluetooth addresses
- IMEI (International Mobile Equipment Identity) and ICCID (Integrated Circuit Card Identifier, or Smart Card) numbers
- Modem firmware version of the cellular transmitter
- Legal information

## Home Button

Choose General > Home Button to set preferences for double-clicking the Home Button. You can set iPhone so that double-clicking the Home Button goes to either your Home, Phone Favorites, or iPod screen.

**Set whether double-clicking the Home Button shows iPod controls**
- Turn Show iPod Controls on or off so that when you're playing music, you can access iPod controls by double-clicking the Home Button. This setting works even when your display is turned off or your iPhone is locked.

## Date and Time

These settings apply to the time shown in the status bar at the top of the screen, world clocks, and calendar.

**Set whether iPhone shows 24-hour time or 12-hour time**
- Choose General > Date & Time and turn 24-Hour Time on or off.

**Set whether iPhone sets the date and time automatically**
- Choose General > Date & Time and turn Set Automatically on or off.

If iPhone is set to update the time automatically, it gets the correct time over the cell network, and updates it for the time zone you're in.

Some carriers do not support network time in all locations. If you're traveling, iPhone may not be able to automatically set the local time.

**Set the time manually**
- Choose General > Date & Time and turn Set Automatically off. Then enter a time zone, date, and time.

**Turn on Calendar time zone support**
- Choose General > Date & Time and turn Time Zone Support on. When Time Zone Support is on, Calendar displays event dates and times in the time zone set for your calendars. When Time Zone Support is off, Calendar displays events in the time zone of your current location.

## International

Use the International settings to set the language for iPhone, turn keyboards for different languages on and off, and set the date, time, and telephone number formats for your region.

**Set the language for iPhone**

■ Choose General > International > Language, choose the language you want to use, and tap Done.

**Turn international keyboards on or off**

You can change the language for your keyboard on iPhone, or make two or more keyboards available.

■ Choose General > International > Keyboards, and turn on the keyboards you want.

If more than one keyboard is turned on, tap ⊕ to switch keyboards when you're typing. When you tap the symbol, the name of the newly active keyboard appears briefly.

**Set date, time, and telephone number formats**

Choose General > International > Region Format, and choose your region.

## Auto-Lock

Locking iPhone turns off the display to save your battery and to prevent unintended operation of iPhone. You can still receive calls and text messages, and you can adjust the volume and use the mic button on the iPhone Stereo headset when listening to music or on a call.

**Set the amount of time before iPhone locks**

■ Choose General > Auto-Lock and choose a time.

## Passcode Lock

By default, iPhone doesn't require you to enter a passcode to unlock it.

**Set a passcode**

■ Choose General > Passcode Lock and enter a 4-digit passcode. iPhone then requires you to enter the passcode to unlock it.

**Turn passcode lock off**

■ Choose General > Passcode Lock and tap Turn Passcode Off, then enter your passcode.

**Change the passcode**

Choose General > Passcode Lock and tap Change Passcode, enter the current passcode, then enter and reenter your new passcode.

If you forget your passcode, you must restore the iPhone software. See page 125.

**Set how long before your passcode is required**
Choose General > Passcode Lock > Require Passcode, then select how long iPhone can
be locked before you need to enter a passcode to unlock it.

## Network

Use the Network settings to configure a VPN (virtual private network) connection,
access Wi-Fi settings, or turn Data Roaming on or off.

### VPN

VPNs are often used within organizations to allow you to communicate private
information securely over a non-private network. You may need to configure VPN,
for example, to access your work email on iPhone.

iPhone can connect to VPNs that use the L2TP or PPTP protocol and optionally use
either RSASecurID or Cryptocard for authentication. VPN works over both Wi-Fi and
cellular network connections.

**Configure VPN**
▪ Choose General > Network > VPN and tap Settings. Ask your network administrator
which settings to use. In most cases, if you've set up VPN on your computer, you can
use the same VPN settings for iPhone.

**Turn VPN on or off**
Once you've entered VPN settings, a VPN switch appears at the top level of the
Settings list.
▪ Tap Settings and turn VPN on or off.

### Wi-Fi

See "Wi-Fi" on page 97.

### Data Roaming

Data Roaming turns on Internet and visual voicemail access over a cellular network
when you're in an area not covered by your carrier's network. For example, when you're
traveling, you can turn off Data Roaming to avoid potential roaming charges. By
default, Data Roaming is turned off.
▪ Choose General > Network and turn Data Roaming on or off.

## Bluetooth

iPhone can connect wirelessly to Bluetooth headsets and car kits for hands-free talking.
See "Using iPhone with a Bluetooth Headset or Car Kit" on page 43 for more
information.

**Turn Bluetooth on or off**
▪ Choose General > Network and turn Bluetooth on or off.

## Keyboard

### Turn **Auto-Capitalization** on or off

By default, iPhone automatically capitalizes words after you type sentence-ending punctuation or a return character.

▪ Choose General > Keyboard and turn Auto-Capitalization on or off.

### Set whether Caps Lock is enabled

If Caps Lock is enabled and you double-tap the Shift ⇧ key on the keyboard, all letters you type are uppercase. The Shift key turns blue when Caps Lock is on.

▪ Choose General > Keyboard and turn Enable Caps Lock on or off.

### Turn "." shortcut on or off

The "." shortcut lets you double-tap the space bar to enter a period followed by a space when you're typing. It is on by default.

▪ Choose General > Keyboard and turn "." Shortcut on or off.

### Turn international keyboards on or off

You can change the language for your keyboard on iPhone, or make two or more keyboards available.

▪ Choose General > Keyboards > International Keyboards and turn on the keyboards you want.

If more than one keyboard is turned on, tap ⊕ to switch keyboards when you're typing. When you tap the symbol, the name of the newly active keyboard appears briefly.

## Resetting iPhone Settings

### Reset all settings

▪ Choose General > Reset and tap Reset All Settings.

All your preferences and settings are reset. Information, such as your contacts and calendars, and media, such as your songs and videos, are not deleted.

### Erase all content and settings

▪ Choose General > Reset and tap "Erase All Content and Settings."

All your information and media are deleted. You must sync iPhone with your computer to restore contacts, songs, videos, and other information and media.

### Reset the keyboard dictionary

▪ Choose General > Reset and tap Reset Keyboard Dictionary.

You add words to the keyboard dictionary by rejecting words iPhone suggests as you type. Tap a word to reject the correction and add the word to the keyboard dictionary. Resetting the keyboard dictionary erases all words you've added.

### Reset Network Settings

▪ Choose General > Reset and tap Reset Network Settings.

## Restoring or Transferring Your iPhone Settings

When you connect iPhone to your computer, settings on iPhone are automatically backed up to your computer. You can restore this information if you need to—if you get a new iPhone, for example, and want to transfer your previous settings to it. You may also want to reset the information on iPhone if you're having trouble connecting to a Wi-Fi network.

Automatically backed-up information includes text messages, notes, call history, contact favorites, sound settings, widget settings, certain network settings, and other preferences.

**Restore or transfer settings**
Do one of the following:

- Connect a new iPhone to the same computer you used with your other iPhone, open iTunes, and follow the onscreen instructions.

- Reset the information on iPhone. From the Home screen choose Settings > General > Reset, then choose Reset All Settings, "Erase All Content and Settings," or "Reset Network Settings." Then connect iPhone to your computer, open iTunes, and follow the onscreen instructions.

When you reset network settings, your list of previously used networks and your VPN settings are removed. Wi-Fi is turned off and then back on, disconnecting you from any network you're on. The Wi-Fi and "Ask to Join Networks" settings are left turned on.

