purchasing music  106, 109

### R
radio frequency interference (RFI)  117
reading email  52
recent calls  32
Recents, using to call someone  29
rechargeable batteries  27
removing the SIM card  125
repairing iPhone  112
repeating  65
repetitive motion  115
replacing battery  27
replying to messages  50
requirements for using iPhone  5
resizing webpage columns  58
restoring iPhone software  125
RF signals  117
Ring/Silent switch  22, 42, 99
ringer
    adjusting volume  22, 100
    turning on or off  99
ring mode  22, 42, 99
ringtone
    assigning to a contact  42
    setting  99
ringtones
    syncing  7, 10
RSASecurID  103

### S
Safari
    blocking pop-ups  60
    erasing text in address field  56
    navigating  57
    opening webpages  56, 58
    reloading webpages  57
    resizing columns to fit screen  58
    searching the web  58
    security  61
    sending webpage addresses in email  57
    settings  60
    stopping webpages from loading  57
    syncing bookmarks  7, 10
    typing in text fields  59
    zooming webpages  57
safety information  112
satellite view  88
screen  100
    setting to adjust automatically  100
    using
scrolling
    about  18
    maps  88
    webpages  58

searching
    iTunes Wi-Fi Music Store  107
searching the web  58
searching YouTube videos  83
security
    setting passcode for iPhone  102
    web  61
sending
    email  50, 55
    photos from Photos  82
    text messages  73
serial number, finding  101, 127
service and support information  127
settings
    airplane mode  97
    alarms  93
    alerts  54, 55, 75, 76
    auto-lock  102
    Bluetooth  43, 103
    brightness  100
    Calendar  76, 77
    date and time  77, 101
    deleting  105
    email account  9, 49, 53
    email server  54
    international  102
    iPod
    keyboard  104
    language  102
    Mail  49, 53, 55
    passcode lock  102
    Phone  39
    Photos  81
    resetting  104
    restoring  105
    ringer  99
    Safari  58, 60
    screen brightness  100
    security  61
    silent  99
    slideshow  81
    sound  54, 55, 75, 76, 99
    sync  8
    temperature  92
    transferring  105
    TV out  71
    usage statistics  99
    vibrate  42, 99
    video  71
    VPN  103
    wallpaper  82, 100
    Wi-Fi  97
shuffling songs  66
signal strength indicator  29
signatures, email  55
silent mode  22, 42, 99

SIM card, locking 40
sleep. See locking iPhone
sleep timer 71
slideshows 81
SMS. See Text
software
   getting help 127
   updating and restoring 125
   version 101
songs. See music
sound
   adjusting ringer and alerts volume 100
   adjusting volume 22
   no sound 122
   setting limit 71
Sound Check 70
sound effects 22
sounds
   calendar alert 76
   setting ringtone 99
   turning on or off 99
speakerphone 30, 35, 45
SSL 54
Starbucks, browsing and purchasing music 108
status icons 15
stock information, Yahoo! 86
Stocks, adding and deleting quotes 86
stopwatch, using 94
storage capacity 101
strength indicator 29
surfing the web 56
syncing
   "Sync in progress" message 11
   calendars 76
   email account settings 49
   getting calls during 11
   iTunes library contents 7
   photos 78
   preventing 10, 124
   setting up 8
   webpage bookmarks 60
   Yahoo! Address Book 124
syncing purchased songs 110
system requirements 5

T
taking pictures 78
telephone. See Phone
telephone number format 102
temperature. See Weather
temperatures, operating 119
Text
   and contacts 75
   contacting someone you've texted 74
   following links in messages 75
   replying to messages 74
   saving conversations 74
   seeing information about senders 75
   sending messages 73
   setting alert sounds 75
   typing 20
   typing in webpages 59
text messaging. See Text
time, setting 101
time format 102
timer
   setting 94
   sleep 94
time zone 101
time zone support 77, 101
touchscreen, using 17
traffic conditions, checking 89
transferring purchased content 63, 110
troubleshooting
   can't make a call 121
   can't open an attachment 123
   display freezes 121
   iPhone calls voicemail service 122
   iPhone doesn't appear in iTunes 120
   iPhone doesn't respond 121, 122
   iPhone doesn't turn on 121
   no sound 122
   preventing syncing 124
   problems playing songs or other content 123
   removing the SIM card 125
   software update and restore 125
TTY machine, using 40
turning iPhone on or off 16
TV out settings 71
TV signal settings 71
typing
   keyboard 20
   in webpage text fields 59

U
unlocking iPhone 17
unread messages, marking 53
unsupported audio file formats 123
updating iPhone software 125
usage statistics
   resetting 99
   seeing 99
USB
   cable 6, 13, 113
   port 6, 113
   power adapter 13, 113

V
vibrate, setting 42, 100
videos

converting for iPhone 63
deleting 70
syncing 10
transferring purchased content 63
watching on a TV 70
*See also* iPod, YouTube
*See also* Music, YouTube
video settings 71
virtual private network. *See* VPN
voicemail
    about 33
    changing password 40
    checking and managing 34
    setting up 34
volume
    adjusting 22
    adjusting for ringer and alerts 100
    setting limit 71
VPN
    configuring 103
    turning on or off 103

### W
waking iPhone 17
wallpaper
    choosing 100
    settings 82
    using photo as 81
warranty service 127
watching videos on a TV 70
Weather
    adding cities 92
    deleting cities 92
    temperature settings 92
    viewing 91
weather information, Yahoo! 92
web. *See* Safari
webpages
    bookmarking 60

syncing 7, 10
Wi-Fi
    addresses 101
    forgetting a network 98
    joining networks 24, 97
    settings 97
    status icon 15
    turning on or off 97
Windows Address Book 9
Windows XP 5
WMA files, converting 123
World Clock 92

### Y
Y! Mail account 49
Yahoo!
    Address Book 9, 124
    email accounts 9, 54
    free email account 49
    searching using 58
    search using 58
    stock information 86
    syncing email accounts 9
    weather information 92
    Y! Mail accounts 49
YouTube
    bookmarking videos 84
    browsing videos 83
    emailing links 84
    playing videos 84
    searching for videos 83

### Z
zooming
    email messages 53
    maps 87
    photos 81
    webpages 57