IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., a California corporation and AT&T, Inc., a Texas corporation,<br><br>Defendants. | CASE NO.: 07-CV-04946 |

**CERTIFICATE OF SERVICE**

I, Patrick T. Stanton, an attorney, declare that I caused a copy of the following documents:

1. **Defendant Apple Inc.'s Motion for Summary Judgment;**
2. **Defendant Apple Inc.'s Memorandum of Points and Authorities in Support of its Motion for Summary Judgment;**
3. **Defendant Apple Inc.'s Rule 56.1 Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment;**
4. **Declaration of Douglas Vincent in Support of Apple's Motion for Summary Judgment;**
5. **Declaration of Peggy Jensen in Support of Apple's Motion for Summary Judgment;**
6. **Declaration of Carol Jinks in Support of Apple's Motion for Summary Judgment;**
7. **Declaration of Lance Kunnuth in Support of Apple's Motion for Summary Judgment; and,**
8. **Declaration of Arin Knuth in Support of Apple's Motion for Summary Judgment;**

to be served on counsel of record by electronic filing on this 7th day of December, 2007.

459949.1 054 411-40509

2

          Respectfully submitted,

          APPLE INC.

By:   /s/ Patrick T. Stanton
              One of its Attorneys

Patrick T. Stanton (#6216899)
Edward S. Weil (#6194191)
Schwartz Cooper Chartered
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 346-1300
*and*
Penelope A. Preovolos
Andrew D. Muhlbach
Johanna W. Roberts
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
(415) 268-7000