Declaration of Doug Vincent

Exhibit B

# Battery Replacement

After a period of time that will vary depending on use and settings, you may find that your battery will power your device for only a couple of hours, requiring you to charge more frequently. Rechargeable batteries have a limited number of charge cycles and may eventually need to be replaced.



You may choose to replace your battery while it still has a little juice left, or wait until the battery does not hold enough energy to power your device at all to replace it. As with all batteries, proper disposal is essential. Check with your local waste or recycling company to determine the disposal method for your area. Putting any battery directly in the trash harms the environment.

## iPod Owners

Your one-year warranty includes replacement coverage for a defective battery. You can extend your coverage to two years from the date of your iPod purchase with the AppleCare Protection Plan for iPod. During the plan's coverage period, Apple will replace the battery if it drops below 50% of its original capacity. If it is out of warranty, Apple offers a battery replacement for $59, plus $6.95 shipping, subject to local tax. Apple disposes of your battery in an environmentally friendly manner.

## iPhone Owners

Your one-year warranty includes replacement coverage for a defective battery. You can extend your coverage to two years from the date of your iPhone purchase with the AppleCare Protection Plan for iPhone. During the plan's coverage period, Apple will replace the battery if it drops below 50% of its original capacity. If it is out of warranty, Apple offers a battery replacement for $79, plus $6.95 shipping, subject to local tax. Apple disposes of your battery in an environmentally friendly manner.

## Notebook Owners

Your one-year warranty includes replacement coverage for a defective battery. You can extend your replacement coverage for a defective battery to three years from the date of your notebook purchase with the AppleCare Protection Plan. However, the AppleCare Protection Plan for notebook computers does not cover batteries that have failed or are exhibiting diminished capacity except when the failure or diminished capacity is the result of a manufacturing defect. You can purchase replacement batteries for late models of Apple notebooks directly from the Apple Store.

- 12-inch PowerBook G4
- 15-inch Aluminum PowerBook G4
- 17-inch PowerBook G4
- 12-inch iBook
- 14-inch iBook
- 15-inch MacBook Pro

If you own an older model PowerBook or iBook, several third parties offer compatible batteries, and Apple authorized service centers can order batteries for models up to seven years old.

### Lithium-ion Batteries

 

**About Notebook Batteries**
Learn how to maximize the lifespan and battery life of your Apple notebook.



**About iPod Batteries**
Learn how to maximize the lifespan and battery life of your iPod touch, iPod nano, iPod classic, or iPod shuffle.



**About iPhone Batteries**
Learn how to maximize the lifespan and battery life of your iPhone.

---

Batteries > Battery Replacement

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.   Site Map | Hot News | RSS Feeds | Contact Us

Copyright © 2007 Apple Inc. All rights reserved.   Terms of Use   |   Privacy Policy

Google, the Google logo, and Google Maps are trademarks of Google Inc. © 2007 NAVTEQ. All rights reserved