Declaration of Doug Vincent

Exhibit C

Store | Mac | iPod + iTunes | iPhone | Downloads | Support | Search

# iPhone

Paying attention to just a few common sense pointers will pay off with a longer battery lifespan and battery life for your iPhone. The most important thing is to keep your iPhone out of the sun or a hot car (even the glove box). Heat will degrade your battery's performance the most.

### Some Terms You Need to Understand
"Battery life" means the time your iPhone will run before it must be recharged. "Battery lifespan" means the total amount of time your battery will last before it must be replaced.



**iPhone Temperate Zone.** Your iPhone works best from 32° to 95° F. You should store it in environments of –4° to 113° F. That's 0° to 35° C and –20° to 45° C for the metrically inclined. Keeping your iPhone as near room temperature as possible (72° F or 22° C) is ideal.

### Viewing Usage Statistics
Awareness of how you use your iPhone and knowing how long your battery typically lasts can help you improve your iPhone's battery life. You can view your iPhone usage statistics by tapping the Settings application on the Home screen and choosing Usage. Under the "Time since last full charge" heading you'll see two items:

- **Usage:** Amount of time iPhone has been awake and in use since the last full charge. The phone is awake when you're on a call, using email, listening to music, browsing the Web, sending and receiving text messages, or when certain background tasks occur such as auto-checking email.
- **Standby:** Amount of time iPhone has been powered on since its last full charge, including the time the phone has been asleep.

### Update to the Latest Software
Always make sure your iPhone has the latest software from Apple, as engineers may find new ways to optimize battery performance. Using iTunes 7.4 or later, you can update your iPhone with the latest software. Connect your iPhone to your computer, then select iPhone in the Source pane. In the Summary tab, you can click "Check for Update" to see if there's a new version of the iPhone software available. Click Update to install the latest version.



### Optimize Your Settings
Depending on how they are configured, a few features may decrease your iPhone's battery life. For example, the frequency with which you retrieve email and the number of email accounts you auto-check can both affect battery life. The tips below may help extend your phone's battery life.

- **Change Mail Auto-Check:** Turn off Mail auto-check or increase the auto-check interval. To turn off auto-check, from the Home screen choose Settings > Mail > Auto-Check and tap Manual. To increase the auto-check interval, go to Settings > Mail > Auto-Check and tap Every hour. Note that this is a global setting that applies to all active mail accounts on your iPhone except push mail accounts with push mail enabled.
- **Turn off Push Mail:** If you have a push mail account, turn off push mail when you don't need it. Go to Settings > Mail, choose the push mail account, tap Advanced, and set Use Push Mail to Off. Messages sent to this account will now be received on your phone based on the global Auto-Check setting rather than as they arrive.
- **Auto-check fewer Mail Accounts:** You can save power by checking fewer mail accounts. This can be accomplished by turning off a mail account or by deleting it. To turn off a mail account, go to Settings > Mail, choose a mail account and set Account to Off. To remove an account, go to Settings > Mail, choose a mail account and tap Delete Account.
- **Turn off Wi-Fi:** If you rarely use Wi-Fi, you can turn it off to save power. Go to Settings > Wi-Fi and set Wi-Fi to Off. Note that if you frequently use your iPhone to browse the Web, battery life may be improved using Wi-Fi instead of EDGE.
- **Turn off Bluetooth:** If you rarely use a Bluetooth headset or car kit, you can turn off Bluetooth to save power. Go to Settings > General > Bluetooth and set Bluetooth to Off.
- **Adjust Brightness:** Dimming your phone's screen is another way to extend battery life. Go to Settings > Brightness and drag the slider to the left to lower the default screen brightness. Additionally, turning on Auto-Brightness allows your phone's screen to adjust its brightness based on current lighting conditions. Go to Settings > Brightness and set Auto-Brightness to On.
- **Turn off EQ:** Applying an equalizer setting to song playback on your iPhone can decrease battery life. To turn EQ off, go to Settings > iPod > EQ and tap Off. Note that if you've added EQ to songs directly in iTunes, you'll need to set EQ on iPhone to "Flat" in order to have the same effect as "Off" because iPhone keeps your iTunes settings intact. Go to Settings > iPod > EQ and tap Flat.

### Lock Your iPhone
It may seem obvious, but you should lock your iPhone when you aren't using it. You will still be able to receive calls and text messages while it is locked, but nothing happens if you touch the screen. To lock iPhone, press the Sleep/Wake button.

### Use iPhone Regularly
For proper maintenance of a lithium-based battery, it's important to keep the electrons in it moving occasionally. Be sure to go through at least one charge cycle per month.

1. Talk Time: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. All talk time testing was done connected to a 1900MHz network. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks was turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
2. Internet over Wi-Fi: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. Internet over Wi-Fi testing conducted using a closed network and dedicated web and mail server, simulating browsing to 20 popular URLs and checking mail once an hour. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks and Auto-Brightness were turned off; WPA2 encryption was enabled. Battery life depends on the cellular network, location, signal strength, Wi-Fi connectivity, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary. Internet over EDGE: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. Internet over EDGE testing conducted over a 1900MHz EDGE, using a dedicated web and mail server, simulating browsing to 20 popular URLs and checking mail once an hour. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks and Auto-Brightness were turned off. Battery life depends on the cellular network, location, signal strength, EDGE connectivity, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
3. Video Playback: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. Video content was a repeated 2 hour 23 minute movie purchased from the iTunes Store. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks and Auto-Brightness were turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
4. Audio Playback: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. The playlist consisted of 358 unique audio tracks, a combination of content imported from CDs using iTunes (128-Kbps AAC encoding) and content purchased from the iTunes Store (128-Kbps AAC encoding). All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks was turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
5. Standby Time: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks was turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.

---

## Lithium-ion Batteries



**About Notebook Batteries**
Learn how to maximize the lifespan and battery life of your Apple notebook.



**About iPod Batteries**
Learn how to maximize the lifespan and battery life of your iPod touch, iPod nano, iPod classic, or iPod shuffle.



**About iPhone Batteries**
Learn how to maximize the lifespan and battery life of your iPhone.

### Maximum Battery Life
iPhone offers up to 8 hours of talk time,[1] 6 hours of Internet use,[2] 7 hours of video playback,[3] or 24 hours of audio playback[4] on a full charge at original capacity. In addition, iPhone features up to 250 hours of standby time.[5]

### Charge Cycles
A properly maintained iPhone battery is designed to retain up to 80% of its original capacity at 400 full charge and discharge cycles. You may choose to replace your battery when it no longer holds sufficient charge to meet your needs.

### Let It Breathe
Charging your iPhone while in certain carrying cases may generate excess heat, which can affect battery capacity. If you notice that your iPhone gets hot when you charge it, take it out of its case first.

---

 Batteries › iPhone

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.    Site Map  |  Hot News  |  RSS Feeds  |  Contact Us

Copyright © 2007 Apple Inc. All rights reserved.    Terms of Use    |    Privacy Policy

Google, the Google logo, and Google Maps are trademarks of Google Inc. © 2007 NAVTEQ. All rights reserved.