Declaration of Doug Vincent

Exhibit D








# iPhone

## High Technology

**Technical Specifications**

| | |
|---|---|
| Screen size | 3.5 inches |
| Screen resolution | 320 by 480 at 160 ppi |
| Input method | Multi-touch |
| Operating system | OS X |
| Storage | 4GB or 8GB |
| GSM | Quad-band (MHz: 850, 900, 1800, 1900) |
| Wireless data | Wi-Fi (802.11b/g) + EDGE + Bluetooth 2.0 |
| Camera | 2.0 megapixels |
| Battery | Up to 5 hours   Talk / Video / Browsing<br>Up to 16 hours   Audio playback |
| Dimensions | 4.5 x 2.4 x 0.46 inches / 115 x 61 x 11.6mm |
| Weight | 4.8 ounces / 135 grams |

Return to High Technology ▸

This device has not been authorized as required by the rules of the Federal Communications Commission. This device is not, and may not be, offered for sale or lease, or sold or leased, until authorization is obtained.

Technical specifications are subject to change. 1GB = 1 billion bytes; actual formatted capacity less. Up to 5 hours of talk time depends on network configuration. Up to 16 hours of battery life refers to music playback. Up to 5 hours of battery life is based on H.264 1.5-Mbps video at 640-by-480 resolution combined with 128-Kbps audio. Rechargeable batteries have a limited number of charge cycles and may eventually need to be replaced. Battery life and number of charge cycles vary by use and settings. See www.apple.com/batteries for more information.

Home > Hardware > iPhone > High Technology > Tech Specs

Search Apple.com

Visit the Apple Store online (1-800-MY-APPLE) or at retail locations.

Site Map | Contact Us | Terms of Use | Privacy Policy

Copyright © 2007 Apple Inc. All rights reserved.