Declaration of Doug Vincent

Exhibit E

# Technical Specifications



**Size and weight**
- Height: 4.5 inches (115 mm)
- Width: 2.4 inches (61 mm)
- Depth: 0.46 inch (11.6 mm)
- Weight: 4.8 ounces (135 grams)

**In the box**
- iPhone
- Stereo Headset
- Dock
- Dock Connector to USB Cable
- USB Power Adapter
- Documentation
- Cleaning/polishing cloth



**Capacity**
- 8GB flash drive [1]

**Display**
- 3.5-inch (diagonal) widescreen multi-touch display
- 480-by-320-pixel resolution at 163 ppi
- Support for display of multiple languages and characters simultaneously

**Operating system**
- OS X

**GSM**
- Quad-band (850, 900, 1800, 1900 MHz)

**Wireless data**
- Wi-Fi (802.11b/g)
- EDGE
- Bluetooth 2.0+EDR

**Camera**
- 2.0 megapixels

**Audio**
- Frequency response: 20Hz to 20,000Hz
- Audio formats supported: AAC, Protected AAC, MP3, MP3 VBR, Audible (formats 1, 2, and 3), Apple Lossless, AIFF, and WAV

**Video**
- Video formats supported: H.264 video, up to 1.5 Mbps, 640 by 480 pixels, 30 frames per second, Low-Complexity version of the H.264 Baseline Profile with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; H.264 video, up to 768 Kbps, 320 by 240 pixels, 30 frames per second, Baseline Profile up to Level 1.3 with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats; MPEG-4 video, up to 2.5 Mbps, 640 by 480 pixels, 30 frames per second, Simple Profile with AAC-LC audio up to 160 Kbps, 48kHz, stereo audio in .m4v, .mp4, and .mov file formats

**Headphones**
- Stereo earphones with built-in microphone
- Frequency response: 20Hz to 20,000Hz
- Impedance: 32 ohms



**Mac system requirements**
- Mac computer with USB 2.0 port
- Mac OS X v10.4.10 or later
- iTunes 7.5 or later

**Windows system requirements**
- PC with USB 2.0 port
- Windows Vista Home Premium, Business, Enterprise, or Ultimate Edition; or Windows XP Home or Professional with Service Pack 2 or later
- iTunes 7.5 or later

**Environmental requirements**
- Operating temperature: 32° to 95° F (0° to 35° C)
- Nonoperating temperature: –4° to 113° F (–20° to 45° C)
- Relative humidity: 5% to 95% noncondensing
- Maximum operating altitude: 10,000 feet (3000 m)

**Input and output**
- iPhone
  - 30-pin dock connector
  - 3.5-mm stereo headphone minijack
- iPhone Dock
  - Dock connector

**Power and battery**
- Built-in rechargeable lithium ion battery
- Talk time: Up to 8 hours [2]
- Standby time: Up to 250 hours [3]
- Internet use: Up to 6 hours [4]
- Video playback: Up to 7 hours [5]
- Audio playback: Up to 24 hours [6]

1. 1GB = 1 billion bytes; actual formatted capacity less.
2. Talk Time: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. All talk time testing was done connected to a 1900MHz network. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks was turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
3. Standby Time: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks was turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
4. Internet over Wi-Fi: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. Internet over Wi-Fi testing conducted using a closed network and dedicated web and mail server, simulating browsing to 20 popular URLs and checking mail once an hour. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks and Auto-Brightness were turned off; WPA2 encryption was enabled. Battery life depends on the cellular network, location, signal strength, Wi-Fi connectivity, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary. Internet over EDGE: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. Internet over EDGE testing conducted over a 1900MHz EDGE, using a dedicated web and mail server, simulating browsing to 20 popular URLs and checking mail once an hour. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks and Auto-Brightness were turned off. Battery life depends on the cellular network, location, signal strength, EDGE connectivity, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
5. Video Playback: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. Video content was a repeated 2 hour 23 minute movie purchased from the iTunes Store. All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks and Auto-Brightness were turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.
6. Audio Playback: Testing conducted by Apple in May and June 2007 using preproduction iPhone units and software. The playlist consisted of 358 unique audio tracks, a combination of content imported from CDs using iTunes (128-Kbps AAC encoding) and content purchased from the iTunes Store (128-Kbps AAC encoding). All settings were default except: Call Forwarding was turned on; the Wi-Fi feature Ask to Join Networks was turned off. Battery life depends on the cellular network, location, signal strength, feature configuration, usage, and many other factors. Battery tests are conducted using specific iPhone units; actual results may vary.

Rechargeable batteries have a limited number of charge cycles and may eventually need to be replaced. See www.apple.com/batteries for more information.

---

**iPhone software update.**
Learn what's new



**iPhone. A guided tour.**
Watch video

   

**Web apps for iPhone.**
It just keeps getting better.

   

**Where to buy.**
Find a store
Buy online
or call 1-800-MY-APPLE



---

 iPhone › Tech Specs

| Features | Considering an iPhone | Getting Started | More iPhone | Support |
|---|---|---|---|---|
| Revolutionary Phone | Rate Plans for iPhone | Download iTunes | Finger Tips | Where Can I Buy an iPhone? |
| Widescreen iPod | Accessories | How to Activate iPhone | Web apps | Check Retail Store Availability |
| Breakthrough Internet Device | Gallery | iPhone. A Guided Tour. | iPhone Update: September '07 | Online Support |
| High Technology | Questions and Answers | iPhone Keyboard | iPhone Discussions | Workshops |
| | Get Ready | Explore the iTunes Store | | One to One |
| | Tech Specs | | | User's Guide (PDF) |

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.                Site Map   |   Hot News   |   RSS Feeds   |   Contact Us

Copyright © 2007 Apple Inc. All rights reserved.    Terms of Use    |    Privacy Policy    Google, the Google logo, and Google Maps are trademarks of Google Inc. © 2007 NAVTEQ. All rights reserved.