Declaration of Lance Kunnuth

Exhibit A





# iPhone Out-of-Warranty Battery Replacement Program Frequently Asked Questions



**What is the iPhone Battery Replacement Program?**
If your iPhone requires service only because the battery's ability to hold an electrical charge has diminished, Apple will repair your iPhone for a service fee of $79, plus $6.95 shipping. Be sure to follow these instructions for optimizing life span and battery life before submitting your iPhone for battery replacement.

**How much does it cost to participate in the program?**
The program costs $79, plus $6.95 shipping. The program cost is $85.95 per unit.
All fees are in US dollars and are subject to local tax. Service may not be available if your iPhone has been damaged due to accident or abuse. Please review Apple's Repair Terms and Conditions for further details.

**Will the data on my iPhone be preserved?**
No, the repair process will clear all data from your iPhone.  It is important to sync your iPhone with iTunes to back up your contacts, photos, email account settings, text messages, and more.  Apple is not responsible for the loss of information while servicing your iPhone and does not offer any data transfer service.  Please do not send any accessories with your iPhone.

**How long will service take?**
The repair process normally takes three business days. See the iPhone Service FAQ for information about getting an AppleCare Service Phone for you to use with all of your data while your iPhone is being repaired.

All quoted prices are in US dollars.

 Support

Visit the Apple Store **online** (1-800-MY-APPLE), visit a **retail** location or find a **reseller**.    Site Map | Contact Us

Copyright © 2007 Apple Inc. All rights reserved.    Terms of Use | Privacy Policy