**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated, )<br>) )<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPLE COMPUTER, INC., a California )<br>Corporation, and AT&T MOBILITY LLC, )<br>a Georgia Corporation, )<br>Defendants. ) | No.  07 CV 04946<br>Judge Kennelly<br>Mag. Judge Ashman |

**NOTICE OF FILING**

To: Andrew Muhlbach          CT Corporation          Victoria Collado
    Morrison Foerster        208 S. LaSalle St.     Mayer, Brown, Rowe & Maw, LLP
    425 Market St.           Chicago, IL 60601      71 South Wacker Drive
    San Francisco, CA 94105                         Chicago, IL 60606

PLEASE TAKE NOTICE that on this 18th day of December, 2007 we caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached *Plaintiff's Response to Defendant AT&T Mobility LLC's Motion to Compel Arbitration and Dismiss Action*, copies of which are hereby served upon you.

                                                        /s/ James Rowe

LARRY D. DRURY
JAMES R. ROWE
LARRY D. DRURY, LTD.
205 West Randolph, Suite 1430
Chicago, IL 60606
(312) 346-7950
Atty. No. 0681024

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies, under oath, that the above notice and documents were served upon all parties of record herein on this 18th day of December, 2007, by U.S. regular first class mail.

                                                        /s/ James Rowe

                                                        JAMES ROWE
                                                        (Print Name)