# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>APPLE COMPUTER, INC., a California corporation and AT&T MOBILITY LLC, a Georgia corporation,<br><br>                Defendants. | CASE NO.: 07-CV-04946<br><br>Judge Kennelly |

## JOINT STATEMENT REGARDING DISCOVERY

At the December 13, 2007, status hearing, Apple proposed that discovery in the case at this point should be limited to and focused on that necessary to resolve Apple's motion for summary judgment. Pursuant to the Court's instruction at that status hearing, the parties have conferred regarding the scope and timing of discovery and submit this joint statement.

Having conferred generally about the subjects on which plaintiff plans to seek discovery, the parties believe that there are no specific discovery disputes ripe for decision by the Court at this time. The parties believe that if such issues are to arise, they will arise in the context of specific discovery requests and should be dealt with at such time.

Plaintiff will serve his written discovery on or before February 4, 2008, and plans to complete his discovery necessary to oppose Apple's summary judgment motion by May 2, 2008. Plaintiff will file his opposition to Apple's summary judgment motion by June 2, 2008.

sf-2445024

Dated:  January 2, 2008               Respectfully submitted,

                                      APPLE INC.


                                      By:/s//Patrick T. Stanton_____
                                              One of Its Attorneys


Patrick T. Stanton (#6216899)
Edward S. Weil (#6194191)
Schwartz Cooper Chartered
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 346-1300
*and*
Penelope A. Preovolos
Andrew D. Muhlbach
Johanna W. Roberts
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
(415) 268-7000


Dated:  January 2, 2008               Respectfully submitted,

                                      JOSE TRUJILLO


                                      By:/s//James Rowe_____
                                              James Rowe


Larry D. Drury
James Rowe
Larry D. Drury LTD
205 West Randolph, #1430
Chicago, IL 60603
(312) 346-7950

sf-2445024                            2