**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>           v.<br><br>APPLE COMPUTER, INC., a California corporation and AT&T, Inc., a Texas corporation,<br><br>           Defendants. | CASE NO.:   07-CV-04946<br><br>Judge Kennelly<br><br>Magistrate Judge Ashman |

## CERTIFICATE OF SERVICE

      I, Patrick T. Stanton, one of the attorneys for Apple Computer, Inc., hereby certify that the ***Joint Statement Regarding Discovery*** was served via the CM/ECF system on January 2, 2008 on the following:

| | |
|---|---|
| Larry Daniel Drury<br>Larry D. Drury, Ltd.<br>205 West Randolph, Suite 1430<br>Chicago, IL  60606 | Sarah Eileen Reynolds<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL  60606 |
| Victoria R. Collado<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL  60606 | |
| | Attorney for Defendant<br><br>/s/ Patrick T. Stanton _____ |
| Patrick T. Stanton (#616899)<br>Edward S. Weil (#194191)<br>**Schwartz Cooper Chartered**<br>180 North LaSalle Street, Suite 2700<br>Chicago, IL 60601<br>and<br>Penelope A. Preovolos<br>Andrew D. Muhlbach<br>**Morris & Foerster LLP**<br>425 Market Street<br>San Francisco, CA  94105 | |

463783.1 054411-40509