## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Jose Trujillo
                               Plaintiff,

v.                                                Case No.: 1:07−cv−04946
                                                Honorable Matthew F. Kennelly

Apple Computer, Inc., et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 3, 2008:

      MINUTE entry before Judge Matthew F. Kennelly :Status hearing held on 1/3/2008 and continued to 1/17/2008 at 09:30 AM. Motion to preserve documents and motion to certify class entered and continued to 1/17/2008 at 9:30 AM. Plaintiff's discovery cutoff relating to motion for summary judgment set to 5/2/2008. Plaintiff's response to motion for summary judgment due by 6/2/2008, and reply by 6/23/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.