## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Jose Trujillo

                Plaintiff,

v.

Apple Computer, Inc., et al.

                Defendant.

Case No.: 1:07−cv−04946
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2008:

      MINUTE entry before Judge Matthew F. Kennelly :Motion to certify class [8] is withdrawn. Motion for preservation of documents [9] is withdrawn. Status hearing held on 1/17/2008 and continued to 4/7/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.