**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSE TRUJILLO, individually and on behalf of all similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 07-CV-04946 |
| APPLE COMPUTER, INC., a California corp., ) and AT&T MOBILITY LLC, a Georgia corp. ) ) | Judge Kennelly Magistrate Judge Ashman |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), Plaintiff Jose Trujillo and Defendant AT&T Mobility LLC hereby stipulate to the dismissal of the Plaintiff's individual claims against AT&T Mobility LLC, with prejudice and with each party to bear its own costs and fees. This Stipulation of Dismissal shall not be construed as a release of Plaintiff's claims, demands or causes of action against defendant Apple Computer, Inc. ("Apple"), and all rights of the Plaintiff against defendant Apple are preserved with respect to any appeal relating to the Court's Order granting Apple's Motion for Summary Judgment in this cause.

Respectfully submitted,

| | |
|---|---|
| /s/ Larry D. Drury            . | /s/ Victoria Collado            . |
| Larry D. Drury | Victoria Collado |
| James Rowe | Sarah E. Reynolds |
| LARRY D. DRURY, LTD. | Emily Emerson |
| 205 West Randolph, Suite 1430 | MAYER BROWN LLP |
| Chicago, IL 60603 | 71 South Wacker Drive |
| (312) 346-7950 | Chicago IL 60606 |
| | (312) 782-0600 |
| | (312) 701-7711 (Fax) |