# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division


Jose Trujillo

                              Plaintiff,

v.                                               Case No.: 1:07−cv−04946
                                                 Honorable Matthew F. Kennelly

Apple Computer, Inc., et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, February 19, 2009:


     MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff and defendant, ATT Mobility LLC, having filed a stipulation of dismissal pursuant to Federal Rules of Civil Procedure (a)(1)(ii) this action is hereby dismissed with prejudice and with each party to bear its own costs and fees. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Dockets.Justia.com