Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 4946 | **DATE** | 3/6/2009 |
| **CASE TITLE** | Trujillo vs. Apple Computer | | |

**DOCKET ENTRY TEXT**

Clerk of Court is direct to enter judgment is in favor of defendant Apple Computer Inc., and dismissing plaintiffs' claims against AT&T Mobility LLC with prejudice and without costs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|

Dockets.Justia.com