AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Trujillo

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 07 C 4946

Apple Computer

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of defendant Apple Computer Inc., and dismissing plaintiffs' claims against AT&T Mobility LLC with prejudice and without costs.

Michael W. Dobbins, Clerk of Court

Date: 3/6/2009

_____
/s/ Olga Rouse, Deputy Clerk