**Delete a set of backed-up settings**

- Open iTunes and choose iTunes > Preferences (on a Mac) or Edit > Preferences (on a PC). Then select an iPhone and click "Remove iPhone."

iPhone doesn't need to be connected to your computer.

*Note:* If you use a Bluetooth headset or car kit with iPhone and you restore settings, you must pair the Bluetooth device with iPhone again to use it.

# iTunes Wi-Fi Music Store

# 9

Tap iTunes to purchase songs and albums from the iTunes Wi-Fi Music Store.



You can search for, browse, preview, purchase, and download songs and albums from the iTunes Wi-Fi Music Store directly to iPhone. Your purchased content is automatically copied to your iTunes library the next time you sync iPhone with your computer.

To use the iTunes Wi-Fi Music Store, iPhone must join a Wi-Fi network that is connected to the Internet. For information about joining a Wi-Fi network, see page 24. You'll also need an iTunes Store account to purchase songs over Wi-Fi (available in some countries). If you don't already have an iTunes Store account, open iTunes and choose Store > Account to set one up.

*Note:* You cannot access the iTunes Wi-Fi Music Store over a cellular network. If you attempt to access the iTunes Wi-Fi Music Store without joining a Wi-Fi network, an error appears.

## Browsing and Searching

You can browse featured selections, top-ten categories, or search the iTunes Wi-Fi Music Store music catalog for the songs and albums you're looking for. Use the featured selections to see new releases and iTunes Wi-Fi Music Store recommendations. Top Tens lets you see the most popular songs and albums in each of several categories. If you're looking for a specific song, album, or artist, use Search.

**Browse featured songs and albums**
■ Tap Featured and select a category at the top of the screen.



**Browse top ten songs and albums**
■ Tap Top Tens, then choose a category and tap Top Songs or Top Albums.



**Search for songs and albums**

▪ Tap Search, tap the search field and enter one or more words, then tap Search.



**See the songs on an album**

▪ Tap the album.

**See the album a song is on**

▪ Double-tap the song.

## Browsing Starbucks Selections

If you're in a select Starbucks location (available in the U.S. only), the Starbucks icon appears at the bottom of the screen next to Featured. Tap the Starbucks icon to find out what song is playing in the café and browse featured Starbucks Collections.

For a list of select Starbucks locations, go to:
www.apple.com/itunes/starbucks.

**Find out what song is playing**
▪ Tap Starbucks.

The currently playing song appears at the top of the screen. Tap the song to see the album the song is on and the other songs on the album.



**View Recently Played and other Starbucks playlists**
▪ Tap Starbucks, then choose Recently Played or one of the Starbucks playlists.

## Purchasing Songs and Albums

When you find a song or album you like in the iTunes Wi-Fi Music Store, you can purchase and download it to iPhone. You can preview a song before you purchase it to make sure it's a song you want. In select Starbucks locations (available in the U.S. only), you can also preview and purchase the currently playing and other songs from featured Starbucks Collections.

**Preview a song**
▪ Tap the song.

**Purchase and download a song or album**
1 Tap the price, then tap Buy Now.

*Note:* To purchase songs on iPhone, you must have been signed in to your iTunes Store account in iTunes the last time you synced iPhone.

2   Enter your password and tap OK.

Your purchase is charged to your iTunes Store account. For additional purchases made within the next fifteen minutes, you don't have to enter your password again.

An alert appears if you've previously purchased one or more songs from an album. Tap Buy if you want to purchase the entire album including the songs you've already purchased, or tap Cancel if you want to purchase the remaining songs individually.

*Note:* Some albums include bonus content, which is downloaded to your iTunes library on your computer. Not all bonus content is downloaded directly to iPhone.

**See the status of downloading songs and albums**
- Tap Downloads.

To pause a download, tap **II**.

If you need to turn off iPhone or leave the area of your Wi-Fi connection, don't worry about interrupting the download. iPhone starts the download again the next time iPhone joins a Wi-Fi network with an Internet connection. Or if you open iTunes on your computer, iTunes completes the download to your iTunes library.

Purchased songs are added to a Purchased playlist on iPhone. If you delete the Purchased playlist, iTunes creates a new one when you buy an item from the iTunes Wi-Fi Music Store.

## Syncing Purchased Content

iTunes automatically syncs songs and albums you've purchased on iPhone to your iTunes library when you connect iPhone to your computer. This lets you listen to the purchases on your computer and provides a backup if you delete purchases from iPhone. The songs are synced to the "Purchased on <name of your iPhone>" playlist. iTunes creates the playlist if it doesn't exist.

iTunes also copies your purchases to the Purchased playlist that iTunes uses for purchases you make on your computer, if that playlist exists and is set to sync with iPhone.

## Verifying purchases

You can use iTunes to verify that all the music, videos, and other items you bought from the iTunes Wi-Fi Music Store are in your iTunes library. You might want to do this if a download was interrupted.

**Verify your purchases**

1 Make sure your computer is connected to the Internet.

2 In iTunes, choose Store > Check for Purchases.

3 Enter your iTunes Store account ID and password, then click Check.

Purchases not yet on your computer will be downloaded.

The Purchased playlist displays all your purchases. However, because you can add or remove items in this list, it might not be accurate. To see all your purchases, make sure you're signed in to your account, choose Store > View My Account, and click Purchase History.

## Changing Your iTunes Store Account Information

iPhone gets your iTunes Store account information from iTunes. You can view and change your iTunes Store account information using iTunes on your computer.

**View and change your iTunes Store account information**

▪ In iTunes, choose Store > View My Account.

You must be signed in to your iTunes Store account. If "View My Account" doesn't appear in the Store menu, choose Store > Sign in.

**Purchase music from another iTunes Store account**

▪ Sign in to that account when you connect to iTunes Wi-Fi Music Store.

# Safety and Handling

# A

 Read all safety information below and operating instructions before using iPhone to avoid injury.

## Important Safety Information

*WARNING:* Failure to follow these safety instructions could result in fire, electric shock, or other injury or damage.

### Handling iPhone

Do not drop, disassemble, open, crush, bend, deform, puncture, shred, microwave, incinerate, paint, or insert foreign objects into iPhone.

### Avoiding Water and Wet Locations

Do not use iPhone in rain, or near washbasins or other wet locations. Take care not to spill any food or liquid on iPhone. In case iPhone gets wet, unplug all cables, turn off iPhone (press and hold the Sleep/Wake button, and then slide the onscreen slider) before cleaning, and allow it to dry thoroughly before turning it on again. Do not attempt to dry iPhone with an external heat source, such as a microwave oven or hair dryer.

### Repairing iPhone

Never attempt to repair or modify iPhone yourself. iPhone does not contain any user-serviceable parts, except for the SIM card and SIM tray. If iPhone has been submerged in water, punctured, or subjected to a severe fall, do not use it until you take it to an authorized service provider. For service information, choose iPhone Help from the Help menu in iTunes or go to www.apple.com/support/iphone/service. The rechargeable battery in iPhone should be replaced only by an Apple Authorized Service Provider. For more information about batteries, go to www.apple.com/batteries.

## Charging iPhone

To charge iPhone, only use the Apple Dock Connector to USB cable with an Apple USB Power Adapter or a high-power USB port on another device that is compliant with the USB 2.0 or 1.1 standards, another Apple-branded product or accessory designed to work with iPhone, or a third-party accessory certified to use Apple's "Works with iPhone" logo.

Read all safety instructions for any products and accessories before using with iPhone. Apple is not responsible for the operation of third-party accessories or their compliance with safety and regulatory standards.

When you use the Apple USB Power Adapter to charge iPhone, make sure that the power adapter is fully assembled before you plug it into a power outlet. Then insert the Apple USB Power Adapter firmly into the power outlet. Do not connect or disconnect the Apple USB Power Adapter with wet hands. Do not use any power adapter other than the Apple USB Power Adapter to charge iPhone.

The Apple USB Power Adapter may become warm during normal use. Always allow adequate ventilation around the Apple USB Power Adapter and use care when handling. Unplug the Apple USB Power Adapter if any of the following conditions exist:

- The power cord or plug has become frayed or damaged.
- The adapter is exposed to rain, liquid, or excessive moisture.
- The adapter case has become damaged.
- You suspect the adapter needs service or repair.
- You want to clean the adapter.

## Avoiding Hearing Damage

Permanent hearing loss may occur if the receiver, earbuds, headphones, speakerphone, or earpieces are used at high volume. Set the volume to a safe level. You can adapt over time to a higher volume of sound that may sound normal but can be damaging to your hearing. If you experience ringing in your ears or muffled speech, stop listening and have your hearing checked. The louder the volume, the less time is required before your hearing could be affected. Hearing experts suggest that to protect your hearing:

- Limit the amount of time you use the receiver, earbuds, headphones, speakerphone, or earpieces at high volume.
- Avoid turning up the volume to block out noisy surroundings.
- Turn the volume down if you can't hear people speaking near you.

For information about how to set a maximum volume limit on iPhone, see page 71.

## Driving Safely

Use of iPhone and headphones (even if used in only one ear) while driving a vehicle or riding a bicycle is not recommended and is illegal in some areas. Check and obey the laws and regulations on the use of mobile devices like iPhone in the areas where you drive. Be careful and attentive while driving. If you decide to use iPhone while driving or riding a bicycle, keep in mind the following guidelines:[1]

- **Give full attention to driving and to the road.** Using a mobile device while driving may be distracting. If you find it disruptive or distracting while operating any type of vehicle, riding a bicycle, or performing any activity that requires your full attention, pull off the road and park before making or answering a call if driving conditions require.
- **Get to know iPhone and its features such as favorites, recents, and speakerphone.** These features help you to place your call without taking your attention off the road. See Chapter 3, "Phone," on page 28 for more information.
- **Use a hands-free device.** Add an extra layer of convenience and safety to your iPhone with one of the many hands-free accessories available.
- **Position iPhone within easy reach.** Keep your eyes on the road. If you get an incoming call at an inconvenient time, let your voicemail answer it for you.
- **Assess the traffic before dialing, or place calls when you are not moving or before pulling into traffic.** Try to plan calls when your car will be stationary. Never dial or enter other text while you are driving.
- **Let the person you are speaking with know you are driving.** If necessary, suspend the call in heavy traffic or hazardous weather conditions. Driving in rain, sleet, snow, ice, fog, and even heavy traffic can be hazardous.
- **Do not take notes, look up phone numbers, or perform any other activities that require your attention while driving.** Jotting down a to-do list or flipping through your address book takes attention away from your primary responsibility, driving safely.
- **Do not engage in stressful or emotional conversations that may be distracting.** Make people you are talking with aware you are driving and suspend conversations that have the potential to divert your attention from the road.

## Avoiding Eyestrain

When watching video or reading text on iPhone, avoid prolonged use and take breaks to prevent eyestrain.

[1]. Adapted from the CTIA-The Wireless Association® Safe Driving Tips.

## Glass Parts

The outside cover of the iPhone screen is made of glass. This glass could break if iPhone is dropped on a hard surface or receives a substantial impact. If the glass chips or cracks, do not touch or attempt to remove the broken glass. Stop using iPhone until the glass is replaced by an authorized service provider. Glass cracked due to misuse or abuse is not covered under the warranty.

## Choking Hazards

iPhone contains small parts, which may present a choking hazard to small children. Keep iPhone and its accessories away from small children.

## Repetitive Motion

When you perform repetitive activities such as typing on iPhone, you may experience occasional discomfort in your hands, arms, shoulders, neck, or other parts of your body. If you continue to have discomfort during or after such use, stop use and see a physician.

## Potentially Explosive Atmospheres

Turn off iPhone (press and hold the Sleep/Wake button, and then drag the onscreen red slider) when in any area with a potentially explosive atmosphere. Do not charge iPhone, and obey all signs and instructions. Sparks in such areas could cause an explosion or fire, resulting in serious injury or even death.

Areas with a potentially explosive atmosphere are often, but not always, marked clearly. Potential areas may include: fueling areas (such as gas stations); below deck on boats; fuel or chemical transfer or storage facilities; vehicles using liquefied petroleum gas (such as propane or butane); areas where the air contains chemicals or particles (such as grain, dust, or metal powders); and any other area where you would normally be advised to turn off your vehicle engine.

## For Vehicles Equipped with an Air Bag

An air bag inflates with great force. Do not store iPhone or any of its accessories in the area over the air bag or in the air bag deployment area.

## Exposure to Radio Frequency Energy

iPhone contains radio transmitters and receivers. When on, iPhone receives and sends out radio frequency (RF) energy through its antenna. The iPhone antenna is located on the back of iPhone near the dock connector. iPhone is designed and manufactured not to exceed limits for exposure to RF energy set by the Federal Communications Commission (FCC) of the United States and the recommendations of the Council of the European Union. The exposure standard employs a unit of measurement known as the specific absorption rate, or SAR. The SAR limit applicable to iPhone set by the FCC is 1.6 watts per kilogram (W/kg). The SAR limit applicable to iPhone set by the Council of the European Union is 2.0 W/kg. Tests for SAR are conducted using standard operating positions (i.e., at the ear and worn on the body) specified by the FCC and the Council of the European Union, with iPhone transmitting at its highest certified power level in all tested frequency bands. Although SAR is determined at the highest certified power level, the actual SAR level of iPhone while in operation can be well below the maximum value because iPhone adjusts its cellular transmitting power based in part on proximity to the wireless network. In general, the closer you are to a cellular base station, the lower the cellular transmitting power level.

iPhone has been tested,[1] and meets the FCC and European Union RF exposure guidelines for cellular, Wi-Fi, and Bluetooth® operation. When tested for use at the ear, iPhone's highest SAR value is 0.974 W/kg. When tested for body-worn operation, with iPhone positioned 15 mm (5/8 inch) from the body, iPhone's highest SAR value is 0.694 W/kg. For body-worn operation, iPhone's SAR measurement may exceed the FCC exposure guidelines if positioned less than 15 mm (5/8 inch) from the body. For optimal mobile device performance and to be sure that human exposure to RF energy does not exceed the FCC and European Union guidelines, always follow these instructions and precautions: When on a call using the built-in audio receiver in iPhone, hold iPhone with the 30-pin connector pointed down toward your shoulder to increase separation from the antenna. For body-worn operation, keep iPhone at least 15 mm (5/8 inch) away from the body, and only use carrying cases, belt clips, or holders that do not have metal parts and that maintain at least 15 mm (5/8 inch) separation between iPhone and the body. When using the cellular network data transmission feature of iPhone (see page 24 for more information), position iPhone's antenna at least 15 mm (5/8 inch) from the body.

If you are still concerned about exposure to RF energy, you can further limit your exposure by limiting the amount of time using iPhone, since time is a factor in how much exposure a person receives, and by placing more distance between your body and iPhone, since exposure level drops off dramatically with distance.

---

[1]. The device was tested by an accredited laboratory according to measurement standards and procedures specified in FCC OET Bulletin 65, Supplement C (Edition 01-01) and IEEE P1528.1, April 21 2003. iPhone adheres to the European Council Recommendation of 12 July 1999 on the Limitation of Exposure of the General Public to Electromagnetic Fields [1999/519/EC].

## Additional Information

For more information from the FCC about exposure to RF energy, see:
www.fcc.gov/oet/rfsafety

The FCC and the U.S. Food and Drug Administration (FDA) also maintain a consumer website at www.fda.gov/cellphones to address inquiries about the safety of mobile phones. Please check the website periodically for updates.

For information about the scientific research related to RF energy exposure, see the EMF Research Database maintained by the World Health Organization at:
www.who.int/emf

## Radio Frequency Interference

Nearly every electronic device is subject to radio frequency interference from external sources if inadequately shielded or designed, or otherwise not configured to be compatible. As a result, iPhone may cause interference with other devices. Follow these instructions to avoid interference problems.

### Aircraft

Use of wireless devices while in the air may be prohibited in some areas. For more information about using Airplane Mode to turn off the iPhone wireless transmitters, see "Using iPhone on an Airplane" on page 25.

### Vehicles

RF signals may affect installed or inadequately shielded electronic systems in motor vehicles. Check with the manufacturer or its representative regarding your vehicle.

### Electronic Devices

Most modern electronic equipment is shielded from RF signals. However, certain electronic equipment may not be shielded against the RF signals from iPhone.

### Pacemakers

The Health Industry Manufacturers Association recommends that a minimum separation of 15 cm (6 inches) be maintained between a handheld wireless phone and a pacemaker to avoid potential interference with the pacemaker. Persons with pacemakers:

- Should always keep iPhone more than 15 cm (6 inches) from their pacemaker when the phone is turned on
- Should not carry iPhone in a breast pocket
- Should use the ear opposite the pacemaker to minimize the potential for interference

If you have any reason to suspect that interference is taking place, turn off iPhone immediately.

### Hearing Aids

iPhone may interfere with some hearing aids. If it does, consult the hearing aid manufacturer or your physician for alternatives or remedies.

### Other Medical Devices

If you use any other personal medical device, consult the device manufacturer or your physician to determine if it is adequately shielded from external RF energy.

Turn off iPhone in health care facilities when any regulations posted in these areas instruct you to do so. Hospitals and health care facilities may use equipment that is sensitive to external RF energy.

### Posted Facilities

Turn off iPhone in any facility where posted notices so require.

### Blasting Areas

To avoid interfering with blasting operations, turn off iPhone when in a "blasting area" or in areas posted "Turn off two-way radio." Obey all signs and instructions.

### Emergency Calls

You should not rely on wireless devices for essential communications, such as medical emergencies. Using iPhone to call emergency services may not work in all locations. Emergency numbers and services vary by region, and sometimes an emergency call cannot be placed due to network availability or environmental interference.

## Important Handling Information

*NOTICE:* Failure to follow these handling instructions could result in damage to iPhone or other property.

### Carrying iPhone

iPhone contains sensitive components. Do not bend, drop, or crush iPhone. If you are concerned about scratching iPhone, you can use one of the many cases sold separately.

### Using Connectors and Ports

Never force a connector into a port. Check for obstructions on the port. If the connector and port don't join with reasonable ease, they probably don't match. Make sure that the connector matches the port and that you have positioned the connector correctly in relation to the port.

## Keeping iPhone Within Acceptable Temperatures

Operate iPhone in a place where the temperature is always between 0° and 35° C (32° to 95° F). Battery life might temporarily shorten in low-temperature conditions.

Store iPhone in a place where the temperature is always between -20° and 45° C (-4° to 113° F). Don't leave iPhone in your car, because temperatures in parked cars can exceed this range.

When you're using iPhone or charging the battery, it is normal for iPhone to get warm. The exterior of iPhone functions as a cooling surface that transfers heat from inside the unit to the cooler air outside.

## Keeping the Outside of iPhone Clean

To clean iPhone, unplug all cables and turn off iPhone (press and hold the Sleep/Wake button, then slide the onscreen slider). Then use a soft, slightly damp, lint-free cloth. Avoid getting moisture in openings. Don't use window cleaners, household cleaners, aerosol sprays, solvents, alcohol, ammonia, or abrasives to clean iPhone.

# Tips and Troubleshooting

# B

Most problems with iPhone can be solved quickly by following the advice in this chapter.

## General Suggestions

**If the screen shows a low-battery image**
iPhone is low on power and needs to charge for up to ten minutes before you can use it. For information about charging iPhone, see "Charging the Battery" on page 26.



or

**If iPhone doesn't appear in iTunes or you can't sync iPhone**
- The iPhone battery might need to be recharged. For information about charging iPhone, see "Charging the Battery" on page 26.
- Disconnect other USB devices from your computer and connect iPhone to a different USB 2.0 port on your computer (not on your keyboard).
- Turn iPhone off and back on again. Press and hold the Sleep/Wake button on top of iPhone for a few seconds until a red slider appears, then drag the slider. Then press and hold the Sleep/Wake button until the Apple logo appears. Tap Unlock and enter your SIM's PIN if the SIM is locked.

  *Note:* If you enter the PIN incorrectly three times, you may need to contact your carrier for a Personal Unlocking Key (PUK) to enable your SIM card again.

- Restart your computer and reconnect iPhone to your computer.

- Download and install (or reinstall) the latest version of iTunes from www.apple.com/itunes.

**If you can't make or receive calls, send or receive text messages, or access email or the web**

- Check the cell signal indicator .ıll in the status bar at the top of the screen. If there are no bars, or if it says "No service," try moving to a different location. If you're indoors, try going outdoors or moving closer to a window.
- Check to make sure you're in an area with network coverage. Go to your carrier's website to see network coverage areas.
- Make sure airplane mode isn't on. From the Home screen choose Settings, then turn airplane mode off. If that doesn't work, turn airplane mode on, wait 15 seconds, then turn airplane mode off again.
- Make sure to include an area code for every phone number in your contacts list that you use to send or receive text messages.
- Turn iPhone off and back on again. Press and hold the Sleep/Wake button on top of iPhone for a few seconds until a red slider appears, then drag the slider. Then press and hold the Sleep/Wake button until the Apple logo appears. Tap Unlock and enter your SIM's PIN if the SIM is locked.

   *Note:* If you enter the PIN incorrectly three times, you may need to contact your carrier for a Personal Unlocking Key (PUK) to enable your SIM card again.

- There may be a problem with your wireless service. Call your carrier or go to your carrier's website.
- Restore the iPhone software. See "Updating and Restoring iPhone Software" on page 125.

*Note:* iPhone doesn't support MMS messages. If someone sends an MMS message to your iPhone, it won't be received.

**If iPhone won't turn on, or if the display freezes or doesn't respond**

- Press and hold the Home ◯ button below the screen for at least six seconds, until the application you were using quits.
- If that doesn't work, turn iPhone off and turn it on again. Press and hold the Sleep/Wake button on top of iPhone for a few seconds until a red slider appears, and then drag the slider. Then press and hold the Sleep/Wake button until the Apple logo appears.
- If that doesn't work, reset iPhone. Press and hold both the Sleep/Wake button and the Home ◯ button for at least ten seconds, until the Apple logo appears.

**If iPhone continues to freeze or not respond after you reset it**
- Reset iPhone settings. From the Home screen choose Settings > General > Reset > Reset All Settings. All your preferences are reset, but no data or media is deleted.
- If that doesn't work, erase all content on iPhone. From the Home screen choose Settings > General > Reset > "Erase All Content and Settings." All your preferences and other data are removed from iPhone.
- If that doesn't work, restore the iPhone software. See "Updating and Restoring iPhone Software" on page 125.

**If iPhone isn't playing sound**
- Unplug and reconnect the headset. Make sure the connector is pushed in all the way.
- Make sure the volume isn't turned down all the way.
- Music on iPhone might be paused. Try clicking the mic button on the headset to resume playback. Or from the Home screen tap iPod, tap Now Playing, then tap ▶.
- Check to see if a volume limit is set. From the Home screen choose Settings > iPod > Volume Limit. For more information, see page 71.
- Make sure you are using the latest version of iTunes (go to www.apple.com/itunes).
- If you are using the dock's line out port, make sure your external speakers or stereo are turned on and working properly.

**If clicking the mic button on the headset doesn't resume music playback**
iPhone goes to sleep after music has been paused for five minutes. Press the Home ☐ or Sleep/Wake button to wake up iPhone.

**If your headset or headphones don't fit in the iPhone headset jack**
iPhone supports third-party headsets and headphones with a standard 3.5 millimeter stereo miniplug. Some of these may not connect properly to iPhone because the plug body is too large to fit in the jack inset. Third-party adapters may be available.

**If iPhone shows a message saying "This accessory is not made to work with iPhone"**
If you connect iPhone to an accessory not specifically made for it, iPhone may ask if you want to turn on airplane mode. This is to eliminate radio interference from cellular signals coming from iPhone. You may be able to use iPhone with the accessory whether or not you turn on airplane mode. If you turn on airplane mode, you won't be able to make calls, send or receive text messages, access the Internet, or use Bluetooth devices with iPhone until you disconnect iPhone from the accessory or turn off airplane mode.

**If iPhone calls your voicemail service when you tap Voicemail in Phone**
If the voice instructions prompt you, enter your voicemail password. Otherwise, wait until you hear any voice instruction, then end the call. After a time, Voicemail should become available again.

**If you can't add or play a song, video, or other item**
The song may have been encoded in a format that iPhone doesn't support. The following audio file formats are supported by iPhone. These include formats for audiobooks and podcasting:

• AAC (M4A, M4B, M4P, up to 320 Kbps)
• Apple Lossless (a high-quality compressed format)
• MP3 (up to 320 Kbps)
• MP3 Variable Bit Rate (VBR)
• WAV
• AA (audible.com spoken word, formats 2, 3, and 4)
• AAX (audible.com spoken word, AudibleEnhanced format)
• AIFF

The following video file formats are supported by iPhone:

• H.264 (Baseline Profile Level 3.0)
• MPEG-4 (Simple Profile)

A song encoded using Apple Lossless format has full CD-quality sound, but takes up only about half as much space as a song encoded using AIFF or WAV format. The same song encoded in AAC or MP3 format takes up even less space. When you import music from a CD using iTunes, it is converted to AAC format by default.

Using iTunes for Windows, you can convert nonprotected WMA files to AAC or MP3 format. This can be useful if you have a library of music encoded in WMA format.

iPhone does not support WMA, MPEG Layer 1, MPEG Layer 2 audio files, or audible.com format 1.

If you have a song or video in your iTunes library that isn't supported by iPhone, you may be able to convert it to a format iPhone supports. See iTunes Help for more information.

**If you can't open an attachment in an email**
The file type may not be supported. iPhone supports the following email attachment file formats:

• .c, .cpp, .diff, .doc, .docx, .h, .hpp, .htm, .html, .m, .mm, .patch, .pdf, .txt, .xls, .xlsx

**If email couldn't be delivered because the connection to the server on port 25 timed out**
You may need to change the port setting on an outgoing mail server for one of your email accounts. For information, go to www.apple.com/support/iphone and search for "I can receive email on iPhone but can't send it."

**If you entered information on iPhone that you don't want to sync to your computer**
Replace contacts, calendars, mail accounts, or bookmarks on iPhone with information from your computer.

1  Open iTunes.

2  As you connect iPhone to your computer, press and hold Command-Option (if you're using a Mac) or Shift-Control (if you're using a PC) until you see iPhone in the iTunes Source pane. This prevents iPhone from syncing automatically.

3  Select iPhone in the iTunes Source pane and click the Info tab.

4  Under "Replace information on this iPhone," select Contacts, Calendars, Mail Accounts, or Bookmarks. You can select more than one, if you like.

5  Click Apply.

Information of the selected type is erased from iPhone and replaced with what's on your computer. The next time you sync, iPhone syncs normally, adding information you've entered on iPhone to your computer, and vice versa.

**If you can't sync with Yahoo! Address Book**
iTunes may not be able to connect with Yahoo!. Make sure you are connected to the Internet, and that you've entered the correct Yahoo! ID and password in iTunes. Connect iPhone to your computer, click the Info tab in iTunes, click Configure in the Contacts section, then enter your current Yahoo! ID and password.

**If contacts you deleted on iPhone or your computer are not removed from Yahoo! Address Book after syncing**
Yahoo! Address Book does not allow contacts containing a Messenger ID to be deleted through syncing. To delete a contact containing a Messenger ID, log in to your Yahoo! account online and delete the contact using Yahoo! Address Book.

**If you can't access the iTunes Wi-Fi Music Store**
To use the iTunes Wi-Fi Music Store, iPhone must join a Wi-Fi network that is connected to the Internet. For information about joining a Wi-Fi network, see page 24. The iTunes Wi-Fi Music Store is not available in all countries.

**If you can't purchase music from the iTunes Wi-Fi Music Store**
To purchase songs from the iTunes Wi-Fi Music Store (only available in some countries), you must have an iTunes Store account, and you must have been signed in to that account when you last synced iPhone with iTunes. If you get a message that no account information is found when you try to purchase music, open iTunes on your computer, sign in to your iTunes Store account, then connect and sync iPhone.

**If you can't make a call or send a text message over Wi-Fi**
iPhone doesn't support calling or texting over Wi-Fi.

## Removing the SIM Card

If you need to send your iPhone in for service or if you want to loan your iPhone to someone and you still want to be able to make calls, you may be able to use the SIM card inside iPhone with another GSM phone.

**Remove the SIM card**

Insert the end of a small paper clip (or the SIM eject tool if it came with your iPhone) into the hole on the SIM tray. Press firmly and push it straight in until the tray pops out.



## Updating and Restoring iPhone Software

You can use iTunes to update or restore iPhone software. You should always update iPhone to use the latest software. You can also restore the software, which returns iPhone to its original state.

- *If you update,* the iPhone software is updated but your settings and songs are not affected.
- *If you restore,* all data is erased from iPhone, including songs, videos, contacts, photos, calendar information, and any other data. All iPhone settings are restored to their original state.

**Update or restore iPhone**

1  Make sure you have an Internet connection and have installed the latest version of iTunes from www.apple.com/itunes.

2  Connect iPhone to your computer.

3  In iTunes, select iPhone in the Source pane and click the Summary tab.

4  Click "Check for Update." iTunes tells you if there's a newer version of the iPhone software available.

5  Click Update to install the latest version of the software. Or click Restore to restore iPhone to its original settings and erase all data on iPhone. Follow the onscreen instructions to complete the restore process.

## Using iPhone Accessibility Features

The following features may make it easier for you to use iPhone if you have a disability.

### TTY support (available in some areas)

Use iPhone in TTY mode with the iPhone TTY Adapter (available separately) to use a Teletype (TTY) machine. See "Using iPhone with a Teletype (TTY) Machine" on page 40.

### Minimum font size for Mail messages

Set a minimum font size for Mail message text to Large, Extra Large, or Giant to increase readability. See "Set a minimum font size for messages" on page 55.

### Large keypad

Make phone calls simply by tapping entries in your contacts and favorites lists. When you need to dial a number, iPhone's large numeric keypad makes it easy. See "Dial a call" on page 29.

### Zooming

Double-tap or pinch webpages, photos, and maps to zoom in. See page 19.

### Visual voicemail

The play and pause controls in visual voicemail let you control the playback of messages. Drag the playhead on the scrubber bar to repeat a portion of the message that is hard to understand. See "Listen to a new voicemail message" on page 35.

### Universal Access in Mac OS X

Take advantage of the Universal Access features in Mac OS X when you use iTunes to sync information and content from your iTunes library to iPhone. In the Finder, choose Help > Mac Help, then search for "universal access."

For more information about iPhone and Mac OS X accessibility features, go to:
www.apple.com/accessibility

# Learning More, Service, and Support

# C

There's more information about using iPhone, in onscreen help and on the web.

The following table describes where to get more iPhone-related software and service information.

| To learn about | Do this |
|---|---|
| **iPhone Service and support, tips, forums, and Apple software downloads** | Go to www.apple.com/support/iphone. |
| **Service and support for your carrier** | Contact your carrier or go to your carrier's website. |
| **The latest information about iPhone** | Go to www.apple.com/iphone. |
| **Using iTunes** | Open iTunes and choose Help > iTunes Help. For an online iTunes tutorial (available in some areas only), go to www.apple.com/support/itunes. |
| **Using iPhoto on Mac OS X** | Open iPhoto and choose Help > iPhoto Help. |
| **Using Address Book on Mac OS X** | Open Address Book and choose Help > Address Book Help. |
| **Using iCal on Mac OS X** | Open iCal and choose Help > iCal Help. |
| **Microsoft Outlook, Windows Address Book, Adobe Photoshop Album, and Adobe Photoshop Elements** | See the documentation that came with those applications. |
| **Finding your iPhone serial number** | Look at the back of your iPhone or choose Settings > General > About from the Home screen. |
| **Obtaining warranty service** | First follow the advice in this guide and online resources. Then go to www.apple.com/support or see the *Important Product Information Guide* that comes with iPhone. |

## Regulatory Compliance Information

### FCC Compliance Statement

This device complies with part 15 of the FCC rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

*Important:* Changes or modifications to this product not authorized by Apple Inc. could void the EMC compliance and negate your authority to operate the product. This product has demonstrated EMC compliance under conditions that included the use of compliant peripheral devices and shielded cables between system components. It is important that you use compliant peripheral devices and shielded cables between system components to reduce the possibility of causing interference to radios, televisions, and other electronic devices.

### European Union Regulatory Conformance

The equipment complies with the RF Exposure Requirement 1999/519/EC, Council Recommendation of 12 July 1999 on the limitation of exposure of the general public to electromagnetic fields (0–300 GHz). This equipment meets the following conformance standards:

EN 300 328, EN 301 894, EN 301 489-17, EN 50385

Changes or modifications to this product not authorized by Apple could void the EMC compliance and negate your authority to operate the product. This product has demonstrated EMC compliance under conditions that included the use of compliant peripheral devices and shielded cables between system components. It is important that you use compliant peripheral devices and shielded cables between system components to reduce the possibility of causing interference to radios, televisions, and other electronic devices.

### EU Declaration of Conformity

**Česky**
Apple Inc. tímto prohlašuje, že tento IEEE GSM, Wi-Fi, & Bluetooth radio g je ve shodě se základními požadavky a dalšími příslušnými ustanoveními směrnice 1999/5/ES.

**Dansk**
Undertegnede Apple Inc. erklærer herved, at følgende udstyr IEEE GSM, Wi-Fi, & Bluetooth radio overholder de væsentlige krav og øvrige relevante krav i direktiv 1999/5/EF.

**Deutsch**
Hiermit erklärt Apple Inc., dass sich das Gerät IEEE GSM, Wi-Fi, & Bluetooth radio in Übereinstimmung mit den grundlegenden Anforderungen und den übrigen einschlägigen Bestimmungen der Richtlinie 1999/5/EG befindet.

**Eesti**
Käesolevaga kinnitab Apple Inc. seadme IEEE GSM, Wi-Fi, & Bluetooth radio vastavust direktiivi 1999/5/EÜ põhinõuetele ja nimetatud direktiivist tulenevatele teistele asjakohastele sätetele.

**English**
Hereby, Apple Inc., declares that this IEEE GSM, Wi-Fi, & Bluetooth radio is in compliance with the essential requirements and other relevant provisions of Directive 1999/5/EC.

**Español**
Por medio de la presente Apple Inc. declara que el IEEE GSM, Wi-Fi, & Bluetooth radio cumple con los requisitos esenciales y cualesquiera otras disposiciones aplicables o exigibles de la Directiva 1999/5/CE.

**Ελληνική**
ΜΕ ΤΗΝ ΠΑΡΟΥΣΑ Apple Inc. ΔΗΛΩΝΕΙ ΟΤΙ IEEE GSM, Wi-Fi, & Bluetooth radio ΣΥΜΜΟΡΦΩΝΕΤΑΙ ΠΡΟΣ ΤΙΣ ΟΥΣΙΩΔΕΙΣ ΑΠΑΙΤΗΣΕΙΣ ΚΑΙ ΤΙΣ ΛΟΙΠΕΣ ΣΧΕΤΙΚΕΣ ΔΙΑΤΑΞΕΙΣ ΤΗΣ ΟΔΗΓΙΑΣ 1999/5/ΕΚ.

**Français**
Par la présente Apple Inc. déclare que l'appareil IEEE GSM, Wi-Fi, & Bluetooth radio est conforme aux exigences essentielles et aux autres dispositions pertinentes de la directive 1999/5/CE.

**Íslenska**
Hér með lýsir Apple Inc. yfir því að IEEE GSM, Wi-Fi, & Bluetooth radio er í samræmi við grunnkröfur og aðrar kröfur, sem gerðar eru í tilskipun 1999/5/EC.

**Italiano**
Con la presente Apple Inc. dichiara che questo IEEE GSM, Wi-Fi, & Bluetooth radio è conforme ai requisiti essenziali ed alle altre disposizioni pertinenti stabilite dalla direttiva 1999/5/CE.

**Latviski**
Ar šo Apple Inc. deklarē, ka IEEE GSM, Wi-Fi, & Bluetooth radio atbilst Direktīvas 1999/5/EK būtiskajām prasībām un citiem ar to saistītajiem noteikumiem.

**Lietuvių**
Šiuo Apple Inc. deklaruoja, kad šis IEEE GSM, Wi-Fi, & Bluetooth radio atitinka esminius reikalavimus ir kitas 1999/5/EB Direktyvos nuostatas.

**Magyar**
Alulírott, Apple Inc. nyilatkozom, hogy a IEEE GSM, Wi-Fi, & Bluetooth radio megfelel a vonatkozó alapvetõ követelményeknek és az 1999/5/EC irányelv egyéb elõírásainak.

**Malti**
Hawnhekk, Apple Inc., jiddikjara li dan IEEE GSM, Wi-Fi, & Bluetooth radio jikkonforma mal-ħtigijiet essenzjali u ma provvedimenti oħrajn relevanti li hemm fid-Dirrettiva 1999/5/EC.

**Nederlands**
Hierbij verklaart Apple Inc. dat het toestel IEEE GSM, Wi-Fi, & Bluetooth radio in overeenstemming is met de essentiële eisen en de andere relevante bepalingen van richtlijn 1999/5/EG.

**Norsk**
Apple Inc. erklærer herved at utstyret IEEE GSM, Wi-Fi, & Bluetooth radio er i samsvar med de grunnleggende krav og øvrige relevante krav i direktiv 1999/5/EF.

**Polski**
Niniejszym Apple Inc. oświadcza, że IEEE GSM, Wi-Fi, & Bluetooth radio jest zgodny z zasadniczymi wymogami oraz pozostałymi stosownymi postanowieniami Dyrektywy 1999/5/EC.

**Português**
Apple Inc. declara que este IEEE GSM, Wi-Fi, & Bluetooth radio está conforme com os requisitos essenciais e outras disposições da Directiva 1999/5/CE.

**Slovensko**
Apple Inc. izjavlja, da je ta IEEE GSM, Wi-Fi, & Bluetooth radio v skladu z bistvenimi zahtevami in ostalimi relevantnimi določili direktive 1999/5/ES.

**Slovensky**
Apple Inc. týmto vyhlasuje, že IEEE GSM, Wi-Fi, & Bluetooth radio spĺňa základné požiadavky a všetky príslušné ustanovenia Smernice 1999/5/ES.

**Suomi**
Apple Inc. vakuuttaa täten että IEEE GSM, Wi-Fi, & Bluetooth radio tyyppinen laite on direktiivin 1999/5/EY oleellisten vaatimusten ja sitä koskevien direktiivin muiden ehtojen mukainen.

**Svenska**
Härmed intygar Apple Inc. att denna IEEE GSM, Wi-Fi, & Bluetooth radio står I överensstämmelse med de väsentliga egenskapskrav och övriga relevanta bestämmelser som framgår av direktiv 1999/5/EG.

A copy of the Declaration of Conformity is available at:
www.apple.com/euro/compliance



iPhone can be used in the following countries:

| AT | BG | BE | CY | CZ | DK |
|----|----|----|----|----|----|
| EE | FI | FR | DE | GR | HU |
| IE | IT | LV | LT | LU | MT |
| NL | PL | PT | RO | SK | SL |
| ES | SE | GB | IS | LI | NO |
| CH |    |    |    |    |    |

**Country Restrictions**

**Français**
Pour usage en intérieur uniquement. Consultez l'Autorité de Régulation des Télécommunications (ART) pour connaître les limites d'utilisation des canaux 1 à 9. www.art-telecom.fr

**Italiano**
Approvato esclusivamente per l'uso in locali chiusi. L'utilizzo all'esterno dei propri locali è subordinato al rilascio di un'autorizzazione generale.

**Ελλάδα**
Για χρήση σε εσωτερικούς χώρους μόνο

**Software License**
Use of iPhone is subject to the iPhone Software License Agreement found at:
www.apple.com/legal/sia

**Disposal and Recycling Information**

**Apple Used Mobile Phone Recycling Program (available in some areas)**
For free recycling of your old mobile phone, see www.apple.com/environment/recycling for a prepaid shipping label and instructions.

**iPhone Disposal and Recycling**
You must dispose of iPhone properly according to local laws and regulations. Because iPhone contains electronic components and a battery, iPhone must be disposed of separately from household waste. When iPhone reaches its end of life, contact local authorities to learn about disposal and recycling options, or simply drop it off at your local Apple retail store or return it to Apple. For more information, see:
www.apple.com/environment/recycling



**European Union—Disposal Information:**
This symbol means that according to local laws and
regulations your product should be disposed of
separately from household waste. When this product
reaches its end of life, take it to a collection point
designated by local authorities. Some collection
points accept products for free. The separate
collection and recycling of your product at the time
of disposal will help conserve natural resources and
ensure that it is recycled in a manner that protects
human health and the environment.

*Deutschland:* Dieses Gerät enthält Batterien. Bitte
nicht in den Hausmüll werfen. Entsorgen Sie dieses
Gerätes am Ende seines Lebenszyklus entsprechend
der maßgeblichen gesetzlichen Regelungen.

*Nederlands:* Gebruikte batterijen kunnen worden
ingeleverd bij de chemokar of in een speciale
batterijcontainer voor klein chemisch afval (kca)
worden gedeponeerd.



**Apple and the Environment**
At Apple, we recognize our responsibility to
minimize the environmental impacts of our
operations and products. For more information
go to:
www.apple.com/environment

© 2007 Apple Inc. All rights reserved. Apple, the Apple logo, AirPort,
Cover Flow, iCal, iLife, iPhoto, iPod, iTunes, Mac, Macintosh, and Mac
OS are trademarks of Apple Inc., registered in the U.S. and other
countries. Finder, iPhone, Safari, and Shuffle are trademarks of Apple
Inc. Mac is a registered service mark of Apple Inc, registered in the U.S.
and other countries. iTunes Store is a service mark of Apple Inc. The
Bluetooth® word mark and logos are registered trademarks owned by
Bluetooth SIG, Inc. and any use of such marks by Apple Inc. is under
license. Adobe and Photoshop are trademarks or registered
trademarks of Adobe Systems Incorporated in the U.S. and/or other
countries. Other company and product names mentioned herein may
be trademarks of their respective companies.

Mention of third-party products is for informational purposes only and
constitutes neither an endorsement nor a recommendation. Apple
assumes no responsibility with regard to the performance or use of
these products. All understandings, agreements, or warranties, if any,
take place directly between the vendors and the prospective users.
Every effort has been made to ensure that the information in this
manual is accurate. Apple is not responsible for printing or clerical
errors.

The product described in this manual incorporates copyright
protection technology that is protected by method claims of certain
U.S. patents and other intellectual property rights owned by
Macrovision Corporation and other rights owners. Use of this
copyright protection technology must be authorized by Macrovision
Corporation and is intended for home and other limited viewing uses
only unless otherwise authorized by Macrovision Corporation. Reverse
engineering or disassembly is prohibited.

Apparatus Claims of U.S. Patent Nos. 4,631,603, 4,577,216, 4,819,098 and
4,907,093 licensed for limited viewing uses only.

019-1061/2007-11-26

# Index

Index

"Works with iPhone" logo  113
12-hour time  101
24-hour time  101

## A
accessibility features  40, 126
accounts
    default email  55
    email  53
activating iPhone  6
address field, erasing text  56
adjusting brightness  100
Adobe Photoshop Album  10, 78
Adobe Photoshop Elements  10, 78
airplane, using iPhone on  25
airplane mode
    settings  97
    status icon  15, 25
    turning on  97
alarms
    deleting  93
    setting  93
    status icon  16
    turning on or off  93
album covers  66
album tracks  67
alerts
    adjusting volume  22, 100
    calendar  76
    Mail  54, 55
    turning on or off  99
answering calls  22
AOL free email account  49
applications, iPhone  14
attachments
    email  52
    problems opening  123
audiobooks
    play speed  70
    syncing  7
    See also music
audio file formats, supported  123
Auto-Brightness  100

auto-capitalization, turning on or off  104
auto-lock, setting time for  102
autopairing Bluetooth headset  43
AV cables  70

## B
battery
    about  119
    charging  26
    low on power  26, 120
    replacing  27
    status icon  16
Bluetooth
    finding address  101
    headset  43
    status icon  16
    turning on or off  103
bookmarking
    map locations  88
    webpages  60
    YouTube videos  84
bookmarks, syncing  7, 10, 60
brightness
    adjusting  100
    setting to adjust automatically  100
browsing
    album covers  66
    YouTube videos  83
browsing iTunes Wi-Fi Music Store  107
businesses, finding  90
buttons, changing  72

## C
cable, Dock Connector to USB  6, 13, 113
Calculator  94
Calendar
    about  75
    views  76
    See also events
calendars, syncing  7, 9, 76
caller ID, hiding or showing  40
call forwarding  39
call options  30

calls
    no service  121
    *See also* phone
call waiting, turning on or off  40
Camera
    deleting pictures  79
    seeing pictures you've taken  79
    taking pictures  78
capitalization, automatic  104
caps lock, enabling  104
car kit  43
carrier services  41
Cc  55
cell signal, status icon  15
cellular network  24
charging battery  26, 113
cleaning iPhone  13, 27
Clock  92
clocks, adding  93
closed captioning, turning on or off  71
cloth, cleaning  13
Component AV cable  70
Composite AV cable  70
computer requirements  5
conference calls  30, 32
connecting to Internet  23
contacts
    adding and editing on iPhone  37
    adding email recipient  53
    adding from Maps  88
    adding from text messages  75
    assigning photo to  82
    entering  37
    favorite  39
    seeing location of  88
    setting how displayed  39
    syncing  7, 9
    using to call someone  29
    Yahoo! Address Book  9
controls, using  17
converting unprotected WMA files  123
converting videos  63
Cover Flow  66
Cryptocard  103
cursor. *See* insertion point

## D

date and time, setting  101
date format  102
declining calls  31
deleting
    alarms  93
    all content and settings  104
    calendar events  76
    clocks  93

    contacts  37
    contacts from Favorites  39
    email account  54
    email messages  52
    notes  95
    pictures  79
    playlists  68
    songs from a playlist  68
    videos  70
    Yahoo! Address Book contacts  9
directions, getting  88
disconnecting iPhone from computer  11
display freezes  122
displaying playback controls  65
dock  13
Dock Connector to USB cable  6, 13, 113
downloading songs from iTunes Wi-Fi Music
        Store  110
drafts, email  50
driving safely  114

## E

EDGE  24
editing text  21
effects sounds, turning on or off  99
email accounts
    free  49
    setting up  49
    syncing  7, 9
emergency calls  33
ending calls  22
equalizer  70
events, calendar  75
Exchange email accounts  49
eyestrain, avoiding  114

## F

favorites
    calling a contact from  29, 39
    managing  39
    sending text messages  74
file formats, supported  52, 123
forecast. *See* weather
formats
    date, time, and telephone number  102
forwarding messages  51

## G

general settings. *See* settings
getting help  127
getting started  5
Google
    free email account  49
    searching the web  58
GPRS  24

## H

handling iPhone 112, 118
hands-free phone calls 30, 103
headphones. *See* headset
headset
    about 13, 22
    Bluetooth 43
    doesn't fit in jack 122
headset button. *See* mic button
hearing, avoiding damage 113
hearing aids 118
help, getting 127
hold, putting calls on 30
Home screen 17, 30, 33, 74

## I

iCal 9, 127
ICCID number 101
icons
    status 15
    *See also* buttons
IMAP email accounts 49
IMEI number 101
insertion point, positioning 21
international keyboards 102, 104
Internet, connecting to 23
iPhoto 10, 127
iPod
    changing browse buttons 72
    converting videos for iPhone 63
    deleting videos 70
    headset controls 23
    on-the-go playlists 68
    repeating or shuffling songs 65
    settings 70
    sleep timer 71
    syncing iTunes library content 8
    transferring purchased content 63
iTunes
    getting help 127
    iPhone doesn't appear in 120
iTunes Store account 5, 111
iTunes Wi-Fi Music Store
    about 106
    browsing 107
    purchasing songs and albums 109
    store account 111
    syncing purchased content 110
    verifying purchases 111

## K

keyboard, typing on 20
keyboards
    international 102
keypad, numbers 30

## L

links
    in email 53
    on webpages 57
location. *See* Maps
locking iPhone 16, 17

## M

.Mac account 49
Mac system requirements 5
Mail
    account setup 53
    adding recipient to contacts 53
    alerts 54, 55
    attachments 52, 123
    Cc 55
    checking for new messages 52, 54
    default email account 55
    deleting email account 54
    deleting messages 52
    forwarding messages 51
    links 53
    marking messages as unread 53
    organizing email 53
    password settings 54
    problems opening an attachment 123
    reading messages 52
    replying to messages 50
    resizing text column 53
    saving drafts 50
    seeing recipients 53
    sending email to someone you've texted 74
    sending messages 50, 55
    sending photos 50
    sending webpage addresses 57
    sending YouTube video links 84
    settings 53, 54
    signatures 55
    storing email on iPhone or server 54
    syncing email account settings 7, 9, 49
    Yahoo! email account 9, 54
    zooming in a message 53
Maps
    adding location to a contact 88
    bookmarking location 88
    finding businesses 90
    finding location 87
    getting directions 88
    satellite view 88
    seeing location of a contact 88
    traffic conditions 89
    zooming 87
medical devices 118
mic button 13, 23, 30, 31, 64, 67, 122
microphone

about 22
    muting 30
Microsoft Entourage 9
Microsoft Internet Explorer 10, 60
Microsoft Outlook 9, 124
missed calls
    number of 33
    returning 29
model number 101
modem firmware version 101
music
    previewing 109
    purchasing 109
    syncing 7, 10
    transferring purchased content 63
    See also iPod
muting a call 30

N
navigating. See panning, scrolling
networks 97
Notes 95
NTSC 71

O
on-the-go playlists 68
or 24
orientation, changing 57, 80
Outlook. See Microsoft Outlook
Outlook Express. See Windows Address Book
overview, iPhone applications 14

P
pacemakers 117
pairing with Bluetooth headset 43, 44
PAL 71
panning
    maps 88
    webpages 58
passcode 102
password, changing 40
pausing songs and videos 23
PC system requirements 5
Phone
    adding and editing contacts 37
    answering calls 22, 23, 31
    calling emergency services 33
    calling internationally 46
    calling someone you've texted 74
    call waiting 40
    carrier services 41
    changing voicemail password 40
    conference calls 30, 32
    declining calls 23, 31
    ending calls 22, 23, 30

forwarding calls 39
hands-free 30
hiding or showing caller ID 40
locking SIM card 40
making a call 29
missed calls 33
muting calls 30
putting calls on hold 30
recent calls 32
ring mode 42
ringtone 42
settings 39
setting up voicemail 34
silent mode 42
switching between calls 23
turning on vibrate 42
using Bluetooth headset 43
using car kit 43
using favorites 39
using other applications while on a call 30
using speakerphone 30
using TTY machine 40
voicemail 33, 34
phone network name 100
photo albums 81
Photos
    assigning photos to contacts 82
    changing size or orientation of photos 80
    emailing photos 82
    playing music during slideshow 81
    sending photos in email 50
    settings 81
    syncing 78
    using photos as wallpaper 81
    viewing slideshows 81
    zooming photos 81
    See also Camera
photos, syncing 7, 10
pictures
    taking 78
    See also Camera, Photos
PIN number 41
playback controls, displaying 65
playlists, making 67
play speed, audiobooks 70
podcasts
    syncing 7, 10
    transferring purchased content 63
    See also music
POP email accounts 49
pop-ups, blocking 60
power, low 26
power adapter 13, 113
previewing music 109
problems. See troubleshooting
purchased music, syncing 110